AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | |
|---|---|
| United States<br>*Plaintiff*<br>v.<br>Robert F. McDonnell<br>*Defendant* | )<br>)<br>)   Case No.<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Robert F. McDonnell

Date: 01/21/2014

*Attorney's signature*

John L. Brownlee, DCB 452665
*Printed name and bar number*

HOLLAND & KNIGHT LLP
800 17th St. NW, Ste. 1100
Washington, DC 20006
*Address*

John.Brownlee@hklaw.com
*E-mail address*

(202) 828-1854
*Telephone number*

(202) 955-5564
*FAX number*