IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 3:14CR12 (JRS) |
| ) | |
| ROBERT F. MCDONNELL, ) | |
| MAUREEN G. MCDONNELL, ) | |
| Defendants. ) | |
| _____) | |

ORDER

This matter is before the Court on Defendants' Unopposed Motion to Reschedule Arraignment and Initial Appearance and Memorandum in Support (ECF No. 11). The motion is DENIED for the following reasons. During a conference call today, the Court indicated that Defendants' initial appearance will move forward as scheduled on January 24, 2014 at 10:00 a.m. Upon the Court's denial of the request to continue Defendants' initial appearance, Defendant Robert F. McDonnell withdrew his request that the arraignment be continued. Therefore, Defendants' initial appearance and arraignment will move forward as originally scheduled on January 24, 2014: initial appearance before this Court at 10:00 a.m. and arraignment before United States District Judge James R. Spencer at 11:00 a.m.

Further, the Court ORDERS that lead counsel for each party shall review Local Criminal

2

Rule 57 with all members of their teams before the initial appearance.

Let the Clerk file this Order electronically and notify all counsel accordingly.

It is so ORDERED.

/s/ 
David J. Novak
United States Magistrate Judge

Richmond, Virginia
Dated: January 22, 2014