IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __3:14cr12__, Case Name __United States v. Robert F. McDonnell__
Party Represented by Applicant: __Robert F. McDonnell__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Henry Winchester Asbill__
Bar Identification Number __938811__  State __DC__
Firm Name __Jones Day__
Firm Phone # __202.879.3939__  Direct Dial # __202.879.5414__  FAX # __202.626.1700__
E-Mail Address __hasbill@jonesday.com__
Office Mailing Address __51 Louisiana Avenue, NW, Washington, DC 20001__

Name(s) of federal court(s) in which I have been admitted: United States Supreme Court; U.S. Courts of Appeals for the Second, Third, Fourth, Tenth, Eleventh, and District of Columbia Circuits; and U.S. District Courts for the District of Columbia, District of Colorado and Maryland, Eastern Districts of Michigan and Pennsylvania, Southern District of New York, and Northern Districts of Texas, New York, and Ohio

I certify that the rules of the federal court in the district in which I maintain my office extend a similar pro hac vice admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_(Applicant's Signature)_

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)                                               01/21/2014
__John L. Brownlee__                                      (Date)
(Typed or Printed Name)                                   35378
                                                          (VA Bar Number)

FILED
JAN 23 2014
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Court Use Only:
Clerk's Fee Paid __✓__ or Exemption Granted _____
The motion for admission is GRANTED __✓__ or DENIED _____

JAN 23 2014

/s/
__James R. Spencer__                                      (Date)
United States District Judge