IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL
RULE 57.4

In Case Number  3:14-cr-12, Case Name United States v. Robert F. McDonnell
Party Represented by Applicant:    Robert F. McDonnell

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please)  Charles Michael Carberry
Bar Identification Number          1640515  State    New York
Firm Name        Jones Day
Firm Phone #  202.879.3939        Direct Dial #    202.879.5453        FAX #    202.626.1700
E-Mail Address        carberry@jonesday.com
Office **Mailing** Address        51 Louisiana Avenue, NW, Washington, DC  20001

Name(s) of federal court(s) in which I have been admitted:    Southern District of New York; Eastern District of New York; Courts
of Appeals for the Second Circuit and District of Columbia

I certify that the rules of the federal court in the district in which I maintain my office extend a similar pro hac vice admission
privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a
member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court
and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of
Evidence is current.

I am _____ am not ____X____ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

/s/        Charles M. Carberry
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant
personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have
examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and
petition the court to admit the applicant *pro hac vice*.

/s/ John L. Brownlee                                    01/23/2014
(Signature)                                              (Date)
      John L. Brownlee                                    37358
(Typed or Printed Name)                              (VA Bar Number)

_____

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____

_____        _____
(Judge's Signature)                                      (Date)