UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| V. | ) | CRIMINAL NO. 3:14-CR-00012 |
| | ) | |
| ROBERT F. MCDONNELL | ) | JUDGE JAMES R. SPENCER |
| MAUREEN G. MCDONNELL | ) | |

### DEFENDANT ROBERT F. MCDONNELL'S MOTION #17: MOTION FOR ISSUANCE OF RULE 17(C) SUBPOENAS DUCES TECUM

Robert F. McDonnell, through undersigned counsel, respectfully moves the Court, in accordance with Fed. R. Crim. P. 17(c), to order the issuance of a subpoena duces tecum to the entity and persons identified below, directing them to produce the listed documents at the office of Holland & Knight c/o Timothy J. Taylor, 1600 Tysons Boulevard, Suite 700, Tysons Corner, VA 22102, on or before May 26, 2014 at 12:00 PM.

To the Virginia State Police, c/o Linda L. Bryant, Deputy Attorney General, Public Safety and Enforcement, Office of the Attorney General, 900 East Main Street, Richmond, VA 23219, for any documents, records and correspondence related to:

1. Communications of any investigator, agent, or employee of the Virginia State Police, including, but not limited to, internal communications, communications with the United States Attorneys' Office, and communications with any other state or federal agency, from January 1, 2010 to the present, regarding any potential or actual investigation of Mr. McDonnell, his immediate family, or his subordinates, or of Jonnie Williams, Sr., Star Scientific, Inc., or its employees or affiliates; and

2. Documents regarding any potential or actual investigation of Mr. McDonnell, his immediate family, or his subordinates, or of Jonnie Williams, Sr., Star Scientific, Inc., or its employees or affiliates, including, but not limited to, memoranda and typed or handwritten notes, from January 1, 2010 to the present.

If a document is withheld under a claim of privilege or otherwise, Mr. McDonnell requests that the Virginia State Police provide a privilege log containing the following information regarding each document: (1) date; (2) author; (3) name and title of individuals to whom the document is addressed; (4) number of pages; (5) document type; (6) subject matter; (7) description of attachments; (8) present location and name of present custodian; (9) paragraph of the subpoena to which it is responsive; and (10) reason why the document is being withheld.

As requested in Mr. McDonnell's accompanying Motion #18 — Motion to File Under Seal, Mr. McDonnell requests that the memorandum in support of this motion and an accompanying exhibit be sealed.

3

Dated: May 14, 2014                                             Respectfully submitted,


/s/ John L. Brownlee
John L. Brownlee (VSB No. 37358)
Timothy J. Taylor (VSB No. 84529)
Holland & Knight LLP
800 17th Street, N.W., Suite 1100
Washington, DC 20006
Telephone: (202) 828-1854
Facsimile: (202) 955-5564
Email: john.brownlee@hklaw.com

Henry W. Asbill (*pro hac vice*)
Owen T. Conroy (*pro hac vice*)
Hilary K. Perkins (*pro hac vice*)
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
Email: hasbill@jonesday.com

*Counsel for Robert F. McDonnell*

## **CERTIFICATE OF SERVICE**

I, John L. Brownlee, am a member of the Bar of this Court. I hereby certify that on this 14th day of May, 2014, I electronically filed the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, causing it to be served on all registered users.

Dated: May 14, 2014                                        Respectfully submitted,

/s/ John L. Brownlee
John L. Brownlee (VSB No. 37358)
Holland & Knight LLP
800 17th Street, N.W., Suite 1100
Washington, DC 20006
Telephone: (202) 828-1854
Facsimile: (202) 955-5564
Email: john.brownlee@hklaw.com

*Counsel for Robert F. McDonnell*