AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 3:14-CR-00012 |
| Robert F. McDonnell ) | |
| Defendant ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: LAWRENCE BLAKE
c/o Stephen Eisenberg
Pentagon Federal Credit Union
2930 Eisenhower Avenue
Alexandria, VA 22314

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: United States District Court | Courtroom No.: 7000 |
|---|---|
| 701 East Broad Street | Date and Time: 8/18/2014 at 9:00 AM, and each trial day thereafter until released |
| Richmond, VA 23219 | |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:



*(SEAL)*

Date: MAY 20 2014

CLERK OF COURT **FILE COPY**

Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Robert F. McDonnell
_____, who requests this subpoena, are:

Jonathan A. Berry (VSB No. 81864)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3678
Facsimile: (202) 626-1700
Email: jberry@jonesday.com

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 3:14-CR-00012 |
| Robert F. McDonnell ) | |
| Defendant ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: NANETTE BOLT
c/o Stephen Eisenberg
Pentagon Federal Credit Union
2930 Eisenhower Avenue
Alexandria, VA 22314

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: United States District Court 701 East Broad Street Richmond, VA 23219 | Courtroom No.: 7000 |
|---|---|
| | Date and Time: 8/18/2014 at 9:00 AM, and each trial day thereafter until released |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date: MAY 20 2014

CLERK OF COURT

FILE COPY

Signature of Clerk or Deputy Clerk

---

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Robert F. McDonnell
, who requests this subpoena, are:

Jonathan A. Berry (VSB No. 81864)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3678
Facsimile: (202) 626-1700
Email: jberry@jonesday.com

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 3:14-CR-00012 |
| Robert F. McDonnell ) | |
| _Defendant_ ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: DEBORAH AMES NAYLOR
c/o Stephen Eisenberg
Pentagon Federal Credit Union
2930 Eisenhower Avenue
Alexandria, VA 22314

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: United States District Court | Courtroom No.: 7000 |
|---|---|
| 701 East Broad Street | Date and Time: 8/18/2014 at 9:00 AM, and each trial day thereafter until released |
| Richmond, VA 23219 | |

You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:


(SEAL)

Date: MAY 20 2014

CLERK OF COURT

FILE COPY

_Signature of Clerk or Deputy Clerk_

---

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_ Robert F. McDonnell
_____, who requests this subpoena, are:

Jonathan A. Berry (VSB No. 81864)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3678
Facsimile: (202) 626-1700
Email: jberry@jonesday.com

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Robert F. McDonnell | ) | Case No. 3:14-CR-00012 |
| Defendant | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: FRANK POLLACK
c/o Stephen Eisenberg
Pentagon Federal Credit Union
2930 Eisenhower Avenue
Alexandria, VA 22314

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: United States District Court 701 East Broad Street Richmond, VA 23219 | Courtroom No.: 7000 |
|---|---|
| | Date and Time: 8/18/2014 at 9:00 AM, and each trial day thereafter until released |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: MAY 20 2014

CLERK OF COURT

FILE COPY

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Robert F. McDonnell , who requests this subpoena, are:

Jonathan A. Berry (VSB No. 81864)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3678
Facsimile: (202) 626-1700
Email: jberry@jonesday.com

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 3:14-CR-00012 |
| Robert F. McDonnell ) | |
| _Defendant_ ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: MARY-SHEA SUTHERLAND
c/o Theodore D. Bruns
Blackburn, Conte, Schilling & Click, P.C.
300 W. Main Street
Richmond, VA 23220
(804) 782-1111, Ext. 209

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: United States District Court 701 East Broad Street Richmond, VA 23219 | Courtroom No.: 7000 |
|---|---|
| | Date and Time: 8/18/2014 at 9:00 AM, and each trial day thereafter until released |

You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:


(SEAL)

Date: MAY 20 2014

CLERK OF COURT **FILE COPY**

_Signature of Clerk or Deputy Clerk_

---

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_ Robert F. McDonnell _____ , who requests this subpoena, are:

Jonathan A. Berry (VSB No. 81864)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3678
Facsimile: (202) 626-1700
Email: jberry@jonesday.com

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Robert F. McDonnell | ) | Case No. 3:14-CR-00012 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: ANTONIO ABBATE
c/o Amy Austin, Law Office of Amy Austin
101 Shockoe Slip, Suite O
Richmond, VA 23219
(804) 343-1900

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: United States District Court 701 East Broad Street Richmond, VA 23219 | Courtroom No.: 7000 |
|---|---|
| | Date and Time: 8/18/2014 at 9:00 AM, and each trial day thereafter, until released |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: MAY 20 2014

CLERK OF COURT

FILE COPY

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Robert F. McDonnell , who requests this subpoena, are:

Jonathan A. Berry (VSB No. 81864)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3678
Facsimile: (202) 626-1700
Email: jberry@jonesday.com

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America )<br>v. )<br>Robert F. McDonnell )<br>_____ )<br>*Defendant* ) | Case No. 3:14-CR-00012 |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:     JOHN CLORE
c/o Amy Austin, Law Office of Amy Austin
101 Shockoe Slip, Suite O
Richmond, VA 23219
(804) 343-1900

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: United States District Court<br>701 East Broad Street<br>Richmond, VA 23219 | Courtroom No.: 7000 |
|---|---|
| | Date and Time: 8/18/2014 at 9:00 AM, and each trial day thereafter, until released |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date: MAY 20 2014

CLERK OF COURT

FILE COPY

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Robert F. McDonnell , who requests this subpoena, are:

Jonathan A. Berry (VSB No. 81864)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3678
Facsimile: (202) 626-1700
Email: jberry@jonesday.com

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Robert F. McDonnell | ) | Case No. 3:14-CR-00012 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: MARK RUBIN
c/o Amy Austin, Law Office of Amy Austin
101 Shockoe Slip, Suite O
Richmond, VA 23219
(804) 343-1900

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: United States District Court 701 East Broad Street Richmond, VA 23219 | Courtroom No.: 7000 |
|---|---|
| | Date and Time: 8/18/2014 at 9:00 AM, and each trial day thereafter, until released |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date: MAY 20 2014

CLERK OF COURT

FILE COPY

*Signature of Clerk or Deputy Clerk*

---

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Robert F. McDonnell , who requests this subpoena, are:

Jonathan A. Berry (VSB No. 81864)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3678
Facsimile: (202) 626-1700
Email: jberry@jonesday.com

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Robert F. McDonnell<br>_____<br>*Defendant* | )<br>)<br>) Case No. 3:14-CR-00012<br>)<br>)<br>) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: GEORGE VETROVEC
c/o Amy Austin, Law Office of Amy Austin
101 Shockoe Slip, Suite O
Richmond, VA 23219
(804) 343-1900

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: United States District Court<br>701 East Broad Street<br>Richmond, VA 23219 | Courtroom No.: 7000 |
|---|---|
| | Date and Time: 8/18/2014 at 9:00 AM, and each trial day thereafter, until released |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: MAY 20 2014

CLERK OF COURT

FILE COPY

*Signature of Clerk or Deputy Clerk*

---

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Robert F. McDonnell
_____ , who requests this subpoena, are:

Jonathan A. Berry (VSB No. 81864)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3678
Facsimile: (202) 626-1700
Email: jberry@jonesday.com