UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CRIMINAL NO. 3:14-CR-00012 |
| v. | ) |
| | ) JUDGE JAMES R. SPENCER |
| ROBERT F. MCDONNELL | ) |
| MAUREEN G. MCDONNELL | ) |

**DEFENDANT ROBERT F. MCDONNELL'S PROPOSED
SUPPLEMENTAL QUESTIONS FOR VOIR DIRE**

Defendant Robert F. McDonnell, through counsel, hereby requests the Court ask potential jurors the following questions at voir dire, in addition to those the Court has prepared:

- Since the time you signed your questionnaire, do you have any updates or corrections?

- Since the time you signed your questionnaire, have you been exposed to any additional media about this case?

- Have you discussed your potential jury service with anyone?

- Do you know any other potential jurors in this case?

Additionally, Mr. McDonnell requests the Court ask potential jurors the following questions during the portion of voir dire held *in camera* at the bench:

- Other than civic duty, do you have any special reason for wishing to serve on this jury?

- (For potential jurors who returned their questionnaires late:) Why did you send your questionnaire in late?

Finally, Mr. McDonnell requests the Court ask (publicly or *in camera*, as appropriate) potential jurors the questions that were previously proposed in the parties' joint questionnaire or his supplementary questionnaire but omitted from the juror questionnaire as circulated.

Dated: July 25, 2014                      Respectfully submitted,

/s/ Jonathan A. Berry
Henry W. Asbill (*pro hac vice*)
James M. Burnham (*pro hac vice*)
Owen T. Conroy (*pro hac vice*)
Jonathan A. Berry (VSB No. 81864)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

John L. Brownlee (VSB No. 37358)
Timothy J. Taylor (VSB No. 84529)
HOLLAND & KNIGHT LLP
800 17th Street, N.W.
Suite 1100
Washington, D.C. 20006
Telephone: (202) 828-1854
Facsimile: (202) 955-5564

*Counsel for Robert F. McDonnell*

## CERTIFICATE OF SERVICE

I, Jonathan A. Berry, am a member of the Bar of this Court. I hereby certify that on this 25th day of July, 2014, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, causing it to be served on all registered users.

Dated: July 25, 2014                                        Respectfully submitted,

/s/ Jonathan A. Berry
Jonathan A. Berry (VSB No. 81864)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
Email: jberry@jonesday.com

*Counsel for Robert F. McDonnell*