UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CRIMINAL NO. 3:14-CR-00012 |
| v. | ) |
| | ) JUDGE JAMES R. SPENCER |
| ROBERT F. MCDONNELL | ) |
| MAUREEN G. MCDONNELL | ) |

**COMBINED DEFENSE WITNESS LIST**

1. Abel, James
2. Birgmann, Caroline
3. Blake, Lawrence
4. Block, Monica
5. Bolt, Nanette
6. Bridge, Amy
7. Briley, Martin
8. Bryant, Harvey
9. Burke, James
10. Caturegli, Patrizio
11. Chamberlain, Brenda Jo
12. Cheng, James
13. Clore, John
14. Conrad, Matthew
15. Cook, Dan

- 2 -

16. Cox, Patrick

17. Cox, Phil

18. Crantz, Frank

19. Creekmore, Jeffrey

20. Cromwell, Payton

21. Cuccinelli, Ken

22. Damico, Joseph

23. Dean, David

24. DeGraff, Brandon

25. DePriest, Jeffrey

26. Eige, Jasen

27. Eisenberg, Stephen

28. Farrance, Robert

29. Flood, Emmet

30. Fornash, Laura

31. Fricks, Cameron

32. Fulkerson, Jerri

33. Gagne, Scott

34. Galanti, Paul

35. Gomez De Pitts, Luz

36. Goodwin Jr., William H.

37. Hagan, Charlie

38. Hahn, Paige

- 3 -

39. Harris, Katherine
40. Hayes, Dianne
41. Haymore, Todd
42. Hazel, William
43. Hicks-Thomas, Lisa
44. Howell, Ed
45. Howell, William
46. Huffstetler, Molly
47. Hulser, David
48. Johnson, Dennis
49. Kaplan, Kristen
50. Kelly, Janet
51. Kennedy, Tyler
52. Kent, Martin
53. Kilberg, Bobbie
54. Kilgore, Jerry
55. Kilgore, Marty
56. Kilgore, Terry
57. Kosowsky, Allen
58. Kroenig, Brad
59. Krueger, Sharon
60. Ladenson, Paul
61. Lamar, Andrew

62. Latcovich, Simon
63. Lazo, John
64. LeFevre, William B.
65. Lyons, James
66. Martin, Tucker
67. McDonnell, Bobby
68. McDonnell, Maureen G.
69. McDonnell, Rachel
70. McDonnell, Robert F.
71. McDonnell, Sean
72. McGlothlin, James
73. McKeon, John
74. Merhige, Robert
75. Mitchell, Caresse
76. Naylor, Deborah Ames
77. Nolen, Christopher
78. Noyes, Neal
79. O'Neill, William
80. Perito, Paul
81. Pierce, Linda
82. Piscitelli, John
83. Pokusa, Robert
84. Pollack, Frank

- 5 -

85. Poole, Bert

86. Rabbitt, Emily

87. Romero, Cynthia

88. Scarbrough, Sarah

89. Schramm, Elaina

90. Scott, Kathleen

91. Scott, Keith

92. Scully, Timothy

93. Sessoms Jr., William

94. Shupnick, Margaret

95. Starkey, James

96. Stolle, Ken

97. Suit, Terrie

98. Sutherland, Mary Shea

99. Tonkin, Leo

100. Townes, Martin "Tutti"

101. Troy, Anthony

102. Trussell, Audrey

103. Tuck, Thalia

104. Uncapher, Maureen McDonnell

105. Uncapher, Michael

106. Vetrovec, George

107. Watts, Pamelia

108. West, Trish

109. Wilder, Doug

110. Wiley, Marc

111. Williams, Caroline

112. Williams, Celeste

113. Williams, Donnie

114. Williams, Jonnie (Jr.)

115. Williams, Jonnie (Sr.)

116. Wilson, Sara

117. Wortham, Jane

118. Young, Cailin McDonnell

119. Young, Christopher

120. Zubowsky, Jeanine McDonnell

121. Zubowsky, Adam

Dated: July 28, 2014                                   Respectfully submitted,


/s/ Jonathan A. Berry
Henry W. Asbill (*pro hac vice*)
Mary Ellen Powers (*pro hac vice*)
Noel J. Francisco (*pro hac vice*)
James M. Burnham (*pro hac vice*)
Jonathan A. Berry (VSB No. 81864)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

John L. Brownlee (VSB No. 37358)
Timothy J. Taylor (VSB No. 84529)
HOLLAND & KNIGHT LLP
800 17th Street, N.W.
Suite 1100
Washington, D.C. 20006
Telephone: (202) 828-1854
Facsimile: (202) 955-5564

*Counsel for Robert F. McDonnell*

## **CERTIFICATE OF SERVICE**

      I, Jonathan A. Berry, am a member of the Bar of this Court. I hereby certify that on this 28th day of July, 2014, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, causing it to be served on all registered users.

Dated: July 28, 2014　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　/s/ Jonathan A. Berry
　　　　　　　　　　　　　　　　　　　　　　Jonathan A. Berry (VSB No. 81864)
　　　　　　　　　　　　　　　　　　　　　　JONES DAY
　　　　　　　　　　　　　　　　　　　　　　51 Louisiana Avenue, N.W.
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20001
　　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 879-3939
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 626-1700
　　　　　　　　　　　　　　　　　　　　　　Email: jberry@jonesday.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Robert F. McDonnell*