UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CRIMINAL NO. 3:14-CR-00012 |
| v. | ) | |
| | ) | JUDGE JAMES R. SPENCER |
| ROBERT F. MCDONNELL | ) | |
| MAUREEN G. MCDONNELL | ) | |

## COMBINED DEFENSE EXHIBIT LIST

| Exhibit No. | Date & Time | Description | Beginning Bates | Ending Bates |
|---|---|---|---|---|
| RM-0001 | 5/28/2011 23:06 | R. McDonnell email to J. Williams re gift | RFM-005074 | RFM-005074 |
| RM-0002 | 7/10/2011 0:00 | Gift contribution form re Smith Mountain Lake. | GMP-2452546 | GMP-2452548 |
| RM-0003 | 8/1/2011 20:15 | M. Huffstetler email to J. Williams re meeting. | STAR0147362 | STAR0147363 |
| RM-0004 | 8/23/2011 0:00 | A. Farris Rogers letter to J. Williams re consulting contract. | JWS0110000001 | JWS0110000001 |
| RM-0005 | 8/29/2011 0:00 | Executive Mansion Event Briefing Information Form for lunch with researchers and doctors. | RFM-002473 | RFM-002474 |
| RM-0006 | 8/29/2011 14:51 | Email chain with S. Scarbrough, E. Rabbitt, and M. Sutherland re lunch with researchers and doctors. | OGV-125685 | OGV-125686 |
| RM-0007 | 8/30/2011 0:00 | Press release re "Star Scientific Launches Anatabloc Dietary Supplement" | JWS0080005944 | JWS0080005945 |
| RM-0008 | 8/30/2011 0:00 | Invitation for mansion luncheon. | JWS0100000909 | JWS0100000909 |

| Exhibit No. | Date & Time | Description | Beginning Bates | Ending Bates |
|---|---|---|---|---|
| RM-0009 | 9/2/2011 19:56 | A. Farris Rogers email to J. Fulkerson re proposed contract. | STAR0147731 | STAR0147731 |
| RM-0010 | 10/22/2011 0:00 | Video of Michigan Anatabloc conference. | GML_0883746 | |
| RM-0011 | 10/22/2011 0:00 | Video of California Anatabloc conference. | GML_0884123 | |
| RM-0012 | 10/22/2011 0:00 | Video of California Anatabloc conference. | GML_0884124 | |
| RM-0013 | 12/21/2011 18:16 | Email chain with J. Fulkerson and K. Harris re June 8th trip. | GMP-0757896 | GMP-0757903 |
| RM-0014 | 1/20/2012 0:00 | M. Sutherland letter to J. Williams re events of 2011. | Rogers_EF00049080 | |
| RM-0015 | 3/11/2012 0:00 | M. McDonnell Uncapher text messages. | MOB000630 | |
| RM-0016 | 5/23/2012 0:00 | Executive Mansion Investigation briefing memorandum. | GMP-0766239 | GMP-0766243 |
| RM-0017 | 9/3/2012 20:09 | R. McDonnell email to J. Williams attaching movie file. | RFM-012815 | RFM-012815 |
| RM-0018 | 9/3/2012 20:09 | Video of group having dinner in Cape Cod, MA. | RFM-012816 | |
| RM-0019 | 9/3/2012 20:10 | R. McDonnell email to J. Williams attaching movie file. | RFM-015066 | RFM-015066 |
| RM-0020 | 9/3/2012 20:10 | Video of J. Williams and R. McDonnell playing golf. | RFM-015067 | |
| RM-0021 | 9/3/2012 20:11 | R. McDonnell email to J. Williams attaching movie file. | RFM-012813 | RFM-012813 |
| RM-0022 | 9/3/2012 20:11 | Video of J. Williams and R. McDonnell playing golf. | RFM-012814 | |
| RM-0023 | 3/31/2013 14:30 | J. Williams text message to M. McDonnell. | JWS0060000130 | JWS0060000130 |
| RM-0024 | 5/1/2013 0:00 | M. Kent memorandum summarizing results of J. Williams investigation. | GMP-2449299 | GMP-2449300 |

| Exhibit No. | Date & Time | Description | Beginning Bates | Ending Bates |
|---|---|---|---|---|
| RM-0025 | 6/4/2013 0:00 | T. Haymore email to A. Troy re payment information. | GMP-2545883 | GMP-2545885 |
| RM-0026 | 7/1/2013 0:00 | N. MacBridge letter to R. Cullen and R. Weingarten re J. Williams. | GMP-2558918 | GMP-2558920 |
| RM-0027 | 7/18/2013 0:00 | A. Troy letter to J. Eige re J. Williams investigation. | OGV-326908 | OGV-326910 |
| RM-0028 | 11/13/2013 0:00 | Statement signed by J. Gomez and M. Sutherland. | GMP-2559105 | GMP-2559106 |
| RM-0029 | | Intentionally Left Blank | | |
| RM-0030 | 10/25/2011 | C. Burn letter to M. Kent re resignation. | RFM-R16_000001 | RFM-R16_000001 |
| RM-0031 | 10/7/2013 | M. McDonnell Uncapher 2012 Form 1040. | RFM-R16_000002 | RFM-R16_000048 |
| RM-0032 | 1/30/2012 | Mansion staff letter to M. McDonnell re working conditions. | RFM-R16_000049 | RFM-R16_000050 |
| RM-0033 | 3/9/2012 | M. McDonnell Uncapher employee salary information. | RFM-R16_000051 | RFM-R16_000056 |
| RM-0034 | 3/11/2012 | Records re D. Williams home repair work. | RFM-R16_000057 | RFM-R16_000071 |
| RM-0035 | 7/2/2014 | TowneBank Loan Transaction History report for R. McDonnell and M. McDonnell Uncapher. | RFM-R16_000072 | RFM-R16_000086 |
| RM-0036 | 8/23/2007 | Rock Creek Pharmaceuticals Form 4 report for J. Williams. | RFM-R16_000087 | RFM-R16_000089 |
| RM-0037 | 8/27/2007 | Rock Creek Pharmaceuticals Form 4 report for J. Williams. | RFM-R16_000090 | RFM-R16_000092 |
| RM-0038 | 8/27/2007 | Rock Creek Pharmaceuticals Form 4 report for J. Williams. | RFM-R16_000093 | RFM-R16_000095 |
| RM-0039 | 11/19/2007 | Rock Creek Pharmaceuticals Form 4 report for J. Williams. | RFM-R16_000096 | RFM-R16_000098 |
| RM-0040 | 5/8/2008 | Rock Creek Pharmaceuticals Form 4 report for J. Williams. | RFM-R16_000099 | RFM-R16_000101 |

| Exhibit No. | Date & Time | Description | Beginning Bates | Ending Bates |
|---|---|---|---|---|
| RM-0041 | 11/12/2009 | Rock Creek Pharmaceuticals Form 4 report for J. Williams. | RFM-R16_000102 | RFM-R16_000104 |
| RM-0042 | 3/11/2010 | Rock Creek Pharmaceuticals Form 4 report for J. Williams. | RFM-R16_000105 | RFM-R16_000107 |
| RM-0043 | 4/7/2010 | Rock Creek Pharmaceuticals Form 4 report for J. Williams. | RFM-R16_000108 | RFM-R16_000110 |
| RM-0044 | 11/9/2010 | Rock Creek Pharmaceuticals Form 4 report for J. Williams. | RFM-R16_000111 | RFM-R16_000113 |
| RM-0045 | 3/8/2011 | Rock Creek Pharmaceuticals Form 4 report for J. Williams. | RFM-R16_000114 | RFM-R16_000116 |
| RM-0046 | 9/9/2011 | Rock Creek Pharmaceuticals Form 4 report for J. Williams. | RFM-R16_000117 | RFM-R16_000119 |
| RM-0047 | 12/20/2011 | Rock Creek Pharmaceuticals Form 4 report for J. Williams. | RFM-R16_000120 | RFM-R16_000122 |
| RM-0048 | 11/19/2012 | Rock Creek Pharmaceuticals Form 4 report for J. Williams. | RFM-R16_000123 | RFM-R16_000125 |
| RM-0049 | 12/31/2007 | Towne Bank checking account transaction history for MoBo Real Estate Partners, LLC. | RFM-R16_000126 | RFM-R16_000126 |
| RM-0050 | 1/31/2008 | Towne Bank checking account transaction history for MoBo Real Estate Partners, LLC. | RFM-R16_000127 | RFM-R16_000127 |
| RM-0051 | 2/29/2008 | Towne Bank checking account transaction history for MoBo Real Estate Partners, LLC. | RFM-R16_000128 | RFM-R16_000128 |
| RM-0052 | 3/31/2008 | Towne Bank checking account transaction history for MoBo Real Estate Partners, LLC. | RFM-R16_000129 | RFM-R16_000129 |
| RM-0053 | 4/30/2008 | Towne Bank checking account transaction history for MoBo Real Estate Partners, LLC. | RFM-R16_000130 | RFM-R16_000130 |
| RM-0054 | 5/30/2008 | Towne Bank checking account transaction history for MoBo Real Estate Partners, LLC. | RFM-R16_000131 | RFM-R16_000131 |
| RM-0055 | 6/30/2008 | Towne Bank checking account | RFM-R16_000132 | RFM-R16_000132 |

| Exhibit No. | Date & Time | Description | Beginning Bates | Ending Bates |
|---|---|---|---|---|
| | | transaction history for MoBo Real Estate Partners, LLC. | | |
| RM-0056 | 7/31/2008 | Towne Bank checking account transaction history for MoBo Real Estate Partners, LLC. | RFM-R16_000133 | RFM-R16_000133 |
| RM-0057 | 8/29/2008 | Towne Bank checking account transaction history for MoBo Real Estate Partners, LLC. | RFM-R16_000134 | RFM-R16_000134 |
| RM-0058 | 9/30/2008 | Towne Bank checking account transaction history for MoBo Real Estate Partners, LLC. | RFM-R16_000135 | RFM-R16_000135 |
| RM-0059 | 10/31/2008 | Towne Bank checking account transaction history for MoBo Real Estate Partners, LLC. | RFM-R16_000136 | RFM-R16_000136 |
| RM-0060 | 11/28/2008 | Towne Bank checking account transaction history for MoBo Real Estate Partners, LLC. | RFM-R16_000137 | RFM-R16_000137 |
| RM-0061 | 12/31/2008 | Towne Bank checking account transaction history for MoBo Real Estate Partners, LLC. | RFM-R16_000138 | RFM-R16_000138 |
| RM-0062 | 1/30/2009 | Towne Bank checking account transaction history for MoBo Real Estate Partners, LLC. | RFM-R16_000139 | RFM-R16_000139 |
| RM-0063 | 2/27/2009 | Towne Bank checking account transaction history for MoBo Real Estate Partners, LLC. | RFM-R16_000140 | RFM-R16_000140 |
| RM-0064 | 3/31/2009 | Towne Bank checking account transaction history for MoBo Real Estate Partners, LLC. | RFM-R16_000141 | RFM-R16_000141 |
| RM-0065 | 4/30/2009 | Towne Bank checking account transaction history for MoBo Real Estate Partners, LLC. | RFM-R16_000142 | RFM-R16_000142 |
| RM-0066 | 5/29/2009 | Towne Bank checking account transaction history for MoBo Real Estate Partners, LLC. | RFM-R16_000143 | RFM-R16_000143 |

| Exhibit No. | Date & Time | Description | Beginning Bates | Ending Bates |
|---|---|---|---|---|
| RM-0067 | 6/30/2009 | Towne Bank checking account transaction history for MoBo Real Estate Partners, LLC. | RFM-R16_000144 | RFM-R16_000144 |
| RM-0068 | 7/31/2009 | Towne Bank checking account transaction history for MoBo Real Estate Partners, LLC. | RFM-R16_000145 | RFM-R16_000145 |
| RM-0069 | 8/31/2009 | Towne Bank checking account transaction history for MoBo Real Estate Partners, LLC. | RFM-R16_000146 | RFM-R16_000146 |
| RM-0070 | 9/30/2009 | Towne Bank checking account transaction history for MoBo Real Estate Partners, LLC. | RFM-R16_000147 | RFM-R16_000147 |
| RM-0071 | 10/30/2009 | Towne Bank checking account transaction history for MoBo Real Estate Partners, LLC. | RFM-R16_000148 | RFM-R16_000148 |
| RM-0072 | 11/30/2009 | Towne Bank checking account transaction history for MoBo Real Estate Partners, LLC. | RFM-R16_000149 | RFM-R16_000149 |
| RM-0073 | 12/31/2009 | Towne Bank checking account transaction history for MoBo Real Estate Partners, LLC. | RFM-R16_000150 | RFM-R16_000150 |
| RM-0074 | 10/31/2011 | M. McDonnell Uncapher 2010 Form 1040. | RFM-R16_000151 | RFM-R16_000186 |
| RM-0075 | 0/0/2010 | M. McDonnell Uncapher 2010 W-2 | RFM-R16_000187 | RFM-R16_000187 |
| RM-0076 | 0/0/2011 | M. McDonnell Uncapher 2011 W-2 | RFM-R16_000188 | RFM-R16_000188 |
| RM-0077 | 0/0/2012 | M. McDonnell Uncapher 2012 W-2 | RFM-R16_000189 | RFM-R16_000189 |
| RM-0078 | 6/29/2014 | M. McDonnell Uncapher earnings statement | RFM-R16_000190 | RFM-R16_000191 |
| RM-0079 |  | Commonwealth of Opportunity Report | RFM-R16_000193 | RFM-R16_000240 |
| RM-0080 |  | Commonwealth of Opportunity Report | RFM-R16_000241 | RFM-R16_000264 |

| Exhibit No. | Date & Time | Description | Beginning Bates | Ending Bates |
|---|---|---|---|---|
| RM-0081 | 7/19/1976 | R. McDonnell and M. McDonnell marriage certificate | RFM-R16_000265 | RFM-R16_000265 |
| RM-0082 | | R. McDonnell military records | RFM-R16_000267 | RFM-R16_000321 |
| RM-0083 | | R. McDonnell academic and employment records | RFM-R16_000322 | RFM-R16_000335 |
| RM-0084 | | R. McDonnell credit reports | RFM-R16_000337 | RFM-R16_000344 |
| RM-0085 | | Tally of R. McDonnell events | RFM-R16_000346 | RFM-R16_000346 |
| RM-0086 | | List of events at Governor's Mansion | RFM-R16_000347 | RFM-R16_000369 |
| RM-0087 | | Health, Jobs, and Workforce Events | RFM-R16_000371 | RFM-R16_000423 |
| RM-0088 | | Campaign Priorities Overview | RFM-R16_000425 | RFM-R16_000456 |
| RM-0089 | | McDonnell Administration accomplishments | RFM-R16_000458 | RFM-R16_000508 |
| RM-0090 | | Media re McDonnell administration | RFM-R16_000510 | RFM-R16_000549 |
| RM-0091 | | Media re McDonnell administration | RFM-R16_000550 | RFM-R16_001331 |
| RM-0092 | | Media re McDonnell administration | RFM-R16_001332 | RFM-R16_001836 |
| RM-0093 | | McDonnell administration press releases | RFM-R16_001837 | RFM-R16_002115 |
| RM-0094 | | McDonnell event photos | RFM-R16_002116 | RFM-R16_002517 |
| RM-0095 | | McDonnell event talking points | RFM-R16_02518 | RFM-R16_003059 |
| RM-0096 | 1/21/2014 | Video of R. McDonnell statement following indictment | RFM-R16_003060 | RFM-R16_003060 |
| RM-0097 | 1/23/2013 | Virginia State Police summary of J. Williams witness statement | GMP-IRGJ-007966 | GMP-IRGJ-008009 |
| RM-0098 | 6/5/2014 | D. Boente letter to R. Cullen and R. Weingarten re J. Williams | GMP-IRGJ-008285 | GMP-IRGJ-008287 |
| RM-0099 | | Executive Mansion visitor logs | GMP-0000602 | GMP-0001230 |
| RM-0100 | | Patrick Henry Building visitor | GMP-2440606 | GMP-2442045 |

| Exhibit No. | Date & Time | Description | Beginning Bates | Ending Bates |
|---|---|---|---|---|
| | | logs for 2010 | | |
| RM-0101 | | Patrick Henry Building visitor logs for 2011 | GMP-2442046 | GMP-2443325 |
| RM-0102 | | Patrick Henry Building visitor logs for 2012 | GMP-2443326 | GMP-2444300 |
| RM-0103 | | Patrick Henry Building visitor logs for 2013 | GMP-2444301 | GMP-2445030 |
| RM-0104 | | AT&T wireless records for J. Williams | GMP-0031903 | GMP-0042249 |
| RM-0105 | | Verizon wireless records for R. McDonnell | GMP-2448766 | GMP-2449238 |
| RM-0106 | | Verizon wireless records for M. McDonnell | GMP-2448226 | GMP-2448630 |
| RM-0107 | 6/5/2013 | Washington Post article re "Star Scientific caused concerns" | GMP-2360028 | GMP-2360031 |
| RM-0108 | 4/10/2013 | T. Martin email to M. Kent and J. Eige re draft statement | GMP-0635571 | GMP-0635572 |
| RM-0109 | 2/4/2013 | R. McDonnell email to B. Chamberlain re TowneBank access | RFM-013325 | RFM-013325 |
| RM-0110 | 8/30/2011 8:26 | K. Harris email re RFM Schedule: 8.30.11 | OGV-259405 | OGV-259406 |
| RM-0111 | 9/5/2011 | R. McDonnell email to M. McDonnell | MPM-042938 | MPM-042938 |
| RM-0112 | | McDonnell administration press releases | RFM-R16_003061 | RFM-R16_003084 |
| RM-0113 | | Media re McDonnell administration | RFM-R16_003085 | RFM-R16_003127 |
| RM-0114 | 2/12/2013 | Local Kicks article re "McDonnell Says Clinical Trials of New Drugs Has Boosted State's Economy By 13,000 Jobs" | RFM-R16_003128 | RFM-R16_003129 |
| RM-0115 | 2/11/2013 | Press release re clinical trial of | RFM-R16_003130 | RFM-R16_003131 |

| Exhibit No. | Date & Time | Description | Beginning Bates | Ending Bates |
|---|---|---|---|---|
| | | Virginia research institutions | | |
| RM-0116 | 2/22/2012 | Richmond Times-Dispatch article re "Governor declares 2012 year of entrepreneur" | RFM-R16_003132 | RFM-R16_003132 |
| RM-0117 | 1/4/2012 | WTOP.com article re "McDonnell outlines Va. Job creation initiatives" | RFM-R16_003133 | RFM-R16_003134 |
| RM-0118 | 11/11/2011 | Thaindian News article re "Virginia governor to lead trade mission to India" | RFM-R16_003135 | RFM-R16_003136 |
| RM-0119 | 11/3/2011 | Press release re "Governor McDonnell, Cisco CEO John Chambers and University Presidents Highlight New Technology Sharing Initiatives" | RFM-R16_003137 | RFM-R16_003137 |
| RM-0120 | 5/25/2011 | VCU article re "Governor McDonnell Ceremonially Presents $5 Million in State Funds to VCU Massey Cancer Center to Support Cancer Research Expansion" | RFM-R16_003138 | RFM-R16_003139 |
| RM-0121 | 12/15/2010 | Press release re "McDonnell, Bolling Announce 'Opportunity At Work' Budget Initiatives" | RFM-R16_003140 | RFM-R16_003143 |
| RM-0122 | | M. McDonnell Uncapher summary of equities owned | RFM-R16_003144 | RFM-R16_003152 |
| RM-0123 | | Phrma.org booklet re "Research in Your Backyard" | RFM-R16_003153 | RFM-R16_003184 |
| RM-0124 | | M. McDonnell Uncapher summary of equities owned | RFM-R16_003185 | RFM-R16_003193 |
| RM-0125 | | Screen shot of Michael Herring Report | RFM-R16_003194 | RFM-R16_003194 |
| RM-0126 | 5/26/2010 | Chesterfield Business News article re "Gov. McDonnell | RFM-R16_003195 | RFM-R16_003196 |

| Exhibit No. | Date & Time | Description | Beginning Bates | Ending Bates |
|---|---|---|---|---|
| | | Welcomes Sabra Dipping Company to Chesterfield" | | |
| RM-0127 | 7/13/2012 | Progress-Index article re "Construction begins on hummus company expansion" | RFM-R16_003197 | RFM-R16_003199 |
| RM-0128 | 7/18/2013 | Herring Report re Cuccinelli investigation | RFM-R16_003200 | RFM-R16_003208 |
| RM-0129 | 8/13/2013 | M. Decker email to R. McDonnell re Governor's Recognition Cookout | RFM-R16_003209 | RFM-R16_003210 |
| RM-0130 | 11/26/2012 | M. Decker email to R. McDonnell re Thanksgiving | RFM-R16_003211 | RFM-R16_003212 |
| RM-0131 | 12/24/2013 | M. Kent email to R. McDonnell re holiday | RFM-R16_003213 | RFM-R16_003214 |
| RM-0132 | 12/24/2013 | T. Martin email to R. McDonnell re holiday | RFM-R16_003215 | RFM-R16_003216 |
| RM-0133 | 12/25/2012 | M. Decker email to R. McDonnell re holiday | RFM-R16_003217 | RFM-R16_003218 |
| RM-0134 | 12/25/2013 | R. Brown email to R. McDonnell re holiday | RFM-R16_003221 | RFM-R16_003222 |
| RM-0135 | 8/11/2013 | M. Decker email to R. McDonnell re statewide tour | RFM-R16_003223 | RFM-R16_003223 |
| RM-0136 | 10/31/2013 | M. Decker farewell email | RFM-R16_003224 | RFM-R16_003225 |
| RM-0137 | 9/8/2013 | M. Decker email to R. McDonnell re solitary confinement article | RFM-R16_003226 | RFM-R16_003227 |
| RM-0138 | 10/16/2010 | Governor's Commission on Economic Development and Job Creation Final Report | RFM-R16_003228 | RFM-R16_003390 |
| RM-0139 | 7/26/2012 | Photo of R. McDonnell at event | RFM-R16_003391 | RFM-R16_003391 |
| RM-0140 | 7/26/2012 | Photo of R. McDonnell at event | RFM-R16_003392 | RFM-R16_003392 |
| RM-0141 | 7/26/2012 | Photo of R. McDonnell at event | RFM-R16_003393 | RFM-R16_003393 |

| Exhibit No. | Date & Time | Description | Beginning Bates | Ending Bates |
|---|---|---|---|---|
| RM-0142 | 7/27/2012 | Loudoun Magazine article re "Gov. McDonnell Joins First Lady, Sheila Johnson At Salamander Resort Reception Touting Wine Industry" | RFM-R16_003394 | RFM-R16_003395 |
| RM-0143 | 7/18/2014 | M. McDonnell Uncapher earnings statement | RFM-R16_003396 | RFM-R16_003397 |
| RM-0144 | | M. McDonnell Uncapher CV | RFM-R16_003398 | RFM-R16_003400 |
| RM-0145 | 11/12/2010 | Richmond Times-Dispatch article re "McDonnell says he will display creche" | RFM-R16_003401 | RFM-R16_003402 |
| RM-0146 | 4/29/2011 | NBC29.com article re "New Jobs Coming to Albemarle" | RFM-R16_003403 | RFM-R16_003403 |
| RM-0147 | | Photo of M. McDonnell, M. Sutherland, and J. Williams | RFM-R16_003404 | RFM-R16_003404 |
| RM-0148 | 4/30/2013 | NBC12 article re "Popular hummus maker to bring 140 jobs to Chesterfield" | RFM-R16_003405 | RFM-R16_003406 |
| RM-0149 | | R. McDonnell CV | RFM-R16_003409 | RFM-R16_003431 |
| RM-0150 | 6/2/2010 | Village News online article re "Sabra dips in Chesterfield" | RFM-R16_003432 | RFM-R16_003434 |
| RM-0151 | 6/21/2012 | R. McDonnell tweet re Sabra expanding in Chesterfield | RFM-R16_003435 | RFM-R16_003435 |
| RM-0152 | 10/8/2012 | The Health Journal article re "Shaping Up Our State" | RFM-R16_003436 | RFM-R16_003447 |
| RM-0153 | 4/30/2013 | Press release re "Governor McDonnell Announces Continued Investment by Sabra Dipping Company in Chesterfield County" | RFM-R16_003448 | RFM-R16_003451 |
| RM-0154 | 1/8/2014 | Text of 2014 State of the Commonwealth Address of Governor Robert F. McDonnell | RFM-R16_003452 | RFM-R16_003463 |
| RM-0155 | | Video of R. McDonnell | RFM-R16_003464 | RFM-R16_003464 |

| Exhibit No. | Date & Time | Description | Beginning Bates | Ending Bates |
|---|---|---|---|---|
| | | appearance on Bloomberg | | |
| RM-0156 | 12/20/2013 | FDA Warning Letter to J. Williams | RFM-R16_003465 | RFM-R16_003470 |
| RM-0157 | 6/23/2014 | D. Stearn Letter to J. Brownlee re testimony request for FDA employee Gary Coody | RFM-R16_003471 | RFM-R16_003474 |
| RM-0158 | 1/27/2010 | Video of R. McDonnell State of the Union response | RFM-R16_003475 | RFM-R16_003475 |
| RM-0159 | 8/26/2010 | Video of R. McDonnell at James Madison University | RFM-R16_003476 | RFM-R16_003476 |
| RM-0160 | | Video of R. McDonnell at RagingWire event | RFM-R16_003477 | RFM-R16_003477 |
| RM-0161 | | Video of R. McDonnell at Hardywood Brewery event | RFM-R16_003478 | RFM-R16_003478 |
| RM-0162 | | Video of R. McDonnell at ICF event | RFM-R16_003479 | RFM-R16_003479 |
| RM-0163 | | Video of R. McDonnell at King Vineyards | RFM-R16_003480 | RFM-R16_003480 |
| RM-0164 | | Video of R. McDonnell appearance on Bloomberg | RFM-R16_003481 | RFM-R16_003481 |
| RM-0165 | | Video of R. McDonnell at NVTC Veterans Employment Initiative | RFM-R16_003482 | RFM-R16_003482 |
| RM-0166 | | Photo of R. McDonnell at event | RFM-R16_003483 | RFM-R16_003483 |
| RM-0167 | | Photo of R. McDonnell at event | RFM-R16_003484 | RFM-R16_003484 |
| RM-0168 | | Photo of R. McDonnell at event | RFM-R16_003485 | RFM-R16_003485 |
| RM-0169 | | Photo of R. McDonnell at event | RFM-R16_003486 | RFM-R16_003486 |
| RM-0170 | | Photo of R. McDonnell at event | RFM-R16_003487 | RFM-R16_003487 |
| RM-0171 | | Photo of R. McDonnell at | RFM-R16_003488 | RFM-R16_003488 |

| Exhibit No. | Date & Time | Description | Beginning Bates | Ending Bates |
|---|---|---|---|---|
| | | event | | |
| RM-0172 | | Photo of R. McDonnell at event | RFM-R16_003489 | RFM-R16_003489 |
| RM-0173 | | Photo of R. McDonnell at event | RFM-R16_003490 | RFM-R16_003490 |
| RM-0174 | | Photo of R. McDonnell and T. Martin | RFM-R16_003491 | RFM-R16_003491 |
| RM-0175 | | Photo of J. Kelly | RFM-R16_003492 | RFM-R16_003492 |
| RM-0176 | | Photo of P. Cox | RFM-R16_003493 | RFM-R16_003493 |
| RM-0177 | | Photo of R. McDonnell | RFM-R16_003494 | RFM-R16_003494 |
| RM-0178 | | R. McDonnell calendar for 2009 - 2011 | RFM-R16_003495 | RFM-R16_004329 |
| RM-0179 | | R. McDonnell calendar for 2012 - 2013 | RFM-R16_004330 | RFM-R16_005060 |
| RM-0180 | | Video of R. McDonnell at VCHEC ribbon cutting | RFM-R16_005061 | RFM-R16_005061 |
| RM-0181 | | Video of R. McDonnell InsideNova.com appearance | RFM-R16_005062 | RFM-R16_005062 |
| RM-0182 | 8/29/2011 | T. Suit email to M. Conrad and T. Martin re: hurricane | GMP-0863613 | GMP-0863614 |
| RM-0183 | 11/28/2011 14:30 | M. Sutherland email to K. Woody re Thanksgiving | Sutherland_EM00001758 | |
| RM-0184 | 4/20/2011 9:33 | M. Sutherland email to J. Clemente re "FLOVA in China" | CDC-DOJ-000430 | CDC-DOJ-000431 |
| RM-0185 | 4/15/2011 13:56 | J. Abel email to J. Williams re "Nice meeting you Jonnie" | STAR0034214 | STAR0034221 |
| RM-0186 | 9/2/2011 17:39 | M. Sutherland email to J. Fulkerson re "for Jonnie to read" | JWS0080006140 | JWS0080006140 |
| RM-0187 | 6/18/2012 15:15 | M. Sutherland and J. Bruce email chain re Anatabloc | Sutherland_EM00009452 | |
| RM-0188 | 7/18/2012 0:00 | M Sutherland and J. Bruce email chain re CIGX | Sutherland_EM00029146 | |
| RM-0189 | 8/21/2012 | M. Sutherland email to A. | Rogers_EM00043359 | |

| Exhibit No. | Date & Time | Description | Beginning Bates | Ending Bates |
|---|---|---|---|---|
| | 19:10 | Farris re "info on Star Scientific" and attachment | | |
| RM-0190 | 8/15/2011 20:23 | K. Harris and M. Sutherland email chain re lunch on August 30, 2011 | OGV-000041 | OGV-000042 |
| RM-0191 | 8/29/2011 10:56 | M. Sutherland and J. Fulkerson email chain re "Lunch tomorrow" | JWS0080005890 | JWS0080005890 |
| RM-0192 | 9/2/2011 17:26 | J. Fulkerson and M. Sutherland email chain re proposal | STAR0147998 | STAR0147999 |
| RM-0193 | 12/16/2011 16:49 | M. Sutherland and J. Clemente email chain re contracts | CDC-DOJ-000400 | CDC-DOJ-000401 |
| RM-0194 | | C. McDonnell text to M. Wiley re birthday party | | |
| RM-0195 | | C. McDonnell text to M. Wiley re birthday party | | |
| RM-0196 | | C. McDonnell text to M. Wiley re birthday party | | |
| RM-0197 | | R. McDonnell text to M. Wiley re birthday | | |
| RM-0198 | | Image of M. Wiley phone | | |
| RM-0199 | | R. McDonnell voice mail for M. Wiley | | |
| RM-0200 | | C. McDonnell voice mail for M. Wiley | | |
| RM-0201 | | Virginia Public Access Project summary of in kind donations reported by Bob McDonnell committees from Star Scientific Inc. | On disc. | |
| RM-0202 | 10/6/2010 17:11 | Greer email to Cailin McDonnell with wedding catering invoice, menu, | RFM-000499 | RFM-000499 |

| Exhibit No. | Date & Time | Description | Beginning Bates | Ending Bates |
|---|---|---|---|---|
| | | contract attached | | |
| RM-0203 | 10/6/2010 17:11 | Catering invoice sent by Greer to Cailin McDonnell | RFM-000500 | RFM-000500 |
| RM-0204 | 10/6/2010 17:11 | Catering contract sent by Greer to Cailin McDonnell | RFM-000503 | RFM-000505 |
| RM-0205 | | Intentionally left blank. | | |
| RM-0206 | 2/8/2011 9:27 | Email exchange between Cailin McDonnell and David Ramadan re Ms. McDonnell's wedding. | YOUNG-002629 | YOUNG-002630 |
| RM-0207 | 1/19/2011 | Email exchange between Cailin McDonnell and David Ramadan re Ms. McDonnell's wedding. | YOUNG-000708 | YOUNG-000709 |
| RM-0208 | 6/22/2011 21:40 | Email exchange between Cailin McDonnell and David Ramadan following up on Ms. McDonnell's wedding. | YOUNG-002977 | YOUNG-002977 |

Dated: July 28, 2014                                  Respectfully submitted,

/s/ Jonathan A. Berry
Henry W. Asbill (*pro hac vice*)
Mary Ellen Powers (*pro hac vice*)
Noel J. Francisco (*pro hac vice*)
Ryan D. Newman (*pro hac vice*)
James M. Burnham (*pro hac vice*)
Jonathan A. Berry (VSB No. 81864)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

John L. Brownlee (VSB No. 37358)
Timothy J. Taylor (VSB No. 84529)
HOLLAND & KNIGHT LLP
800 17th Street, N.W.
Suite 1100
Washington, D.C. 20006
Telephone: (202) 828-1854
Facsimile: (202) 955-5564

*Counsel for Robert F. McDonnell*

- 16 -

## CERTIFICATE OF SERVICE

      I, Jonathan A. Berry, am a member of the Bar of this Court. I hereby certify that on this 28th day of July, 2014, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, causing it to be served on all registered users.

Dated: July 28, 2014                                        Respectfully submitted,

                                                                        /s/ Jonathan A. Berry
                                                                        Jonathan A. Berry (VSB No. 81864)
                                                                        JONES DAY
                                                                        51 Louisiana Avenue, N.W.
                                                                        Washington, D.C. 20001
                                                                        Telephone: (202) 879-3939
                                                                        Facsimile: (202) 626-1700
                                                                        Email: jberry@jonesday.com

                                                                        *Counsel for Robert F. McDonnell*