IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal Case No. 3:14CR12 |
| ROBERT F. McDONNELL, | ) | |
| AND | ) | |
| MAUREEN G. McDONNELL | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For good cause appearing to the Court, it is ORDERED that the jurors in the above entitled case be kept together in the custody of the United States Marshal, who shall furnish them **LUNCH on MONDAY, JULY 28, 2014**, submitting the bill to the Clerk of this Court for payment.

And it is so ORDERED.

/s/
James R. Spencer
Senior U. S. District Judge

Date: 7-29-14
Richmond, Virginia