**CRIMINAL TRIAL PROCEEDINGS**
MINUTE SHEET                                                         DATE:          7/29/14 – DAY 2

| United States District Court | Eastern District of Virginia – Richmond Division |
|---|---|
| CASE TITLE<br>UNITED STATES OF AMERICA<br>V<br>Robert F. McDonnell<br>Maureen G. McDonnell | CRIMINAL NO: 3:14cr12<br><br>JUDGE: Spencer<br><br>CT REPORTER: Jeffrey Kull, OCR, Tracey Stroh, court reporter, Chandler & Halasz |
|  |  |

MATTER COMES ON FOR:         JURY TRIAL ( x )    BENCH TRIAL ( )

APPEARANCES:    DFT WITH COUNSEL ____SEE ATTACHED_____, ESQ. ( )
                GOV'T _____SEE ATTACHED _____, AUSA ( )
                JURY PRESENT ( x )
BAIL STATUS:    DEFENDANTS ON BOND ( )   DFT. INCARCERATED ( )

**TRIAL PROCEEDINGS:**                          **Jury Instruction only   xx**
JURY SWORN & EXAMINED ON VOIR DIRE ( )   JURY EMPANELED & SWORN TO TRY ISSUE ( )
WITNESSES EXCLUDED ON MOTION OF: GOV'T ( )  DEFENDANT ( )  COURT ( xx )
OPENING STATEMENTS MADE ( xx )    OPENING WAIVED ( )
GOVERNMENT ADDUCED EVIDENCE ( xx )  RESTED ( )  MOTION ( ) _____
DEFENDANT ADDUCED EVIDENCE   ( )  RESTED ( )  MOTION ( ) _____
REBUTTAL EVIDENCE ADUCED      ( )  SUR-REBUTTAL EVIDENCE ADDUCED ( )
EVIDENCE CONCLUDED ( )   ARGUMENTS OF COUNSEL HEARD ( )
JURY CHARGED BY THE COURT ( )      ALTERNATE JUROR DISCHARGED ( )
OBJECTIONS AND/OR EXCEPTIONS TO THE JURY CHARGE NOTED BY:
       DEFENDANT ( )   GOVERNMENT ( )    NONE NOTED ( )
JURY RETIRED ( ) at _____ a.m./p.m.   INQUIRIES OF THE JURY RECEIVED; ANSWERED ( )
JURY RETURNED VERDICT OF:    GUILTY AS CHARGED IN _____( )
                              NOT GUILTY AS CHARGED IN _____( )
JURY UNABLE TO AGREE ( )    MISTRIAL DECLARED ( )    JURY DISCHARGED ( )
JUDGMENT: DEFENDANT _____AS CHARGED IN _____( )
PSR ORDERED ( ) or WAIVED BY THE DEFENDANT ( )    SGO ENTERED ( )

CASE CON'T TO : ____7/30_____, 20_14_ AT _9:30 a.m. FOR ___Jury Trial_____( x )

DEFENDANT CONTINUED ON PRESENT BOND ( x )     DEFENDANT REMANDED TO CUSTODY ( )

ALL EXHIBITS RETURNED TO COUNSEL ( ) _____

FURTHER NOTATIONS: __Defendants withdrew 17C Request regarding Fogelson_____

SET: 10:00        BEGAN: 10:03        ENDED: 5:33  TIME IN COURT: __4__ HRS __11__ MIN.
RECESSES: 12:00 – 12:20, 1:07-2:13, 3:23-3:36

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __VIRGINIA (Richmond Division)__

UNITED STATES OF AMERICA
V.
ROBERT F. MCDONNELL and
MAUREEN G. MCDONNELL

**EXHIBIT AND WITNESS LIST**

Case Number: 3:14CR00012--JRS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| SPENCER | (see docket sheet) | (see docket sheet) |
| TRIAL DATE(S) 7/29/14 | COURT REPORTER J. KULL, OCR & T. STROH | COURTROOM DEPUTY HANCOCK |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 7/29 | | | Ryan Greer  Seasonings Catering |
| ✓ | | | ✓ | ✓ | Gvt. Ex. 80 |
| ✓ | | | ✓ | ✓ | Gvt. Ex. 81 |
| ✓ | | | ✓ | ✓ | Gvt. Ex. 79 |
| ✓ | | | ✓ | ✓ | Gvt. Ex. 82 |
| ✓ | | | ✓ | ✓ | Gvt. Ex. 156 |
| ✓ | | | ✓ | ✓ | Gvt. Ex. 85 |
| ✓ | | | ✓ | ✓ | Gvt. Ex. 86 |
| ✓ | | | ✓ | ✓ | Gvt. Ex. 121 |
| ✓ | | | ✓ | ✓ | Gvt. Ex. 133 |
| ✓ | | | ✓ | ✓ | Gvt. Ex. 159 |
| | ✓ | | | | Cross R. McDonnell |
| | ✓ | | | | Gvt. Ex. 81 |
| | ✓ | | | | Cross M. McDonnell |
| ✓ | | | | | Cailin McDonnell Young |
| ✓ | | | ✓ | ✓ | Gvt. Ex. 76 |
| ✓ | | | ✓ | ✓ | Gvt. Ex. 80 |
| ✓ | | | ✓ | ✓ | Gvt. Ex. 77 |
| ✓ | | | ✓ | ✓ | Gvt. Ex. 81 |
| ✓ | | | ✓ | ✓ | Gvt. Ex. 85 |
| ✓ | | | ✓ | ✓ | Gvt. Ex. 111 |
| ✓ | | | ✓ | ✓ | Gvt. Ex. 121 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of 2 Pages

| UNITED STATES OF AMERICA | vs. | ROBERT F. MCDONNELL and MAUREEN G. MCDONNELL | CASE NO. 3:14CR00012-JRS |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 7/29 | | | Cailin McDonnell cont'd |
| ✓ | | | ✓ | ✓ | Govt. Ex. 159 |
| ✓ | | | ✓ | ✓ | Govt. Ex. 493 |
| ✓ | | | ✓ | ✓ | Govt. Ex. 549 |
| ✓ | | | ✓ | ✓ | Govt. Ex. 548 |
| ✓ | | | ✓ | ✓ | Govt. Ex. 181 (pg 2) |
| ✓ | | | ✓ | ✓ | Govt. Ex. 198 |
| ✓ | | | ✓ | ✓ | Govt. Ex. 446 |
| ✓ | | | ✓ | ✓ | Govt. Ex. 455 |
| | ✓ | | | | Cross R. McDonnell |
| | ✓ | | | | Cross M. McDonnell |
| ✓ | | | | | Jerri Fulkerson |
| ✓ | | | ✓ | ✓ | Govt Ex. 64 |
| ✓ | | | ✓ | ✓ | Govt Ex. 66 |
| ✓ | | | ✓ | ✓ | Govt. Ex. 68 |
| ✓ | | | ✓ | ✓ | Govt. Ex. 69 |
| ✓ | | | ✓ | ✓ | Govt. Ex. 70 |
| ✓ | | | ✓ | ✓ | Govt. Ex. 92 |
| ✓ | | | ✓ | ✓ | Govt. Ex. 103 |
| ✓ | | | ✓ | ✓ | Govt. Ex. 114 |
| ✓ | | | ✓ | ✓ | Govt. Ex. 118 |
| ✓ | | | ✓ | | Govt Ex. 94 (not admitted) |
| ✓ | | | ✓ | ✓ | Govt Ex. 120 |
| ✓ | | | ✓ | ✓ | Govt Ex. 121 |
| ✓ | | | ✓ | ✓ | Govt Ex. 122 |
| ✓ | | | ✓ | ✓ | Govt. Ex. 123 |
| ✓ | | | ✓ | ✓ | Govt Ex. 124 |