UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

UNITED STATES OF AMERICA,

v.

ROBERT F. MCDONNELL,

and

MAUREEN G. MCDONNELL,

Defendants.

Action No. 3:14-CR-12

## ORDER

THIS MATTER is before the Court on Defendants' Motions for Issuance of Rule 17(c) Subpoenas. (ECF Nos. 307, 309). As to Star Scientific, Incorporated, the requests are DENIED as too broad and overly burdensome.

Let the Clerk send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

/s/
James R. Spencer
Senior U. S. District Judge

ENTERED this 30th day of July 2014.