**Starwood Aviation, Inc.**

P. O. Box 57
Bethel, DE 19931

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/4/2010 | 2010-129 |

**Bill To**

Star Scientific, Inc.
4470 Cox Road
Suite 110
Glen Allen, VA 23060

| P.O. No. | Terms | Project |
|----------|-------|---------|
| Trip 324 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Trip 324 - Oct 3, 2010 Richmond, VA to Sacramento, CA with Gov. McDonnell and staff for political fund raising. From Sacramento, Ca. to San Francisco, CA and return with Jonnie Williams for meetings with Scott Peters and investors.  Return to Richmond, VA | | |
| 15.4 | MSP flight hours | 4,058.14 | 62,495.36 |
| 1 | Landing fees charged – SFO | 203.00 | 203.00 |
| 1 | Landing fees charged - RIC | 26.25 | 26.25 |

01704.530.000

| | Total | $62,724.61 |
|--|-------|-----------|

Confidential Treatment Requested by Star Scientific, Inc.

GOVERNMENT
EXHIBIT
64
3:14cr12

STAR0147059

| Bill to: | Star | | | | | |
|----------|------|--|--|--|--|--|
| Trip No.# | 324 | | **Starwood Aviation, Inc.**<br>**Trip Itinerary**<br>**Passenger Manifest** | | | |

| Meeting Time: | | Distance from Airport | | Mins: | |
|---------------|--|-----------------------|--|-------|--|

| Depart Date | ACFT | Depart Time | From City | To City | Arrive | ETE |
|-------------|------|-------------|-----------|---------|--------|-----|
| 3-Oct | 321GL | 730 | Richmond | Sioux Falls | 0910 | 2+40 |
| 3-Oct | 321GL | 930 | Sioux Falls | Salt Lake City | 1035 | 2+05 |
| 3-Oct | 321GL | 1100 | Salt Lake City | Sacramento | 1120 | 1+20 |
| 3-Oct | 321GL | 1145 | Sacramento | San Francisco | 1215 | 30 |
| 3-Oct | 321GL | 1400 | San Francisco | Sacramento | 1430 | 30 |
| 3-Oct | 321GL | 1500 | Sacramento | Lincoln | 1945 | 2+45 |
| | 321GL | 2015 | Lincoln | Richmond | 2325 | 2+10 |
| Passengers | | | | | | |
| Leg 1 | | Governor McDonnell | Security | | | |
| Leg 2 | | Governor McDonnell | Security | | | |
| Leg 3 | | Governor McDonnell | Security | | | |
| Leg 4 | Jonnie | | | | | |
| Leg 5 | Jonnie | | | | | |
| Leg 6 | Jonnie | Governor McDonnell | Security | | | |
| Leg 7 | Jonnie | Governor McDonnell | Security | | | |
| Food: | Breakfast | | Lunch | Dinner | Snack | Special |
| Description | | | | | | |

| Ground Transportation: | Rental Car | | Car & Driver | | Limo | None |
|------------------------|------------|--|--------------|--|------|------|
| Arranged By: | | | | | | |

|  | ATLAS INFO | | |
|--|------------|--|--|
| ICAO Code: | KSRQ | | |
| Airport Name: | Sarasota Bradenton Airport | | |
| City: | Sarasota, FL | | |
| FBO Information: | Redrix | 941-358-9600 | 130.22 |
|  | ATLAS INFO | | |
| ICAO Code: | KRIC | | |
| Airport Name: | Richmond Int'l | | |
| City: | Richmond, VA | | |
| FBO Information: | Millionair | 804-222-3700 | 130.30 |
|  | ATLAS INFO | | |
| ICAO Code: | KFSD | | |
| Airport Name: | Sioux Falls Airport | | |
| City: | Sioux Falls, SD | | |
| FBO Information | Landmark Aviation | 800-888-1846 | 122.95 |
|  | ATLAS INFO | | |
| ICAO Code: | KSLC | | |
| Airport Name: | Salt Lake City Int'l | | |
| City: | Salt Lake City, UT | | |
| FBO Information: | Millionair | 800-228-9392 | 122.95 |
|  | ATLAS INFO | | |
| ICAO Code: | KMHR | | |
| Airport Name: | Sacramento Mather Field | | |
| City: | Sacramento, CA | | |
| FBO Information: | Atlantic | 916-368-1455 | 130.55 |
|  | ATLAS INFO | | |
| ICAO Code: | KESN | | |
| Airport Name: | Easton Airport | | |
| City: | Easton, MD | | |
| FBO Information: | Maryland Air | 410-822-8181 | 122.95 |
|  | ATLAS INFO | | |
| ICAO Code: | KLNK | | |
| Airport Name: | Lincoln Airport | | |
| City: | Lincoln, NE | | |
| FBO Information: | Silverhawk Aviation | 800-479-5851 | 122.95 |
|  | ATLAS INFO | | |
| ICAO Code: | KSFO | | |
| Airport Name: | San Francisco Int'l | | |
| City: | San Francisco, CA | | |
| FBO Information: | Signature | 650-877-6800 | 128.92 |

## Starwood Aviation, Inc
### N321GL-216
### Trip Log

**Bill To:** Star

| Date | 10/3/2010 | | Trip# | 324 | | Crew | | Noble | Fleming |

| Leg | FROM | TO | OUT | OFF | ON | IN | | LEG TTL | BLOCK | FUEL BURN |
|-----|------|-----|------|------|------|------|---|---------|--------|-----------|
| 1 | RIC | FSD | 1100 | 1116 | 1351 | 1401 | | 2+35 | 3+01 | 2667 |
| 2 | FSD | SLC | 1409 | 1419 | 1614 | 1624 | | 1+55 | 2+15 | 2258 |
| 3 | SLC | MHR | 1637 | 1647 | 1806 | 1826 | | 1+19 | 1+49 | 1655 |
| 4 | MHR | SFO | 1830 | 1900 | 1944 | 1954 | | 44 | 1+24 | 980 |
| 5 | SFO | MHR | 2100 | 2122 | 2140 | 2150 | | 18 | 50 | 564 |
| 6 | MHR | LNK | 2205 | 2225 | 0110 | 0125 | | 2+45 | 3+20 | 3075 |
| 7 | LNK | RIC | 0145 | 0200 | 0420 | 0430 | | 2+20 | 2+45 | 2467 |

| | | | | | | **TOTALS** | | **11+56** | **15+24** | **13,666** |

| | FWD | TODAY | TOTAL | | PASSENGERS | |
|----------|--------|-------|--------|---|-----|---|
| Aircraft | 2976.4 | 12.0 | 2988.4 | 1 | Jonnie | |
| L-Engine | 2976.4 | 12.0 | 2988.4 | 2 | Governor McDonald | |
| R-Engine | 2976.4 | 12.0 | 2988.4 | 3 | Security Dave Jones | |
| L-Cycle | 2319 | 7 | 2326 | 4 | Mrs. McDonnell | |
| R-Cycle | 2319 | 7 | 2326 | 5 | | |
| Landings | 2319 | 7 | 2326 | 6 | | |

| VOR CHECK | VOR # 1 | VOR # 2 | | 7 | |
| Date: | | | | 8 | |
| Bearing | | | |
| Location | | | |
| Error | | | |

**APPROACHES**

| | |
|-------|---|
| ILS | |
| GPS | |
| VOR | |
| OTHER | |

**INSP. DUE:**
ENG. INSP
AIRFRAME **3045.4**
Phase A, B & C
BRAKES ON:
**2222 Cycles**

Notes:
| 01 to 06 = .1 | 31 to 36 = .6 |
| 07 to 12 = .2 | 37 to 42 = .7 |
| 13 to 18 = .3 | 43 to 48 = .8 |
| 19 to 24 = .4 | 49 to 54 = .9 |
| 25 to 30 = .5 | 55 to 60 = 1.0 |

### Expenses

| Fuel: | Gallons/Cost | | | | Aircraft Expenses: | |
|------------|------|-----------|---------------------------|----------|----------------------|---------|
| Millionair | 342 | $1,692.90 | Per Diem Donald 10/2 & 10/3 | $600.00 | Landing/Parking SFO | $203.00 |
| Landmark | 390 | $1,939.30 | Per Diem Dan 10/2 & 10/3 | $600.00 | Catering | $109.66 |
| Salt Lake | 344 | $1,585.84 | | | GPU Richmond | $26.25 |
| Atlantic | 301 | $1,736.17 | | | | |
| Signature | 175 | $1,132.59 | | | | |
| Silverhawk | 489 | $1,907.10 | | | | |
| | | | | | | |
| Total | 2041 | $9,994.90 | | | | |
| | | | | | | |
| Recirx | | | | | | |
| | | | | | | |
| Total | 2041 | $9,994.90 | Total | $1,200.00 | Total | $338.91 |

| | |
|---|---|
| **From:** | Jonnie Williams Sr <jwilliams@starscientific.com> |
| **Sent:** | Friday, October 8, 2010 9:57 AM |
| **To:** | Block, Monica (GOV) <Monica.Block@governor.virginia.gov>; Mike Reynold At AG McDonnell's <mike@bobmcdonnell.com>; Brandon de Graaf ▇▇▇▇▇▇▇▇▇▇ Noah Rogers ▇▇▇▇▇▇▇▇▇ |
| **Subject:** | FW: Star Release on Roskamp Institute Announcement |

Jonnie asked that I forward this press release and the next one to Gov. McDonnell and A G Cuccinelli

Jerri M. Fulkerson
Executive Assistant
Office: 804-586-5484
Fax: 804-861-9217

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**From:** Sara Machir
**Sent:** Thursday, October 07, 2010 11:47 AM
**To:** Bethesda Office; ChaseCity Office; Petersburg Office
**Subject:** Star Release on Roskamp Institute Announcement


Sara Troy Machir
Vice President, Communications & Investor Relations
Star Scientific, Inc.
301-654-8300


IMPORTANT/CONFIDENTIAL: This message contains information which may be privileged, confidential, or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, retention, archiving, or copying the communication is strictly prohibited. If you have received this communication in error, please notify us immediately by return e-mail and delete the document.

GOVERNMENT
EXHIBIT
66
3:14cr12

CONFIDENTIAL

OGV-067199

| | |
|---|---|
| **From:** | Jerri Fulkerson <jfulkerson@starscientific.com> |
| **Sent:** | Friday, October 8, 2010 10:39 AM |
| **To:** | Block, Monica (GOV) <Monica.Block@governor.virginia.gov>; Noah Rogers ▮▮▮▮▮▮▮▮▮▮▮▮▮▮Brandon de Graaf ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Mike Reynold At AG McDonnell's <mike@bobmcdonnell.com>; Mike Bujakowski <mbujakowski@starscientific.com> |
| **Subject:** | FW: Star Release on Roskamp Institute Announcement |
| **Attach:** | Star Scientific Comments on Roskamp Institute.pdf |

Star's Press Release.

Jerri M. Fulkerson
Executive Assistant
Office: 804-586-5484
Fax: 804-861-9217

**From:** Elaine Thompson
**Sent:** Friday, October 08, 2010 10:26 AM
**To:** Jerri Fulkerson
**Subject:** FW: Star Release on Roskamp Institute Announcement


**From:** Sara Machir
**Sent:** Thursday, October 07, 2010 11:47 AM
**To:** Bethesda Office; ChaseCity Office; Petersburg Office
**Subject:** Star Release on Roskamp Institute Announcement


Sara Troy Machir
Vice President, Communications & Investor Relations
Star Scientific, Inc.
301-654-8300


IMPORTANT/CONFIDENTIAL: This message contains information which may be privileged, confidential, or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, retention, archiving, or copying the communication is strictly prohibited. If you have received this communication in error, please notify us immediately by return e-mail and delete the document.

GOVERNMENT
EXHIBIT
68
3:14cr12

# Star Scientific Comments on Roskamp Institute's Plans to Conduct Human Alzheimer's Clinical Trials Using a Compound (RCP-006) Developed by Rock Creek Pharmaceuticals, Inc.



Download image

GLEN ALLEN, Va., Oct. 7 /PRNewswire-FirstCall/ -- Star Scientific, Inc. (Nasdaq:  CIGX) has issued the following comment by Paul L. Perito, Rock Creek Pharmaceuticals' Chairman and CEO:

(Logo: http://www.newscom.com/cgi-bin/prnh/20090317/STARSCIENTIFICLOGO )

(Logo: http://photos.prnewswire.com/prnh/20090317/STARSCIENTIFICLOGO )

"We are gratified that the Roskamp Institute, a highly credentialed scientific foundation, has made a significant medical discovery that we believe holds the potential for creating a therapy that could play a role in alleviating the scourge of Alzheimer's Disease.  We are equally grateful that our talented scientific and medical team, inspired by the creativity of our parent company's founder, Jonnie R. Williams, has developed a compound, RCP-006, which the Roskamp Institute believes merits human clinical trials.  We trust that these trials will determine the effectiveness of RCP-006 in treating this debilitating disease.

Star Scientific has acted expeditiously to protect our company's intellectual property rights and, in that regard, has filed patent applications with the PTO relating to the formulation of the RCP-006 compound and its multiple uses.

On April 7, 2010, Star Scientific announced that it had finalized a Research and Royalty Agreement with the Roskamp Institute affiliate, SRQ BIO, LLC.  To date, extensive pre-clinical research has been conducted under that agreement."

Certain statements in this press release other than purely historical information, including estimates, projections, statements relating to our business plans, objectives, and expected operating results, and the assumptions upon which those statements are based, are "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995, Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. We have tried, whenever possible, to identify these forward-looking statements using words such as "anticipates," "believes," "estimates," "continues," "likely," "may," "opportunity," "potential," "projects," "will," "expects," "plans," "intends" and similar expressions to identify forward-looking statements, whether in the negative or the affirmative. These statements reflect our current beliefs and are based on information currently available to us. Accordingly, such forward-looking statements involve known and unknown risks, uncertainties and other factors which could cause our actual results, performance

**CONFIDENTIAL**

**OGV-067237**

or achievements to differ materially from those expressed in, or implied by, such statements. These risks, uncertainties, factors and contingencies include, without limitation, the challenges inherent in new product development initiatives through Star Tobacco and Rock Creek, the uncertainties inherent in the progress of scientific research, our ability to raise additional capital in the future that is necessary to maintain our business, potential disputes concerning our intellectual property, risks associated with litigation regarding such intellectual property, uncertainties associated with the development, testing and regulatory approvals of our low-TSNA tobacco,  related tobacco  products and pharmaceutical and nutraceutical products , market acceptance of our new smokeless tobacco products and nutraceutical  and pharmaceutical products, competition from companies with greater resources than us,  our dependence on key employees and on our prior strategic relationships with Brown & Williamson Tobacco Corporation in light of its combination with R.J. Reynolds Tobacco Company, Inc.

Although the Company believes the expectations reflected in such forward-looking statements are based on reasonable assumptions, it can give no assurance that the expectations will be attained or that any deviation will not be material. See additional discussion under "Risk Factors" in the Company's Annual Report on Form 10-K as filed with the SEC on March 16, 2010, and other factors detailed from time to time in the Company's other filings with the SEC, available at www.sec.gov. All information in this release is current as of this date, and the Company undertakes no obligation to update or advise upon any such forward-looking statements to reflect events or circumstances after the date of this press release or to reflect the occurrence of unanticipated events.

**About Star Scientific**

Star Scientific is a technology-oriented company with a mission to reduce the harm associated with tobacco at every level. It is engaged in the development of dissolvable smokeless tobacco products that deliver fewer carcinogenic toxins, principally through the utilization of the innovative StarCured® tobacco curing technology.  Its subsidiary, Rock Creek Pharmaceuticals, Inc., is involved in the development of nutraceuticals as well as products to address neurological and mood disorders. Rock Creek Pharmaceuticals has scientific and research offices in Gloucester, MA, and a regulatory office in Washington, D.C.  Star Scientific has a Corporate and Sales Office in Glen Allen, VA, an Executive, Scientific & Regulatory Affairs office in Bethesda, MD, and a manufacturing facility in Chase City, VA. See Star's website at: http://www.starscientific.com

**Contact:**

**Sara Troy Machir**

**Vice President, Communications & Investor Relations**

**smachir@starscientific.com**

OGV-067238

| | |
|---|---|
| **From:** | Jerri Fulkerson <jfulkerson@starscientific.com> |
| **Sent:** | Friday, October 8, 2010 10:40 AM |
| **To:** | Block, Monica (GOV) <Monica.Block@governor.virginia.gov>; Noah Rogers ████████████████ Mike Reynold At AG McDonnell's <mike@bobmcdonnell.com>; Brandon de Graaf ████████████ |
| **Subject:** | FW: Roskamp Institute Press Release |
| **Attach:** | Roskamp Institute Release October 7 2010.pdf |

Sorry – here is the attached press release

---

**From:** Sara Machir
**Sent:** Thursday, October 07, 2010 10:55 AM
**To:** Bethesda Office; ChaseCity Office; Petersburg Office
**Subject:** Roskamp Institute Press Release


Sara Troy Machir
Vice President, Communications & Investor Relations
Star Scientific, Inc.
301-654-8300


IMPORTANT/CONFIDENTIAL: This message contains information which may be privileged, confidential, or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, retention, archiving, or copying the communication is strictly prohibited. If you have received this communication in error, please notify us immediately by return e-mail and delete the document.

GOVERNMENT
EXHIBIT
69
3:14cr12

# Roskamp Institute to Begin Human Alzheimer's Clinical Trials With a Natural Compound in Tobacco

SARASOTA, Fla., Oct. 7 /PRNewswire-USNewswire/ -- Today the Roskamp Institute said that it is pleased to announce that it will soon begin clinical trials of RCP-006, a compound found in tobacco, for the treatment of Alzheimer's disease. The compound was developed by Rock Creek Pharmaceuticals, a subsidiary of Star Scientific in Virginia, and made available to Roskamp through its affiliate, SRQ Bio, LLC.

In laboratory tests with cells, the compound, RCP-006, a natural product, inhibits inflammation and the production of amyloid, both of which cause Alzheimer's disease.  Previous studies have shown that certain tobacco components may be protective against Alzheimer's disease, but the mechanism was unknown and the negative effects of smoking and tobacco use outweigh these positive benefits.  RCP-006, one of the many compounds found in tobacco, is believed to be responsible for some of the positive medicinal effects of smoking and tobacco use.  In addition to the new clinical trials, Roskamp scientists are working with researchers at Johns Hopkins School of Medicine for other medical applications of RCP-006. RCP-006 is found in the Solanaceae plant family that includes tomatoes, peppers and eggplant, but RCP-006 is very prevalent in tobacco. Roskamp Institute Director, Dr. Michael Mullan, said, "It's ironic that a compound with the potential medical benefits of RCP-006 was hidden in tobacco."

Alzheimer's disease is impacting 5.3 million people in the United States and women have higher risk of getting this devastating disease than men. The economic burden of Alzheimer's in the U.S. is estimated to be $172 billion annually.

The Roskamp Institute is a non-profit organization devoted to understanding causes and finding cures for neuropsychiatric and neurodegenerative disorders. The Institute utilizes a broad range of scientific approaches to understanding the causes of and potential therapies for these disorders with an emphasis on Alzheimer's disease. For more information, please call (941) 752-2949.

SRQ Bio, LLC, a for-profit affiliate of the Roskamp Institute, has a financial interest in Star Scientific. In April 2010, Star Scientific issued to SRQ Bio, LLC 100,000 shares of common stock in a private placement.  In addition, in March 2010, Robert Roskamp, the trustee of the Roskamp Institute, in an individual capacity, purchased shares of Star Scientific stock valued at $1 million, and was issued a matching warrant for an equal number of shares, as part of a private placement transaction.

http://www.rfdn.org

SOURCE Roskamp Institute

| | |
|---|---|
| **From:** | Block, Monica (GOV)<br></O=VIRGINIA/OU=COVAG/CN=RECIPIENTS/CN=BLOCKMONICA00001> |
| **Sent:** | Friday, October 8, 2010 10:42 AM |
| **To:** | Jerri Fulkerson <jfulkerson@starscientific.com> |
| **Subject:** | RE: Roskamp Institute Press Release |

Got it, thank you Jerri!  I will print this for the Governor!

**From:** Jerri Fulkerson [mailto:jfulkerson@starscientific.com]
**Sent:** Friday, October 08, 2010 10:40 AM
**To:** Block, Monica (GOV); Noah Rogers; Mike Reynold At AG McDonnell's; Brandon de Graaf
**Subject:** FW: Roskamp Institute Press Release

Sorry – here is the attached press release

**From:** Sara Machir
**Sent:** Thursday, October 07, 2010 10:55 AM
**To:** Bethesda Office; ChaseCity Office; Petersburg Office
**Subject:** Roskamp Institute Press Release

Sara Troy Machir
Vice President, Communications & Investor Relations
Star Scientific, Inc.
301-654-8300

IMPORTANT/CONFIDENTIAL: This message contains information which may be privileged, confidential, or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, retention, archiving, or copying the communication is strictly prohibited. If you have received this communication in error, please notify us immediately by return e-mail and delete the document.

GOVERNMENT
EXHIBIT
70
3:14cr12

OGV-067246

**From:** Cailin McDonnell <cailin.mcdonnell@gmail.com>
**Sent:** Tuesday, November 9, 2010 8:31 PM
**To:** Todd <Todd.schneider@governor.virginia.gov>; Christopher Young (work)
<CYoung@mccormicktaylor.com>
**Subject:** Wedding

Todd,

Christopher and I are meeting with mom and dad on Thursday to go over a few more things.  After that we will
be able to get the deposit to you.  Thank you for being patient with us.

--
Cailin McDonnell
cailin.mcdonnell@gmail.com

GOVERNMENT
EXHIBIT
76
3:14cr12

YOUNG-001757

| | |
|---|---|
| **From:** | McDonnell, Cailin ████████████ |
| **Sent:** | Friday, December 3, 2010 10:22 AM |
| **To:** | Bob McDonnell <Governor@bobmcdonnell.com>; Maureen Mcdonnell <maureen@bobmcdonnell.com> |
| **Cc:** | Young, Christopher ████████████████████ |
| **Subject:** | FW: Invoice from Seasonings |
| **Attach:** | Inv_7340_from_Seasoning_Fin.pdf; 07-04-2011 Cailin Chris's Wedding reception UPDATED.docx; Contract Template.doc |

Invoice for Reception for Wedding (attached).  We need to get the 25% deposit in asap.  Love you!

-----Original Message-----
From: Ryan Greer [mailto:rgreer@seasoningsfinecatering.com]
Sent: Thursday, December 02, 2010 5:17 PM
To: ████████████████ McDonnell, Cailin
Subject: Invoice from Seasonings


Dear Cailin :

Your UPDATED invoice, Menu, and Contract are attached.  Please remit payment at your earliest convenience.

Thank you for your business - we appreciate it very much.

Sincerely,

Ryan Greer

GOVERNMENT
EXHIBIT
77
3:14cr12

YOUNG-002526

# Seasonings Fine Catering

11400 W. Huguenot Road
Midlothian, VA 23113

**Invoice** 7340

| Due Date | 6/4/2011 |
|---|---|

Event Schedule    4:30 - 9:30

**Bill To**
Cailin McDonnell

**Directions To**
Chris and Cailin's Wedding
Governor's Mansion

| Credit Card Number | Sales Rep | Expiration Date | Staff Arrival | Guest # | Updated |
|---|---|---|---|---|---|
| | RPG | | 2:00 | 250 | 02/03/2010 |

| Qua... | Item | Rate | Description | Amount |
|---|---|---|---|---|
| 250 | Catered Food | 30.00 | See Menu | 7,500.00T |
| 1 | Rentals | 5,000.00 | Estimated | 5,000.00T |
| 1 | Staff | 2,640.00 | Staffing | 2,640.00T |
| | | 5.00% | Sales Tax | 757.00 |

***Thank you for choosing Seasonings Fine Catering we appreciate your order.***

Phone# 804-594-7008 / Fax# 804-594-7016
E-Mail: Catering@GreatSeasons.com

| **Balance Due** | $15,897.00 |
|---|---|
| Payments/Credits | $0.00 |
| **Total** | $15,897.00 |

Confidential

YOUNG-002527

Chris & Cailin's Wedding Reception

Updated

Governor's Mansion

June 4th, 2011

250 Guests 4:30pm to 9:30pm

Menu

<u>Passed Hors D'oeuvres</u>

Fresh Poached Jumbo Shrimp with a Cocktail Dipping Sauce

Bruschetta with Virginia Tomatoes

Chicken Sate with a Thai Peanut Dipping Sauce

<u>Stationed Hors D'oeuvres</u>

A Beautiful Display of Assorted Fresh Fruits, Assorted Cheeses and Crackers

<u>Buffet</u>

Grilled & Marinated Flank Sliced with Fresh Horseradish Sauce, Au Jus sauce
and Assorted Mini Sister Rolls

Stuffed Chicken Breast Drizzled with Mornay Sauce on Top

Smashed Potato Bar with all the Fixings

Salad Bar with Fresh vegetables and assorted dressing

<u>For A Sweet Ending....</u>

Client Providing

Confidential

<u>Bar</u>

Supplied by Client


Food: $30.00 per person (normally would be $50.00 pp)

(Kid's under 10 ½ price)

Rentals: $5,000.00 (normally $8,000.00)

**This could change with the tenting**

Staffing: $2,640.00 (normally $3,600.00)


Total: $15,140.00 not including 5% sales tax

Since Seasonings is not in the City of Richmond

Tax is only 5% (NOT) 11%, that's a big savings also.

Confidential

# *Contract for Seasonings Fine Catering & Event Planning*

**Page 1 of 3**

**Client Name: Chris & Cailin's Reception**
**Address:** ███████████████████████
**Contact: Cailin McDonnell**
**Telephone:**
**Date of Event: June 4th, 2011**
**Type of Event: Wedding Reception**
**Event Location/Address: Governor's Mansion**

**Event Schedule:  4:30 pm – 9:30 Pm**
Time of guest Arrival: 4:30 Pm
Estimated Time of Departure: 9:30 Pm
Service Staff Arrival: 2:00 Pm

**MENU PRICE/COST**:
Number of Guests: 250
Catered Food Cost: $7,500.00
Rental: $5,000.00
Beverages: Client
Other Services: N/A
Floral & Decorations:  TBD

**SERVICE:** $2,640.00
Estimated Total Hours: 8
| | |
1       Manager(s): All Inclusive
6       Server(s): All Inclusive
4       Bartender(s): All Inclusive
1       Chef(s): All Inclusive
4       Kitchen Staff: All Inclusive

TOTAL COST (including tax ):  $15,897.00
**25%** Installment Due Immediately: $3,974.25
**25%** Installment Due by January 31st, 2011: *$3,974.25*
Balance Due 10 Days Prior to Event: *$7,948.50*

*NOTE:  Gratuities have not been included.  Prices/Costs are subject to final verification.*

Initials_____

Confidential

# *Contract for Seasonings Fine Catering & Event Planning*

## Terms and Conditions

The estimated total cost/price is subject to change upon revision of the menu or number of guests or addition of rental equipment or other services and arrangements. A non-refundable deposit of 50% of the total bill is required upon execution of the contract. The remaining balance of the total bill is due ten days prior to the date of the event.

Seasonings agrees to provide contracted food, beverage, service and other arrangements for the event at the prices set forth in this contract. Client is responsible for payment of all charges on the specified dates as outlined in the contract.

Confirmation of menu and number of guests, or any other changes to the contract, must be made at least ten (10) days prior to the event. Any requested changes made less than ten (10) days before the event must be approved by Seasonings and may add additional charges for which the Client shall be responsible for paying.

For rental items procured through a third party vendor, Client must pay the vendor for any rentals directly, including required deposits, unless specified costs are included in this contract by Seasonings. Client acknowledges that Seasonings also rents items and, if Client utilizes Seasoning's rental items, Client shall be responsible for paying Seasonings for using such rental items. Client is responsible for any damage or loss of any rental items whether owned by Seasonings or a third party vendor.

Client agrees that that Client is responsible for the actions of Client's guests. Seasonings is not liable for any damage to goods, personal property, or injury to guests at the event or elsewhere resulting from theft or any other cause.

Seasonings reserves the right to make equivalent "last minute" substitutions in the menu due to unavailability of food or unforeseen circumstances.

If this contract is referred to an attorney for collection, upon said referral, the undersigned agree to pay attorney's fees in the amount of thirty-three and one-third percent (33-1/3%) of the total outstanding indebtedness (which indebtedness includes, but is not limited to, principal, accrued interest and late charges) then due, and all costs of collection. The undersigned agree to pay the aforesaid attorney's fees and costs of collection whether or not the attorney files suit. Any late payments will incur an interest charge of 1.5% for each 30 days the payment remains unpaid.

Initials_____

11400 Huguenot Road, Suite 109, Midlothian, Virginia 23113
Phone: 804-594-7008   Fax: 804-594-7016
E-Mail: Catering@GreatSeasons.com

Confidential

YOUNG-002531

# Contract for Seasonings Fine Catering & Event Planning

A 3% convenience fee will be added for events paid by credit card.

By submitting this contract and signing below, the undersigned state they have read the terms and conditions outline on Page 2 of the Contract and understand and agree to comply with the terms and conditions set forth therein.  The undersigned shall be jointly and severally liable for all amounts payable pursuant to this contract.  Words in the singular number shall include the plural and vice versa.

Client: _____     Date: _____

Client: _____     Date: _____

For Seasonings: _____     Date: _____

11400 Huguenot Road, Suite 109, Midlothian, Virginia 23113
Phone: 804-594-7008   Fax: 804-594-7016
E-Mail:  Catering@GreatSeasons.com

Confidential

YOUNG-002532

ROBERT F. McDONNELL
MAUREEN G. McDONNELL

68-8325-2514

8113

Dec 29 20 10

Pay to
the Order of _Seasonings Fine Catering_    $ 3974. 25

_Three Thousand nine hundred seventy four +_ 25/100    Dollars

WITH GOD, ALL THINGS ARE POSSIBLE.

BEACH MUNICIPAL
FEDERAL CREDIT UNION
4164 VIRGINIA BEACH BLVD.
VIRGINIA BEACH, VIRGINIA 23452

for _____

© KATHY DAVIS DESIGNS

ENDORSE HERE

PAY TO THE ORDER OF
BB&T (BRANCH BANKING & TRUST)
051404260
FOR DEPOSIT ONLY
SEASONINGS FINE CATERING 05/07
0000150986605

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

GOVERNMENT
EXHIBIT
79
3:14cr12

GMP-2555514

| | |
|---|---|
| **From:** | governor@bobmcdonnell.com |
| **Sent:** | Wednesday, December 29, 2010 2:24 PM |
| **To:** | McDonnell, Bob (GOV) <rfm@governor.virginia.gov> |
| **Subject:** | Fw: Invoice from Seasonings |
| **Attach:** | Inv_7340_from_Seasoning_Fin.pdf; 07-04-2011 Cailin Chris's Wedding reception UPDATED.docx; Contract Template.doc |

Sent from my Verizon Wireless BlackBerry

-----Original Message-----
From: "McDonnell, Cailin" <mcd31@co.henrico.va.us>
Date: Tue, 21 Dec 2010 08:51:02
To: Bob McDonnell<Governor@bobmcdonnell.com>
Subject: FW: Invoice from Seasonings

Invoice for Wedding Reception

-----Original Message-----
From: Ryan Greer [mailto:rgreer@seasoningsfinecatering.com]
Sent: Tuesday, December 07, 2010 4:13 PM
To: McDonnell, Cailin
Subject: FW: Invoice from Seasonings


Thanks,

Ryan Greer
Seasonings Fine Catering and Great Seasons Restaurant Operations Manager/Sales Manager O 804-594-7008 C 804-840-7639 F 804-594-7016

-----Original Message-----
From: Ryan Greer [mailto:rgreer@seasoningsfinecatering.com]
Sent: Thursday, December 02, 2010 5:17 PM
To: 'cailin.mcdonnell@gmail.com'; 'mcd31@co.henrico.va.us'
Subject: Invoice from Seasonings


Dear Cailin :

Your UPDATED invoice, Menu, and Contract are attached.  Please remit payment at your earliest convenience.

Thank you for your business - we appreciate it very much.

Sincerely,

Ryan Greer

```
GOVERNMENT
EXHIBIT
80
3:14cr12
```

**CONFIDENTIAL**

OGV-034299

# Seasonings Fine Catering

*11400 W. Huguenot Road*
*Midlothian, VA 23113*

Bill To
Cailin McDonnell

## Invoice

**7340**

| Due Date | 6/4/2011 |
| --- | --- |

Event Schedule    4:30 - 9:30

Directions To

Chris and Cailin's Wedding
Governor's Mansion

| Staff Arrival | Guest # | Updated |
| --- | --- | --- |
| 2:00 | 250 | 02/03/2010 |

| Credit Card Number | Expiration Date | Sales Rep | | |
| --- | --- | --- | --- | --- |
| | | RPG | | |

| Qua... | Item | Rate | Description | Amount |
| --- | --- | --- | --- | --- |
| 250 | Catered Food | 30.00 | See Menu | 7,500.00T |
| 1 | Rentals | 5,000.00 | Estimated | 5,000.00T |
| 1 | Staff | 2,640.00 | Staffing | 2,640.00T |
| | | 5.00% | Sales Tax | 757.00 |

*Phone# 804-594-7008 / Fax# 804-594-7016*
*E-Mail: Catering@GreatSeasons.com*

***Thank you for choosing Seasonings Fine***
***Catering we appreicate your order.***

| **Balance Due** | $15,897.00 |
| --- | --- |
| Payments/Credits | $0.00 |
| **Total** | $15,897.00 |

**CONFIDENTIAL**

**OGV-034300**

Chris & Cailin's Wedding Reception

Updated

Governor's Mansion

June 4th, 2011

250 Guests 4:30pm to 9:30pm

Menu

<u>Passed Hors D'oeuvres</u>

Fresh Poached Jumbo Shrimp with a Cocktail Dipping Sauce

Bruschetta with Virginia Tomatoes

Chicken Sate with a Thai Peanut Dipping Sauce

<u>Stationed Hors D'oeuvres</u>

A Beautiful Display of Assorted Fresh Fruits, Assorted Cheeses and Crackers

<u>Buffet</u>

Grilled & Marinated Flank Sliced with Fresh Horseradish Sauce, Au Jus sauce and Assorted Mini Sister Rolls

Stuffed Chicken Breast Drizzled with Mornay Sauce on Top

Smashed Potato Bar with all the Fixings

Salad Bar with Fresh vegetables and assorted dressing

<u>For A Sweet Ending....</u>

Client Providing

CONFIDENTIAL

## <u>Bar</u>

Supplied by Client


Food: $30.00 per person (normally would be $50.00 pp)

(Kid's under 10 ½ price)

Rentals: $5,000.00 (normally $8,000.00)

**This could change with the tenting**

Staffing: $2,640.00 (normally $3,600.00)


Total: $15,140.00 not including 5% sales tax

Since Seasonings is not in the City of Richmond

Tax is only 5% (NOT) 11%, that's a big savings also.

CONFIDENTIAL

OGV-034302

# *Contract for Seasonings Fine Catering &*
# *Event Planning*

**Client Name: Chris & Cailin's Reception**
**Address:** ████████████████████
**Contact: Cailin McDonnell**
**Telephone:**
**Date of Event: June 4th, 2011**
**Type of Event: Wedding Reception**
**Event Location/Address: Governor's Mansion**

**Event Schedule:  4:30 pm – 9:30 Pm**
Time of guest Arrival: 4:30 Pm
Estimated Time of Departure: 9:30 Pm
Service Staff Arrival: 2:00 Pm

**MENU PRICE/COST**:
Number of Guests: 250
Catered Food Cost: $7,500.00
Rental: $5,000.00
Beverages: Client
Other Services: N/A
Floral & Decorations:  TBD

**SERVICE:** $2,640.00
Estimated Total Hours: 8
1        Manager(s): All Inclusive
6        Server(s): All Inclusive
4        Bartender(s): All Inclusive
1        Chef(s): All Inclusive
4        Kitchen Staff: All Inclusive

TOTAL COST (including tax ):  $15,897.00
**25%** Installment Due Immediately: $3,974.25
**25%** Installment Due by January 31st, 2011: *$3,974.25*
Balance Due 10 Days Prior to Event: *$7,948.50*

*NOTE:  Gratuities have not been included.  Prices/Costs are subject to final verification.*

Initials_____

11400 Huguenot Road, Suite 109, Midlothian, Virginia 23113
Phone: 804-594-7008   Fax: 804-594-7016
E-Mail:  Catering@GreatSeasons.com

**CONFIDENTIAL**

**OGV-034303**

# *Contract for Seasonings Fine Catering & Event Planning*

## Terms and Conditions

The estimated total cost/price is subject to change upon revision of the menu or number of guests or addition of rental equipment or other services and arrangements. A non-refundable deposit of 50% of the total bill is required upon execution of the contract. The remaining balance of the total bill is due ten days prior to the date of the event.

Seasonings agrees to provide contracted food, beverage, service and other arrangements for the event at the prices set forth in this contract. Client is responsible for payment of all charges on the specified dates as outlined in the contract.

Confirmation of menu and number of guests, or any other changes to the contract, must be made at least ten (10) days prior to the event. Any requested changes made less than ten (10) days before the event must be approved by Seasonings and may add additional charges for which the Client shall be responsible for paying.

For rental items procured through a third party vendor, Client must pay the vendor for any rentals directly, including required deposits, unless specified costs are included in this contract by Seasonings. Client acknowledges that Seasonings also rents items and, if Client utilizes Seasoning's rental items, Client shall be responsible for paying Seasonings for using such rental items. Client is responsible for any damage or loss of any rental items whether owned by Seasonings or a third party vendor.

Client agrees that that Client is responsible for the actions of Client's guests. Seasonings is not liable for any damage to goods, personal property, or injury to guests at the event or elsewhere resulting from theft or any other cause.

Seasonings reserves the right to make equivalent "last minute" substitutions in the menu due to unavailability of food or unforeseen circumstances.

If this contract is referred to an attorney for collection, upon said referral, the undersigned agree to pay attorney's fees in the amount of thirty-three and one-third percent (33-1/3%) of the total outstanding indebtedness (which indebtedness includes, but is not limited to, principal, accrued interest and late charges) then due, and all costs of collection. The undersigned agree to pay the aforesaid attorney's fees and costs of collection whether or not the attorney files suit. Any late payments will incur an interest charge of 1.5% for each 30 days the payment remains unpaid.

Initials_____

11400 Huguenot Road, Suite 109, Midlothian, Virginia 23113
Phone: 804-594-7008   Fax: 804-594-7016
E-Mail: Catering@GreatSeasons.com

CONFIDENTIAL

# *Contract for Seasonings Fine Catering & Event Planning*

**Page 3 of 3**

A 3% convenience fee will be added for events paid by credit card.

By submitting this contract and signing below, the undersigned state they have read the terms and conditions outline on Page 2 of the Contract and understand and agree to comply with the terms and conditions set forth therein.  The undersigned shall be jointly and severally liable for all amounts payable pursuant to this contract.  Words in the singular number shall include the plural and vice versa.

Client: _____   Date: _____

Client: _____   Date: _____

For Seasonings: _____   Date: _____

11400 Huguenot Road, Suite 109, Midlothian, Virginia 23113
Phone: 804-594-7008    Fax: 804-594-7016
E-Mail:  Catering@GreatSeasons.com

CONFIDENTIAL

OGV-034305

## McDonnell, Bob (GOV)

| | |
|---|---|
| **From:** | governor@bobmcdonnell.com |
| **Sent:** | Wednesday, December 29, 2010 2:24 PM |
| **To:** | McDonnell, Bob (GOV) |
| **Subject:** | Fw: Invoice from Seasonings |
| **Attachments:** | Inv_7340_from_Seasoning_Fin.pdf; 07-04-2011 Cailin  Chris's Wedding receptionUPDATED.docx; Contract Template.doc |

Sent from my Verizon Wireless BlackBerry

-----Original Message-----
From: "McDonnell, Cailin" <mcd31@co.henrico.va.us>
Date: Tue, 21 Dec 2010 08:51:02
To: Bob McDonnell<Governor@bobmcdonnell.com>
Subject: FW: Invoice from Seasonings

Invoice for Wedding Reception

-----Original Message-----
From: Ryan Greer [mailto:rgreer@seasoningsfinecatering.com]
Sent: Tuesday, December 07, 2010 4:13 PM
To: McDonnell, Cailin
Subject: FW: Invoice from Seasonings


Thanks,

Ryan Greer
Seasonings Fine Catering and Great Seasons Restaurant Operations Manager/Sales Manager O 804-594-7008 C 804-840-7639 F 804-594-7016

-----Original Message-----
From: Ryan Greer [mailto:rgreer@seasoningsfinecatering.com]
Sent: Thursday, December 02, 2010 5:17 PM
To: 'cailin.mcdonnell@gmail.com'; 'mcd31@co.henrico.va.us'
Subject: Invoice from Seasonings


Dear Cailin :

Your UPDATED invoice, Menu, and Contract are attached.  Please remit payment at your earliest convenience.

Thank you for your business - we appreciate it very much.

Sincerely,

Ryan Greer

_Handwritten note:_ Ryan, I have made a few reasonable changes to the contract which I hope you find acceptable. Left a voicemail as well. Likely find headcount closer to 200-240, and will advise in advance. Thanks Bob McDonnell

P.S. Thanks for all your help with Cailin to get this set up.

_Handwritten note (bottom):_ Do Led Lights? Electric - very limited. Bring power from Corner. How many Fans + What the Poll = to Dogs + Rich. Wed Before: to set up. What on Dance Floor. Parket in width add grass-

GOVERNMENT EXHIBIT
81
3:14cr12

GMP-0000229

# Chris & Cailin's Wedding Reception

## Updated

## Governor's Mansion

## June 4th, 2011

## 250 Guests 4:30pm to 9:30pm

## Menu

### Passed Hors D'oeuvres

Fresh Poached Jumbo Shrimp with a Cocktail Dipping Sauce

Bruschetta with Virginia Tomatoes

Chicken Sate with a Thai Peanut Dipping Sauce

### Stationed Hors D'oeuvres

A Beautiful Display of Assorted Fresh Fruits, Assorted Cheeses and Crackers

### Buffet

Grilled & Marinated Flank Sliced with Fresh Horseradish Sauce, Au Jus sauce
and Assorted Mini Sister Rolls

Stuffed Chicken Breast Drizzled with Mornay Sauce on Top

Smashed Potato Bar with all the Fixings

Salad Bar with Fresh vegetables and assorted dressing

### For A Sweet Ending....

Client Providing

## Bar

### Supplied by Client


Food: $30.00 per person (normally would be $50.00 pp)

(Kid's under 10 ½ price)

Rentals: $5,000.00 (normally $8,000.00)

**This could change with the tenting**

Staffing: $2,640.00 (normally $3,600.00)


Total: $15,140.00 not including 5% sales tax

Since Seasonings is not in the City of Richmond

Tax is only 5% (NOT) 11%, that's a big savings also.

$757.⁰⁰

Total $15,897

GMP-0000231

# *Contract for Seasonings Fine Catering &*
# *Event Planning*

**Client Name: Chris & Cailin's Reception**
**Address:**
**Contact: Cailin McDonnell**
**Telephone:**
**Date of Event: June 4th, 2011**
**Type of Event: Wedding Reception**
**Event Location/Address: Governor's Mansion**

**Event Schedule: 4:30 pm – 9:30 Pm**
*Est* Time of guest Arrival: 4:30 Pm – 5:00 pm
Estimated Time of Departure: 9:30 Pm – 10:00pm
Service Staff Arrival: 2:00 Pm – 2:30

**MENU PRICE/COST:**
Number of Guests: 250 *or less*
Catered Food Cost: $7,500.00
Rental: $5,000.00
Beverages: Client
Other Services: N/A
Floral & Decorations:  TBD

**SERVICE: $2,640.00**
Estimated Total Hours: 8
| | |
|---|---|
| 1 | Manager(s): All Inclusive |
| 6 | Server(s): All Inclusive |
| 4 | Bartender(s): All Inclusive |
| 1 | Chef(s): All Inclusive |
| 4 | Kitchen Staff: All Inclusive |

**TOTAL COST (including tax ):  $15,897.00**
**25% Installment Due Immediately: $3,974.25**
**25% Installment Due by January 31st, 2011: $3,974.25**
Balance Due 10 Days Prior to Event: $7,948.50

*NOTE:  Gratuities have not been included.  Prices/Costs are subject to final verification.*

Initials

11400 Huguenot Road, Suite 109, Midlothian, Virginia 23113
Phone: 804-594-7008   Fax: 804-594-7016
E-Mail: Catering@GreatSeasons.com

GMP-0000232

# *Contract for Seasonings Fine Catering & Event Planning*

## **Terms and Conditions**

The estimated total cost/price is subject to change upon revision of the menu or number of guests or addition of rental equipment or other services and arrangements. A non-refundable deposit of 50% of the total bill is required upon execution of the contract. The remaining balance of the total bill is due ten days prior to the date of the event. *The deposit will be refunded if an act of God or death occurs which prevents the wedding reception from occurring /M*

Seasonings agrees to provide contracted food, beverage, service and other arrangements for the event at the prices set forth in this contract. Client is responsible for payment of all charges on the specified dates as outlined in the contract.

Confirmation of menu and number of guests, or any other changes to the contract, must be made at least ten (10) days prior to the event. Any requested changes made less than ten (10) days before the event must be approved by Seasonings and may add additional charges for which the Client shall be responsible for paying.

For rental items procured through a third party vendor, Client must pay the vendor for any rentals directly, including required deposits, unless specified costs are included in this contract by Seasonings. Client acknowledges that Seasonings also rents items and, if Client utilizes Seasoning's rental items, Client shall be responsible for paying Seasonings for using such rental items. Client is responsible for any damage or loss of any rental items whether owned by Seasonings or a third party vendor.

Client agrees that that Client is responsible for the actions of Client's guests. Seasonings is not liable for any damage to goods, personal property, or injury to guests at the event or elsewhere resulting from theft or any other cause, *unless caused by its own negligence or intentional acts /M*
Seasonings reserves the right to make equivalent "last minute" substitutions in the menu due to unavailability of food or unforeseen circumstances.

If this contract is referred to an attorney for collection, upon said referral, the undersigned agree to pay attorney's fees in the amount of thirty-three and one-third percent (33-1/3%) of the total outstanding indebtedness (which indebtedness includes, but is not limited to, principal, accrued interest and late payments) then due, and all costs of collection. The undersigned agree to pay the aforesaid attorney's fees and costs of collection whether or not the attorney files suit. Any late payments will incur an interest charge of 1.5% for each 30 days the payment remains unpaid. *Seasonings agrees to pay 33 1/3 % of total claims of Client if Seasonings fails to perform as noted in the contract. /M*

Initials _____

11400 Huguenot Road, Suite 109, Midlothian, Virginia 23113
Phone: 804-594-7008   Fax: 804-594-7016
E-Mail: Catering@GreatSeasons.com

# *Contract for Seasonings Fine Catering & Event Planning*

**Page 3 of 3**

A 3% convenience fee will be added for events paid by credit card.

By submitting this contract and signing below, the undersigned state they have read the terms and conditions outline on Page 2 of the Contract and understand and agree to comply with the terms and conditions set forth therein. The undersigned shall be jointly and severally liable for all amounts payable pursuant to this contract. Words in the singular number shall include the plural and vice versa.

Client: _Robert M Gull_          Date: _12-29-10_

Client: _____          Date: _____

For Seasonings: _____          Date: _____

11400 Huguenot Road, Suite 109, Midlothian, Virginia 23113
Phone: 804-594-7008   Fax: 804-594-7016
E-Mail: Catering@GreatSeasons.com

1A002

GMP-0000234



DEPOSIT
TICKET
68-426/514

TOTAL ITEMS
2

DEPOSITS MAY NOT
BE AVAILABLE FOR
IMMEDIATE WITHDRAWAL.

DATE 12/31/10

CURRENCY

COINS

TOTAL CASH

CHECKS
1  50.00
2  3474.25

TOTAL FROM OTHER
SIDE OR ATTACHED LIST

8994 25

SEASONINGS FINE CATERING 05/07
AND EVENT PLANNING, LLC.
11400 W. HUGUENOT RD., STE. 109
MIDLOTHIAN, VA 23113

**BB&T**   BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT  BBT.com

RE-ENTER GRAND TOTAL
IN SCREENED BOXES

2020440 C3369 065  00130  8 19 15 31 4025
#0000150986605 DEPOSIT

1 3                                    $8,994.25

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND ANY APPLICABLE COLLECTION AGREEMENT

1239221526

1A412

GOVERNMENT
EXHIBIT
82
3:14cr12

GMP-2555513

**ROBERT F. McDONNELL**
**MAUREEN G. McDONNELL**

68-8325-2514

8113

Dec 29 20 10

Pay to the Order of _Seasonings Fine Catering_     $ 3974.25

_Three Thousand nine hundred Seventy four & 25/100_ Dollars

WITH GOD, ALL THINGS ARE POSSIBLE.

**BEACH MUNICIPAL**
**FEDERAL CREDIT UNION**
4164 VIRGINIA BEACH BLVD.
VIRGINIA BEACH, VIRGINIA 23452

for

© KATHY DAVIS DESIGNS

---

ENDORSE HERE

PAY TO THE ORDER OF
BB&T (BRANCH BANKING & TRUST)
051404260
FOR DEPOSIT ONLY
SEASONINGS FINE CATERING 05/07
0000150986605

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

GMP-2555514



THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW. IF WATERMARK IS NOT PRESENT, DO NOT NEGOTIATE THIS ITEM.

**JOHN RANDOLPH MEDICAL CENTER**
411 WEST RANDOLPH ROAD
HOPEWELL, VA 23860

001021

SUNTRUST
RICHMOND, VA
87-4/640

VOID IF NOT PRINTED ON A MULTI-COLORED BACKGROUND ON WHITE PAPER

VOID AFTER 90 DAYS

PAY

Five Thousand Twenty Dollars and 00/100

Date 12/30/1□   $   **$5,020.00**

TO THE
ORDER
OF

**Seasonings Fine Catering**
**11400 W. Huguenot Road**
**Midlothian, VA 23113**

Copyform - Anti-Fraud Protection - Patents 4 287 628, 4 318 560 & 197 746, 4,540 186

⑈001021⑈ ⑆064000046⑆ 702150334 2⑈

---

1239221528

PAY TO THE ORDER OF
BB&T (BRANCH BANKING & TRUST)
051404260
FOR DEPOSIT ONLY
SEASONINGS FINE CATERING 0507
0000150986605

1A412

GMP-2555515

*Date: October 28, 2013*          *Wells Fargo PhotoCopy Request*          *Page 6 of 15*

Reference: 2000436296427:2000436300427:2000436300427





| | | | |
|---|---|---|---|
| **R/T Number** | 05140054 | **Processing Date** | 20110203 |
| **Sequence Number** | 6758970320 | **Amount** | 3974.25 |
| **Account Number** | 1058 | **Check Number** | 1209 |

GOVERNMENT
EXHIBIT
85
3:14cr12

1A402                                                                                                    GMP-2545939



DEPOSIT TICKET
68-426/514

TOTAL ITEMS
3

DEPOSITS MAY NOT
BE AVAILABLE FOR
IMMEDIATE WITHDRAWAL.

DATE 2/3/11

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COINS | | |
| TOTAL CASH | | |
| CHECKS 1 | 57 | 45 |
| 2 | 3574 | 25 |
| 3 | 225 | 00 |

TOTAL FROM OTHER SIDE OR ATTACHED LIST  4253 70

SEASONINGS FINE CATERING 05/07
AND EVENT PLANNING, LLC.
11400 W. HUGUENOT RD., STE. 109
MIDLOTHIAN, VA 23113

BB&T  BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT  BBT.com

RE-ENTER GRAND TOTAL
IN SCREENED BOXES

2020440 C30304 064  00051  1415200703170
H0000150986605 DEPOSIT
13                    $4,253.70

4253.70

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND ANY APPLICABLE COLLECTION AGREEMENT.

1239345019

GOVERNMENT
EXHIBIT
86
3:14cr12

ROBERT F McDONNELL

1209

68-54/514
BRANCH 06452

Apr 22, 11 Date

Pay to the
Order of _Seasons Fine Catering_ $ 3974, 25

_Three Thousand nine hundred Seventy-four_ 25/100 Dollars

**WACHOVIA**
Wachovia Bank, N.A.
wachovia.com

WACHOVIA AT WORK

For _2nd installment_

1233345020

PAY TO THE ORDER OF
BB&T (BRANCH BANKING & TRUST.
051404260
FOR DEPOSIT ONLY
SEASONINGS FINE CATERING C507
C.:051055505505

1A412

GMP-2555475



**BEAR CREEK COFFEE COMPANY**
**T/A BEAR CREEK COFFEE COMPANY**
16234 HARTLAND CT.
BEAVERDAM, VA 23015

BB&T
BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT  BBT.com
68-426/514

2125

02/01/11

PAY TO THE
ORDER OF _____ Great Seasons Fine Catering                                $ ··54.45

Fifty–Four and 45/100************************************************************************************ DOLLARS

Great Seasons Fine Catering
11400 W. Huguenot Road
Suite 109
Midlothian, VA 23113

Bear Creek Coffee Company

MEMO      sandwiches/scones

AUTHORIZED SIGNATURE

Details on Back

Security Features Included

PAY TO THE ORDER OF
BB&T (BRANCH BANKING & TRUST)
05140426C
FOR DEPOSIT ONLY
SEASONINGS FINE CATERING 0507
C00015088660S

1239345021

1A412

GMP-2555476



**CHESTERFIELD COUNTY**
Chesterfield, VA 23832
**VOUCHERS PAYABLE**



Wachovia National Bank, N A

66-7270/2560

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| 02/02/11 | 00013650 | ********225.00 |

*VOID IF NOT CASHED WITHIN 180 DAYS*

PAY    TWO Hundred TWENTY FIVE Dollars and ZERO Cents

TO THE
ORDER
OF

SEASONINGS FINE CATERING AND EVENT PLANNING LLC
11400 W. HUGUENOT ROAD
MIDLOTHIAN VA 23113

*James L Stegmaier*

*Richard A. Cordle*

DOCUMENT CONTAINS BLUE PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK. HOLD AT AN ANGLE TO VIEW VOID IF NOT PRESENT.

ENDORSE HERE

X _____

PAY TO THE ORDER OF
BB&T (BRANCH BANKING & TRUST)
05140260

FOR DEPOSIT ONLY
SEASONINGS FINE CATERING 0507
C.:5150986605

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

1A412

GMP-2555477

| | |
|---|---|
| **From:** | Block, Monica (GOV)<br></O=VIRGINIA/OU=COVAG/CN=RECIPIENTS/CN=BLOCKMONICA00001> |
| **Sent:** | Wednesday, March 30, 2011 11:44 AM |
| **To:** | Jerri Fulkerson <jfulkerson@starscientific.com> |
| **Subject:** | RE: Flight to Houston |

---

Oh my goodness you are the BEST!  Thank you so much!

**From:** Jerri Fulkerson [mailto:jfulkerson@starscientific.com]
**Sent:** Wednesday, March 30, 2011 11:40 AM
**To:** Block, Monica (GOV)
**Subject:** RE: Flight to Houston

Ok – Jonnie said that just because it is the Governor's wife – they pilots will stay in Houston and bring her back after the game.  ☺  They were suppose to go to Michigan after they dropped them off, so the pilots got a reprieve  ☺I will try to get you an itinerary later this afternoon.  The jet was taking off from NYC when I talked to JW.

Jerri M. Fulkerson
Executive Assistant
Office: 804-586-5484
Fax: 804-861-9217

**From:** Block, Monica (GOV) [mailto:Monica.Block@governor.virginia.gov]
**Sent:** Wednesday, March 30, 2011 11:21 AM
**To:** Jerri Fulkerson
**Subject:** RE: Flight to Houston

Completely understand!  Thank you!

**From:** Jerri Fulkerson [mailto:jfulkerson@starscientific.com]
**Sent:** Wednesday, March 30, 2011 11:20 AM
**To:** Block, Monica (GOV)
**Subject:** RE: Flight to Houston

I'm not ignoring you.  I'm trying to work out the Saturday flight.

Jerri M. Fulkerson
Executive Assistant
Office: 804-586-5484
Fax: 804-861-9217

**From:** Block, Monica (GOV) [mailto:Monica.Block@governor.virginia.gov]
**Sent:** Tuesday, March 29, 2011 10:54 PM
**To:** Jerri Fulkerson
**Subject:** Re: Flight to Houston

Jerri,

Ok, I think we are set for the flight back on Monday, but now I have another twist (as always, right?). It looks like the First Lady will be able to attend on Saturday, BUT she would have to come back on Saturday night or Sunday morning. Is

**CONFIDENTIAL**



OGV-080605

there any way (and please tell me if there isn't! I will understand), that the Governor could take Jonnie's plane down to Houston and then right after the game put the First Lady back on it to come back to Richmond?

Thoughts? I'm just throwing this out there and again, we understand if it isn't doable!

Thank you, as always!
Monica

---

**From**: Jerri Fulkerson [mailto:jfulkerson@starscientific.com]
**Sent**: Tuesday, March 29, 2011 10:09 AM
**To**: Block, Monica (GOV)
**Subject**: RE: Flight to Houston

Ok – even if you can find a flight home we will be glad to do the flight to Houston.

Jerri M. Fulkerson
Executive Assistant
Office: 804-586-5484
Fax: 804-861-9217

---

**From**: Block, Monica (GOV) [mailto:Monica.Block@governor.virginia.gov]
**Sent**: Tuesday, March 29, 2011 10:07 AM
**To**: Jerri Fulkerson
**Subject**: RE: Flight to Houston

Jerri,

We completely understand!  I'm going to keep looking and will keep you in the loop regarding my progress!

Thanks so much!
Monica

---

**From**: Jerri Fulkerson [mailto:jfulkerson@starscientific.com]
**Sent**: Tuesday, March 29, 2011 9:36 AM
**To**: Block, Monica (GOV)
**Subject**: RE: Flight to Houston

I just talked to JW – This is a really hard trip for us to do, but Jonnie will never turn the Governor down if he can at all help it.  He would like to be the back-up on this flight if at all possible. If you can't find anyone else – we'll do it.    Let me explain.  The jet will go from Richmond to Houston to Michigan to Florida to Michigan to Houston to Richmond to Florida.  All between Saturday and Monday.  We don't have a problem with the flight to Houston at all, but it may be tight getting him home.  Is there anyone you can get to bring him home?
BTW- Jonnie won't be able to attend with the Gov.

Jerri M. Fulkerson
Executive Assistant
Office: 804-586-5484
Fax: 804-861-9217

---

**From**: Block, Monica (GOV) [mailto:Monica.Block@governor.virginia.gov]
**Sent**: Monday, March 28, 2011 2:16 PM

**CONFIDENTIAL**

**OGV-080606**

**To:** Jerri Fulkerson
**Subject:** RE: Flight to Houston

I'm confused, I thought they the pilots in Florida but I just re-read the email and they saw the pilots in Richmond (makes more sense, but not as cool), and they said they were heading to FL to pick him up!

That doesn't help you track him down though!
☺

---

**From:** Jerri Fulkerson [mailto:jfulkerson@starscientific.com]
**Sent:** Monday, March 28, 2011 2:13 PM
**To:** Block, Monica (GOV)
**Subject:** RE: Flight to Houston

Very small world, I take it the Governor went to Sarasota or Miami. – since I can't find Jonnie – can you tell me what time that was – he may be in the air ☺

Jerri M. Fulkerson
Executive Assistant
Office: 804-586-5484
Fax: 804-861-9217

---

**From:** Block, Monica (GOV) [mailto:Monica.Block@governor.virginia.gov]
**Sent:** Monday, March 28, 2011 1:33 PM
**To:** Jerri Fulkerson
**Subject:** RE: Flight to Houston

Thank you!  As a funny note, the Governor saw Jonnie's pilots in Florida today!  I guess they were picking up or dropping off, but the Governor was flying in and out of the same airport.  Small world!

---

**From:** Jerri Fulkerson [mailto:jfulkerson@starscientific.com]
**Sent:** Monday, March 28, 2011 1:30 PM
**To:** Block, Monica (GOV)
**Subject:** RE: Flight to Houston

I'll check and get back to you.

Sounds like fun  - if you like Basketball.

Jerri M. Fulkerson
Executive Assistant
Office: 804-586-5484
Fax: 804-861-9217

---

**From:** Block, Monica (GOV) [mailto:Monica.Block@governor.virginia.gov]
**Sent:** Monday, March 28, 2011 1:27 PM
**To:** Jerri Fulkerson
**Subject:** Flight to Houston
**Importance:** High

Jerri,

I hope you're doing well!  I'm writing today to see if you and Jonnie can help out the Governor with a last minute trip to Houston!  As you probably can imagine, with the VCU win the Governor has been invited to attend the Final

**OGV-080607**

Four game on Saturday, April 2nd in Houston.

Any chance that Jonnie's plane would be available to help?  The plane would be to fly down around 1:30pm on Saturday, April 2nd and then fly back on Monday,  April 4th after the Championship Game.  We are still working out the ticket details, but I'd be happy to ask for tickets for Jonnie if he is interested!

Please let me know when you can, I'm sorry it is so last minute!

Thanks,
Monica


Monica J. Block
Scheduler
Office of Governor Robert F. McDonnell
PO Box 1475, Richmond, Virginia 23218
1111 East Broad Street, Richmond, Virginia 23219
804.225.2903 direct | 804.786.2211 office | 804.371.2655 fax
Monica.Block@governor.virginia.gov

This email contains confidential working papers of the Office of the Governor.


IMPORTANT/CONFIDENTIAL: This message contains information which may be privileged, confidential, or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, retention, archiving, or copying the communication is strictly prohibited. If you have received this communication in error, please notify us immediately by return e-mail and delete the document.

| | |
|---|---|
| **From:** | Block, Monica (GOV)<br></O=VIRGINIA/OU=COVAG/CN=RECIPIENTS/CN=BLOCKMONICA00001> |
| **Sent:** | Wednesday, April 20, 2011 11:13 AM |
| **To:** | Jerri Fulkerson <jfulkerson@starscientific.com> |
| **Subject:** | RE: April 29th |

Great, thank you!

**From:** Jerri Fulkerson [mailto:jfulkerson@starscientific.com]
**Sent:** Wednesday, April 20, 2011 11:12 AM
**To:** Block, Monica (GOV)
**Subject:** RE: April 29th

I just talked to JW – he is not bringing anyone with him and thank you for the offer to stay overnight, but he said he'll go home to the house in Goochland.

Jerri M. Fulkerson
Executive Assistant
Office: 804-586-5484
Fax: 804-861-9217

**From:** Block, Monica (GOV) [mailto:Monica.Block@governor.virginia.gov]
**Sent:** Wednesday, April 20, 2011 10:33 AM
**To:** Jerri Fulkerson
**Subject:** Re: April 29th

Perfect! And if they would like to stay overnight the Governor would be happy to host them overnight! Just let me know!

**From:** Jerri Fulkerson [mailto:jfulkerson@starscientific.com]
**Sent:** Wednesday, April 20, 2011 10:19 AM
**To:** Block, Monica (GOV)
**Subject:** RE: April 29th

Thanks – and I will check to see if he is bringing his wife (Celeste)

Jerri M. Fulkerson
Executive Assistant
Office: 804-586-5484
Fax: 804-861-9217

**From:** Block, Monica (GOV) [mailto:Monica.Block@governor.virginia.gov]
**Sent:** Wednesday, April 20, 2011 10:06 AM
**To:** Jerri Fulkerson
**Subject:** RE: April 29th

Jerri,

Great, we are locked in for 7:30pm on Friday, April 29th.  Will Jonnie be bringing anyone with him?  Does he have any dietary restrictions that we should be aware of?

GOVERNMENT
EXHIBIT
103
3:14cr12

CONFIDENTIAL

OGV-082077

I've attached directions to the Executive Mansion if they are needed.  We will let the gate know that he can park in front of the Mansion.  Please just tell him, when you pull into Capitol Square (it will be a right off of 9th Street), you will not need to stop at the first guard hut – although there is a stop sign there, no one will be in the hut at that time of night. Drive straight back to the Mansion, tell the officer at the Mansion gate your name, and he will show you where to park in front of the Mansion.

Let me know if you need anything else!

Sincerely,
Monica

**From:** Jerri Fulkerson [mailto:jfulkerson@starscientific.com]
**Sent:** Tuesday, April 19, 2011 8:36 PM
**To:** Block, Monica (GOV)
**Subject:** Re: April 29th

Great we'll talk tomorrow or the next day. Whenever you find out

Sent from my iPad

On Apr 19, 2011, at 8:34 PM, "Block, Monica (GOV)" <Monica.Block@governor.virginia.gov> wrote:

> Great! Let me check with the Mansion staff on the time and I'll let you know!
>
> ---
>
> **From:** Jerri Fulkerson [mailto:jfulkerson@starscientific.com]
> **Sent:** Tuesday, April 19, 2011 08:28 PM
> **To:** Block, Monica (GOV)
> **Subject:** Re: April 29th
>
> He would love to come.  Do you have any idea what time?
>
> Sent from my iPad
>
> On Apr 19, 2011, at 7:51 PM, "Block, Monica (GOV)" <Monica.Block@governor.virginia.gov> wrote:
>
>> Jerri,
>>
>> I hope you're doing well!  The Governor and First Lady would like to invite Jonnie to come have dinner with them at the Mansion sometime before they leave for Asia in May.  I know this is a long shot, but is there any chance that Jonnie would be available for a late dinner on Friday, April 29th?
>>
>> Please let me know when you can!
>>
>> Thank you!
>> Monica
>>
>>
>> Monica J. Block
>> Scheduler
>> Office of Governor Robert F. McDonnell
>> PO Box 1475, Richmond, Virginia 23218

**CONFIDENTIAL**

OGV-082078

1111 East Broad Street, Richmond, Virginia 23219
804.225.2903 direct | 804.786.2211 office | 804.371.2655 fax
Monica.Block@governor.virginia.gov

This email contains confidential working papers of the Office of the Governor.

IMPORTANT/CONFIDENTIAL: This message contains information which may be privileged, confidential, or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, retention, archiving, or copying the communication is strictly prohibited. If you have received this communication in error, please notify us immediately by return e-mail and delete the document.

**CONFIDENTIAL**

**OGV-082079**

| | |
|---|---|
| **From:** | McDonnell, Cailin |
| **Sent:** | Monday, May 2, 2011 7:42 AM |
| **To:** | 'governor@bobmcdonnell.com' |
| **Subject:** | RE: Fwd: |

**I will.  Everyone was asked to rsvp by the 20th**

---------- Forwarded message ----------
From: <governor@bobmcdonnell.com>
Date: Sun, May 1, 2011 at 10:28 PM
Subject:
To: Cailin McDonnell <

Please advise me on may 20 or so the final count and final payment amount for the  wedding so I can make payment on time 10 days out.  Thx Dad
Sent from my Verizon Wireless BlackBerry


--
Cailin McDonnell

GOVERNMENT
EXHIBIT
111
3:14cr12

YOUNG-000859

| | |
|---|---|
| **From:** | Jerri Fulkerson <jfulkerson@starscientific.com> |
| **Sent:** | Wednesday, May 4, 2011 1:12 PM |
| **To:** | Block, Monica (GOV) <Monica.Block@governor.virginia.gov> |
| **Subject:** | RE: Back to flights... |

No problem, I totally understand :-)

Jerri M. Fulkerson
Executive Assistant
Office: 804-586-5484
Fax: 804-861-9217

-----Original Message-----
From: Block, Monica (GOV) [mailto:Monica.Block@governor.virginia.gov]
Sent: Wednesday, May 04, 2011 1:01 PM
To: Jerri Fulkerson
Subject: RE: Back to flights...

Will do!  Sorry and thank you!

-----Original Message-----
From: Jerri Fulkerson [mailto:jfulkerson@starscientific.com]
Sent: Wednesday, May 04, 2011 12:58 PM
To: Block, Monica (GOV)
Subject: Re: Back to flights...

Yes.  let me know after you check with him.

Sent from my iPad

On May 4, 2011, at 12:56 PM, "Block, Monica (GOV)"
<Monica.Block@governor.virginia.gov> wrote:

> The 1st of June?
>
> -----Original Message-----
> From: Jerri Fulkerson [mailto:jfulkerson@starscientific.com]
> Sent: Wednesday, May 04, 2011 12:55 PM
> To: Block, Monica (GOV)
> Subject: Re: Back to flights...
>
> jonnie said the Gov. Is going to Sarasota to RosKamp Institute on the
> 1st & we are providing the transportation. RosKamp is the company
> working with Jonnie on Anatabloc, etc.
>
> Sent from my iPad
>
> On May 4, 2011, at 12:37 PM, "Block, Monica (GOV)"
> <Monica.Block@governor.virginia.gov> wrote:
>
>> Great, thank you so much!  I'm not aware of a trip to Florida until
>> December.... Hm?
>>
>> -----Original Message-----
>> From: Jerri Fulkerson [mailto:jfulkerson@starscientific.com]
>> Sent: Wednesday, May 04, 2011 12:19 PM
>> To: Block, Monica (GOV)
>> Subject: RE: Back to flights...
>>
>> Just talked to jw. We will do trip on 7th & he told me Gov. Is going
> to

GOVERNMENT
EXHIBIT
114
3:14cr12

CONFIDENTIAL

OGV-083134

>> Florida on the 1st
>>
>> Sent from my Verizon Wireless Phone.  Jerri v.
>>
>> "Block, Monica (GOV)" <Monica.Block@governor.virginia.gov> wrote:
>>
>> Thank you! :)
>>
>> -----Original Message-----
>> From: Jerri Fulkerson [mailto:jfulkerson@starscientific.com]
>> Sent: Wednesday, May 04, 2011 11:35 AM
>> To: Block, Monica (GOV)
>> Subject: RE: Back to flights...
>>
>> 99% sure will let u no later today
>>
>> Sent from my Verizon Wireless Phone.  Jerri
>>
>> "Block, Monica (GOV)" <Monica.Block@governor.virginia.gov> wrote:
>>
>> Jerri,
>>
>>
>> I don't know if I ever followed up with on you this.  Do you think
>> Jonnie can do the flight to Chicago on the 7th?
>>
>>
>> Thank you!  I hope you're doing well!
>>
>> Monica
>>
>>
>> From: Jerri Fulkerson [mailto:jfulkerson@starscientific.com]
>> Sent: Tuesday, April 26, 2011 11:11 AM
>> To: Block, Monica (GOV)
>> Subject: RE: Back to flights...
>>
>>
>> Great!
>>
>>
>> Jerri M. Fulkerson
>>
>> Executive Assistant
>>
>> Office: 804-586-5484
>>
>> Fax: 804-861-9217
>>
>>
>> From: Block, Monica (GOV) [mailto:Monica.Block@governor.virginia.gov]
>> Sent: Tuesday, April 26, 2011 11:04 AM
>> To: Jerri Fulkerson
>> Subject: RE: Back to flights...
>>
>>
>> Thank you!  He will not need a ride back because he will be going to
>> Washington State so we are going to look for commercial flights

CONFIDENTIAL

> because
>> that would be a very expensive trip!
>>
>>
>>
>> Thank you again!
>>
>> Monica
>>
>>
>>
>> From: Jerri Fulkerson [mailto:jfulkerson@starscientific.com]
>> Sent: Tuesday, April 26, 2011 11:02 AM
>> To: Block, Monica (GOV)
>> Subject: RE: Back to flights...
>>
>>
>>
>> I can let you know definitely tomorrow, but it looks good right now.
> Do
>> you need us to bring him back on the 9th? If so, what time?
>>
>>
>>
>> Jerri M. Fulkerson
>>
>> Executive Assistant
>>
>> Office: 804-586-5484
>>
>> Fax: 804-861-9217
>>
>>
>>
>> From: Block, Monica (GOV) [mailto:Monica.Block@governor.virginia.gov]
>> Sent: Tuesday, April 26, 2011 9:25 AM
>> To: Jerri Fulkerson
>> Subject: Back to flights...
>>
>>
>>
>> Jerri,
>>
>>
>>
>> Good morning!  I'm back to emailing you about a flight!  The Governor
>> has meetings in Chicago on June 8th and 9th and we are looking for a
>> flight to get him there on the evening of June 7th.  I realize this
> is
> a
>> while away, but I'm trying to get things finalized now so I'm not
>> rushing around panicking later!
>>
>>
>>
>> Let me know when you can, thank you!
>>
>> Monica
>>
>>
>>
>>
>>
>> Monica J. Block
>>

CONFIDENTIAL

>> Scheduler
>>
>> Office of Governor Robert F. McDonnell
>>
>> PO Box 1475, Richmond, Virginia 23218
>>
>> 1111 East Broad Street, Richmond, Virginia 23219
>>
>> 804.225.2903 direct | 804.786.2211 office | 804.371.2655 fax
>>
>> Monica.Block@governor.virginia.gov
>>
>>
>>
>> This email contains confidential working papers of the Office of the
>> Governor.
>>
>>
>>
>>
>> IMPORTANT/CONFIDENTIAL: This message contains information which may be
>> privileged, confidential, or exempt from disclosure under applicable
>> law. If the reader of this message is not the intended recipient, or
> the
>> employee or agent responsible for delivering the message to the
> intended
>> recipient, you are hereby notified that any dissemination,
> distribution,
>> retention, archiving, or copying the communication is strictly
>> prohibited. If you have received this communication in error, please
>> notify us immediately by return e-mail and delete the document.
>>
>>
>>

**OGV-083137**

| **From:** | Block, Monica (GOV) </O=VIRGINIA/OU=COVAG/CN=RECIPIENTS/CN=BLOCKMONICA00001> |
| **Sent:** | Monday, May 9, 2011 2:35 PM |
| **To:** | Jerri Fulkerson <jfulkerson@starscientific.com> |
| **Subject:** | RE: RosKamp Institute |

Thank you!

-----Original Message-----
From: Jerri Fulkerson [mailto:jfulkerson@starscientific.com]
Sent: Monday, May 09, 2011 2:33 PM
To: Block, Monica (GOV)
Subject: Re: RosKamp Institute

I will let jw know. Dad & daughters come 1st

Sent from my Verizon Wireless Phone.  Jerri

"Block, Monica (GOV)" <Monica.Block@governor.virginia.gov> wrote:

Jerri,


I spoke with the Governor regarding flying down to speak to the RosKamp
Institute on June 1st.  Unfortunately, after checking with his daughter
(she is getting married that Saturday) he doesn't believe he will be
able to attend due to some Dad commitments that day.  I'm so sorry this
won't work out!


What else can we do to fix this?  The Governor is planning on being in
Florida in December, could we tie something in then?  When is their next
event?


Thank you!

Monica



Monica J. Block

Scheduler

Office of Governor Robert F. McDonnell

PO Box 1475, Richmond, Virginia 23218

1111 East Broad Street, Richmond, Virginia 23219

804.225.2903 direct | 804.786.2211 office | 804.371.2655 fax

Monica.Block@governor.virginia.gov

GOVERNMENT
EXHIBIT
118
3:14cr12

CONFIDENTIAL                                                          OGV-083333

<http://twitter.com/#!/governorva>
<http://www.facebook.com/pages/Governor-of-Virginia/61634046094>
<http://www.flickr.com/photos/governorva/>
<http://www.youtube.com/vagovernor>

This email contains confidential working papers of the Office of the Governor.

CONFIDENTIAL

OGV-083334

1001

**STARWOOD TRUST**

BB&T
BRANCH BANKING AND TRUST COMPANY
VIRGINIA
68-426-514

5/23/2011

PAY TO THE
ORDER OF   Maureen McDonnell                                    $ **50,000.00

Fifty Thousand and 00/100**************************************************************   DOLLARS

Maureen McDonnell

MEMO                                          _Jerri M. Fulkeson_
                                              AUTHORIZED SIGNATURE

| Item Date | Item Serial | Item Amount | Item Account | Item RT |
|-----------|-------------|-------------|--------------|---------|
| 05/25/2011 | 1001 | $50,000.00 | 6065 | 5140426 |

| Item Sequence | Debit/Credit | Image Key | CD Volume | |
|---------------|--------------|-----------|-----------|--|
| 6452897590 | DB | DIR00\D0000089.ABC | 20130702070101 | |

Page 73

GOVERNMENT
EXHIBIT
120
3:14cr12

1A264                                                          GMP-1735081

*Date: March 1, 2012*          *Branch Banking and Trust*          *Page 2 of 2*

*Reference: 10000304067582:10000304068582:10000303138584*





| | | |
|---|---|---|
| Date | 20110526 | |
| Amount | 1500000 | |
| Serial Number | 0000001002 | |

| | |
|---|---|
| Account Number | 6065 |
| CR-DR | D |
| Transaction Link | 020313210863615126 |

GOVERNMENT
EXHIBIT
121
3:14cr12

1A018CC

GMP-0008045

7:48 PM

04/09/13

Accrual Basis

## Starwood Trust
## General Ledger
### As of December 31, 2011

| Type | Date | Num | Name | Memo | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|
| Bill Pmt -Check | 05/10/2011 | DEBIT | BB&T Loan | BB&T Loan 003 | Accounts Pay... | -249,572.91 | 844,527.00 |
| Check | 05/10/2011 | WIRE | J. D. S., LLC | to pay Southern Commerce | due to/due fro... | -9,000.00 | 835,527.00 |
| Check | 05/12/2011 | WIRE | Jonnie Williams | AMEX | due to/due fro... | -241,730.49 | 593,796.51 |
| Check | 05/12/2011 | 1223 | PNC Mortgage | 0005401160 | -SPLIT- | -13,605.29 | 580,191.22 |
| Check | 05/12/2011 | 1224 | Accent Fence Inc. |  | Building Repairs | -4,000.00 | 576,191.22 |
| Check | 05/12/2011 | 1225 | Union Bank & Trust | Starwood Lane - Track Hoe | Reimbursed E... | -15,000.00 | 561,191.22 |
| Bill Pmt -Check | 05/12/2011 | 1034 | Crystal Clear Water... | 6805 | Accounts Pay... | -150.25 | 561,040.97 |
| Bill Pmt -Check | 05/12/2011 | 1035 | Exterminating Unli... | 7646 | Accounts Pay... | -190.00 | 560,850.97 |
| Bill Pmt -Check | 05/12/2011 | 1036 | G W Davis Masonry | Wall - Starwood lane | Accounts Pay... | -8,300.00 | 552,550.97 |
| Bill Pmt -Check | 05/12/2011 | 1037 | Greenkeeper Land ... | 070111williams | Accounts Pay... | -5,675.85 | 546,875.12 |
| Bill Pmt -Check | 05/12/2011 | 1038 | Jonnie Williams, Sr. | check order | Accounts Pay... | -176.37 | 546,698.75 |
| Bill Pmt -Check | 05/12/2011 | 1039 | Richmond Piano | Acct 10945 Wokr Order 31944 | Accounts Pay... | -165.00 | 546,533.75 |
| Check | 05/13/2011 | 1227 | Donnie O Williams | Starwood Lane | Reimbursed E... | -1,300.00 | 545,233.75 |
| Check | 05/13/2011 | 1226 | Accent Fence Inc. | Restocking fees | Building Repairs | -600.00 | 544,633.75 |
| Deposit | 05/13/2011 |  |  | Deposit | due to/due fro... | 238,911.94 | 783,545.69 |
| Check | 05/13/2011 |  | PNC Mortgage - 12... |  | -SPLIT- | -3,668.06 | 779,877.63 |
| Check | 05/13/2011 | DEBIT | BB&T Loan | 219 Carriage Heath | Loan Interest | -2,177.08 | 777,700.55 |
| Check | 05/14/2011 | EFT | Bank of America | 6196694142 | due to/due fro... | -4,999.99 | 772,700.56 |
| Check | 05/16/2011 | WIRE | Frank Williams | allowance | due to/due fro... | -200.00 | 772,500.56 |
| Check | 05/16/2011 | WIRE | J. D. S., LLC | for repairs to Starwood Lane | Reimbursed E... | -4,781.87 | 767,718.69 |
| Check | 05/18/2011 | 1229 | Denny Peregory | starwood lane | Miscellaneous | -2,000.00 | 765,718.69 |
| Bill Pmt -Check | 05/18/2011 | EFT | Verizon -Starwood | 2035 | Accounts Pay... | -126.49 | 765,592.20 |
| Bill Pmt -Check | 05/18/2011 | EFT | Verizon -Starwood | 3846 | Accounts Pay... | -56.90 | 765,535.30 |
| Bill Pmt -Check | 05/18/2011 | EFT | Verizon -Starwood | 3360 | Accounts Pay... | -284.33 | 765,250.97 |
| Bill Pmt -Check | 05/18/2011 | 1007 | County of Henrico | OD0058458-12 | Accounts Pay... | -1,522.50 | 763,728.47 |
| Bill Pmt -Check | 05/18/2011 | 1004 | Exterminating Unli... | 7646 | Accounts Pay... | -190.00 | 763,538.47 |
| Bill Pmt -Check | 05/18/2011 | 1005 | Greenkeeper Land ... |  | Accounts Pay... | -6,864.00 | 756,674.47 |
| Bill Pmt -Check | 05/18/2011 | 1006 | Woodfin Oil | Acct 3646OE-1 Invoice 747921 | Accounts Pay... | -1,874.50 | 754,799.97 |
| Check | 05/18/2011 | 1228 | Donnie O Williams | Starwood Lane | Reimbursed E... | -850.00 | 753,949.97 |
| Deposit | 05/19/2011 |  |  | Deposit | due to/due fro... | 33,391.00 | 787,340.97 |
| Check | 05/19/2011 | DEBIT | Frank Williams | allowance | due to/due fro... | -200.00 | 787,140.97 |
| Check | 05/19/2011 | EFT | Universal Casualty ... | G 103 | Insurance | -1,510.00 | 785,630.97 |
| Check | 05/23/2011 | 1001 | Maureen McDonnell |  | Loan receivabl... | -50,000.00 | 735,630.97 |
| Check | 05/23/2011 | 1002 | Maureen McDonnell | Wedding Gift | gift | -15,000.00 | 720,630.97 |
| Check | 05/24/2011 | EFT | Verizon -Starwood | 3849 | Telephone | -60.25 | 720,570.72 |
| Check | 05/27/2011 | 1003 | Donnie O Williams | Starwood Lane | Reimbursed E... | -2,057.00 | 718,513.72 |
| Bill Pmt -Check | 05/27/2011 | WIRE | Frank Williams | allowance | due to/due fro... | -200.00 | 718,313.72 |
| Bill Pmt -Check | 05/27/2011 | EFT | Dominion Va. Powe... |  | Accounts Pay... | -106.78 | 718,206.94 |
| Bill Pmt -Check | 05/27/2011 | EFT | Dominion Va. Powe... | 7500 | Accounts Pay... | -814.62 | 717,392.32 |
| Deposit | 05/27/2011 |  |  | Deposit | due to/due fro... | 172,720.06 | 890,112.38 |
| Check | 05/31/2011 | Wire | J. D. S., LLC | repairs - credit card payment | due to/due fro... | -2,450.00 | 887,662.38 |
| Check | 05/31/2011 | Wire | Caroline Williams | allowance | due to/due fro... | -3,000.00 | 884,662.38 |
| Check | 05/31/2011 | DEBIT | wire fee |  | Bank Service ... | -24.00 | 884,638.38 |
| Check | 05/31/2011 | Wire | Rachel Williams | allowance for June | due to/due fro... | -2,500.00 | 882,138.38 |
| Check | 05/31/2011 | Wire | DEW auto | Aston Martin | Automobile | -86,060.00 | 796,078.38 |
| Check | 05/31/2011 | DEBIT | wire fee |  | Bank Service ... | -24.00 | 796,054.38 |
| Check | 05/31/2011 | DEBIT | wire fee |  | Bank Service ... | -24.00 | 796,030.38 |
| Check | 06/01/2011 | 1008 | Donnie O Williams | Starwood Lane | Reimbursed E... | 0.00 | 796,030.38 |
| Check | 06/01/2011 | 1008 | Donnie O Williams | Starwood Lane | Reimbursed E... | -1,600.00 | 794,430.38 |

Confidential Treatment Requested by Star Scientific, Inc.

Page 8

STAR0147231



GOVERNMENT
EXHIBIT

**122**

3:14cr12

7:48 PM
04/09/13
Accrual Basis

# Starwood Trust
## General Ledger
### As of December 31, 2011

| Type | Date | Num | Name | Memo | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|
| **Loan receivable Maureen Mcdonne** | | | | | | | 0.00 |
| Check | 05/23/2011 | EFT | Rachel | 2 year loan at 5% - ok'd by Donnie | BB&T Starwoo... | 50,000.00 | 50,000.00 |
| **Total Loan receivable Maureen Mcdonne** | | | | | | 50,000.00 | 50,000.00 |
| **Stock** | | | | | | | |
| Check | 02/15/2011 | Wire | Scott & Shingleflow | purchase stock | BB&T Starwoo... | 600,000.00 | 600,000.00 |
| **Total Stock** | | | | | | 600,000.00 | 600,000.00 |
| **Accounts Payable** | | | | | | | |
| Check | 01/01/2011 | 1001 | Maureen McDonnell | | | 0.00 | 0.00 |
| **Total Accounts Payable** | | | | | | 0.00 | 0.00 |
| Bill | 01/01/2011 | AT&T | AT&T | 106590- | Telephone | -144.82 | -39,507.71 |
| Bill Pmt -Check | 01/01/2011 | 204 | Bryant Heating & C... | Balance on shutters | BB&T Rachel... | 144.82 | -39,652.53 |
| Bill Pmt -Check | 01/01/2011 | 202 | Gordon McDonald | | -SPLIT- | -14,425.00 | -53,932.71 |
| Bill Pmt -Check | 01/12/2011 | Lowe's | Steve Guy and Ass... | Client 94776 Invoice 33586 | Building Repairs | -1,685.00 | -55,818.51 |
| Bill Pmt -Check | 01/12/2011 | Jeni Fulkerson | Steve Guy and Ass... | Client 94780 Invoice 33386 | BB&T-Carolin... | 655.00 | -55,613.51 |
| Bill | 01/26/2011 | Feb R... | Nick Hazell | 7250 Franklin | BB&T- F M WI... | 405.00 | -54,758.51 |
| Bill | Jan ... | Los Angeles Dept o... | 1-18-33562-07250-00-1203-6-01 | Reimbursed E... | -4.70 | -54,763.21 |
| Bill | 01/26/2011 | Posta... | Jeni Fulkerson | Postage- overnight to Donnie | Rent | -5,000.00 | -59,763.21 |
| Bill | 01/28/2011 | to bal. | Delmarva Power | Balance on shutters | Gas and Electric | 218.14 | -59,981.35 |
| Bill Pmt -Check | 01/28/2011 | 33571 | Steve Guy and Ass... | Client 94783 Invoice 33671 | Reimbursed E... | -7.22 | -59,988.57 |
| Bill Pmt -Check | 02/01/2011 | Loan... | Bryant Heating & C... | loan origination - 216 Carriage Heath | Gas and Electric | -53.67 | -60,042.24 |
| Bill | 02/01/2011 | Depo... | Delmarva Power | 3859 9269 9995 219 Carriage Heath | Gas and Electric | -1,040.00 | -61,082.24 |
| Bill Pmt -Check | 02/07/2011 | Knobs | Old Dominion Line X | Bathroom Starwood Lane | Professional F... | -5,359.97 | -66,442.21 |
| Bill Pmt -Check | 02/07/2011 | 1190 | Old Dominion Line X | loan origination - 216 Carriage Heath | -SPLIT- | -24,264.14 | -90,706.35 |
| Bill | 02/07/2011 | 1121 | L G V/hitby | 65-6115240  2009 | -SPLIT- | -147,499.47 | -238,205.82 |
| Bill | 02/07/2011 | 1089 | Gordon McDonald | 65-6115240  2008 | -SPLIT- | 1,885.80 | -236,351.02 |
| Bill | 02/10/2011 | 219 C... | AT&T | Balance on shutters | BB&T Starwoo... | -62.20 | -236,413.22 |
| Bill | 02/10/2011 | 219 C... | Bryant Heating & C... | Rachel Condo | Telephone | 8,600.00 | -228,413.22 |
| Bill Pmt -Check | 02/10/2011 | 219 C... | Delmarva Power | 106590- | BB&T Starwoo... | -2,793.97 | -231,207.19 |
| Bill Pmt -Check | Feb | Char... | Old Dominion Line X | 106590- | Building Repairs | -123.00 | -231,330.19 |
| Bill | 02/15/2011 | 1192 | L G V/hitby | loan origination - 216 Carriage Heath | Building Repairs | -2,793.97 | -234,124.16 |
| Bill Pmt -Check | 02/15/2011 | Feb | Atlantic Broadband | 3859 9269 9995 219 Carriage Heath | BB&T Starwoo... | -251.93 | -243,180.79 |
| Bill Pmt -Check | 02/16/2011 | AT&T | Char... | 8753 18 110 03037 18 219 Starwood Lane | Accounting Se... | -11,721.67 | -244,055.79 |
| Bill Pmt -Check | 02/17/2011 | 1121 | BB&T | Invoice 33763 Client 81029 Starwood Charitable Trust | BB&T Starwoo... | -875.00 | -241,261.82 |
| Bill Pmt -Check | 02/18/2011 | 2107 | AT&T | loan origination - 216 Carriage Heath | Telephone | 2,793.97 | -241,324.02 |
| Bill Pmt -Check | 02/23/2011 | 219 C... | Bryant Heating & C... | 2 year loan at 5% - ok'd by Donnie | BB&T Starwoo... | -156.15 | -236,324.94 |
| Bill Pmt -Check | 02/23/2011 | L G V... | Nick Hazell | 106590- | Utilities | 5,000.00 | -236,481.09 |
| Bill Pmt -Check | 02/26/2011 | 8753... | Delmarva Power | Client 94776 Invoice 33586 | BB&T Rachel... | -136,888.00 | -373,369.09 |
| Bill Pmt -Check | 02/26/2011 | 2009... | U S Treasury | 7250 Franklin | BB&T Starwoo... | -49,888.00 | -423,259.89 |
| Bill Pmt -Check | 03/01/2011 | 2009... | Virginia Dept. of Ta... | 3859 9269 9995 219 Carriage Heath | BB&T Rachel... | 62.20 | -423,333.09 |
| Bill Pmt -Check | 03/01/2011 | 2017 | AT&T | 2009 Amended Justine & Caroline Dutcher 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 | due to/due fro... | 218.14 | -423,041.75 |
| Bill Pmt -Check | 03/02/2011 | 1198 | Los Angeles Dept o... | 2009 Amended Justine & Caroline Dutcher 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 | Gas and Electric | 11.92 | -423,029.83 |
| Bill Pmt -Check | 03/02/2011 | 1196 | Jeni Fulkerson | Rachel Condo | BB&T Rachel... | 41,027.74 | -464,057.57 |
| Bill Pmt -Check | 03/08/2011 | Landsl... | Larry Dimmitt Cadill... | 1-18-33562-07250-00-1203-6-01 | Automobile | 41,027.74 | -423,028.83 |
| Bill Pmt -Check | 03/08/2011 | 1196 | Landrover # 7519 | Landrover # 7519 | BB&T Starwoo... | 0.00 | -423,028.83 |
| Bill Pmt -Check | 03/14/2011 | march | Larry Dimmitt Cadill... | VOID: 9531085031 6-0001 | Automobile | 0.00 | -423,028.83 |
| Bill Pmt -Check | 03/14/2011 | EFT | BB&T Loan | VOID: 9531085031 6-0001 | Loan Interest | 0.00 | -423,028.83 |
| Bill Pmt -Check | 03/15/2011 | 1199 | Steve Guy and Ass... | Client 94783 Invoice 33671 | BB&T Starwoo... | 1,040.00 | -421,989.83 |

Confidential Treatment Requested by Star Scientific, Inc.

GOVERNMENT EXHIBIT
123
3:14cr12

7:48 PM

04/09/13

Accrual Basis

## Starwood Trust
## General Ledger
### As of December 31, 2011

| Type | Date | Num | Name | Memo | Split | Amount | Balance |
|------|------|-----|------|------|-------|--------|---------|
| **Miscellaneous** | | | | | | | 0.00 |
| **donation** | | | | | | | 0.00 |
| **gift** | | | | | | | 0.00 |
| Check | 05/23/2011 | 1002 | Maureen McDonnell | wedding gift for caterer& flowers for daughter | BB&T Starwoo... | 15,000.00 | 15,000.00 |
| Bill | 11/04/2011 | Baby... | Delmas Eller | babysitting for Caroline | Accounts Pay... | 10,000.00 | 25,000.00 |
| Bill | 11/18/2011 | | Delmas Eller | | Accounts Pay... | 200.00 | 25,200.00 |
| Bill | 12/15/2011 | | Delmas Eller | babysitting 12/17 | Accounts Pay... | 200.00 | 25,400.00 |
| Bill | 12/23/2011 | Gift | Jerri Fulkerson | Merry Christmas | Accounts Pay... | 5,000.00 | 30,400.00 |
| Bill | 12/30/2011 | Carria... | Jerri Fulkerson | for dealing with Carriage Heath | Accounts Pay... | 2,500.00 | 32,900.00 |
| Total gift | | | | | | 32,900.00 | 32,900.00 |
| **donation - Other** | | | | | | | 0.00 |
| Total donation - Other | | | | | | | 0.00 |
| Total donation | | | | | | 32,900.00 | 32,900.00 |
| **Miscellaneous - Other** | | | | | | | 0.00 |
| Check | 03/17/2011 | 1203 | Exclusive Time | watch - | BB&T Starwoo... | 6,000.00 | 6,000.00 |
| Check | 05/18/2011 | 1229 | Denny Peregory | starwood lane | BB&T Starwoo... | 2,000.00 | 8,000.00 |
| Check | 06/07/2011 | 1009 | Exclusive Time | | BB&T Starwoo... | 14,500.00 | 22,500.00 |
| Bill | 07/27/2011 | Arcade | Game Time | Arcade machines for Starwood Lane | Accounts Pay... | 6,695.00 | 29,195.00 |
| Check | 08/04/2011 | EFT | Sportive Store | personal | Caroline C Me... | 7.40 | 29,202.40 |
| Bill | 09/14/2011 | Mattr... | Owen Suter's | mattress | Accounts Pay... | 2,141.11 | 31,343.51 |
| Bill | 10/03/2011 | Watch | Buchwald Jewelers | watch per Jonnie | Accounts Pay... | 0.00 | 31,343.51 |
| Bill | 10/13/2011 | Pizza ... | Jerri Fulkerson | Pizza for Moving Guys | Accounts Pay... | 35.90 | 31,379.41 |
| Bill | 10/21/2011 | 16161 | Owen Suter's | sleigh bed - Pool house | Accounts Pay... | 4,725.00 | 36,104.41 |
| Bill | 11/10/2011 | Frank... | Jimmy Arias | Frank Tennis Lesson | Accounts Pay... | 6,000.00 | 42,104.41 |
| Bill | 11/18/2011 | 16168 | Owen Suter's | Pool Houe furniture | Accounts Pay... | 1,909.93 | 44,014.34 |
| Bill | 11/21/2011 | Than... | Leo Bialkowski | food purchase | Accounts Pay... | 500.00 | 44,514.34 |
| Bill | 11/28/2011 | Than... | Leo Bialkowski | Chef for 3 days - Thanksgiving | Accounts Pay... | 1,500.00 | 46,014.34 |
| Bill | 12/30/2011 | Christ... | Leo Bialkowski | cooking - Christmas | Accounts Pay... | 6,000.00 | 52,014.34 |
| Bill | 12/30/2011 | Dec 2... | Jimmy Arias | Frank Tennis Lessons | Accounts Pay... | 4,500.00 | 56,514.34 |
| Total Miscellaneous - Other | | | | | | 56,514.34 | 56,514.34 |
| Total Miscellaneous | | | | | | 89,414.34 | 89,414.34 |
| **Office Supplies** | | | | | | | 0.00 |
| Total Office Supplies | | | | | | | 0.00 |
| **Postage and Delivery** | | | | | | | 0.00 |
| Bill | 02/16/2011 | Loan ... | BB&T | courier fees | Accounts Pay... | 43.97 | 43.97 |
| Bill | 06/28/2011 | Posta... | Jerri Fulkerson | certified mail - amended return Caroline | Accounts Pay... | 6.63 | 50.60 |
| Check | 08/19/2011 | EFT | USPS | change of address | Caroline C Me... | 1.00 | 51.60 |
| Bill | 09/19/2011 | Certifi... | Jerri Fulkerson | certified mail | Accounts Pay... | 72.53 | 124.13 |
| Total Postage and Delivery | | | | | | 124.13 | 124.13 |

Confidential Treatment Requested by Star Scientific, Inc.

GOVERNMENT
EXHIBIT
124
3:14cr12

Date: March 1, 2012          *Branch Banking and Trust*          Page 1 of 2

Reference: 10000304067582:10000304068582:10000303138584



**BB&T** Branch Banking and Trust Company          Account Deposit          Dollars          Cents
☐ Checking ☐ Savings

Deposit To The Account Of (Please print full name)
Seasons

Address

City, State, Zip Code

Date          Please Sign Here If Cash Received

Currency/Coins
Checks          15000

Total

DEPOSITS MAY NOT BE AVAILABLE
FOR IMMEDIATE WITHDRAWAL.   Please enter your account number below
*          86605          Less: Cash
Received

F0008000750
(Rev. 09/17/08)          → USE FOR 10 DIGIT ACCOUNT NUMBER          Total
Deposit  $          15000

2020440 B23630 064  00246 14:55 05/26/11
#000015098605 DEPOSIT

⑈053101121⑈          33          E E          $15,000.00



123934867

| | | | | |
|---|---|---|---|---|
| **Date** | 20110526 | | **Account Number** | 6605 |
| **Amount** | 1500000 | | **CR-DR** | C |
| **Serial Number** | 0000000000 | | **Transaction Link** | 020313210863615126 |

GOVERNMENT
EXHIBIT
133
3:14cr12

1A018CC          GMP-0008046

Invoice History                                          6/6/2011 3:19 PM

**Customer:Job**      Governor Bob McDonnell

**Invoice Date**      06/04/2011

**Invoice No.**       7340                    **Invoice Total**      $19,290.00

**Memo**

**Payments, deposits of payment line items, credits, and discounts**

| Type | Date | Number | Amount | Invoice Balance |
|------|------|--------|--------|-----------------|
| Payment | 12/31/2010 | 7340 | -$3,974.25 | $15,315.75 |
| Payment | 02/03/2011 | 7340 | -$3,974.25 | $11,341.50 |
| Payment | 06/06/2011 | 7340 | -$11,341.50 | $0.00 |

GOVERNMENT
EXHIBIT
156
3:14cr12

1A002                                                                GMP-0000235

**4251**

BB&T
BRANCH BANKING AND TRUST COMPANY
· 1-800-BANK BBT · BBT.COM
68-426/514

**Seasonings Fine Catering** 05/07
**And Event Planning**
11400 W. Huguenot Road Ste 109
Midlothian, VA 23113

68-426/514
68-426/514

EZshield™ PLUS Check Fraud
Protection & ID Restoration

6/13/2011

PAY TO THE
ORDER OF   Maureen McDonnell                                   **5,266.50
                                                                $

Five Thousand Two Hundred Sixty-Six and 50/100******************************************

                                                               DOLLARS

Maureen McDonnell

Over Payment Deposit Refund

6605

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

| Item Date | Item Serial | Item Amount | Item Account | Item RT |
|-----------|-------------|-------------|--------------|---------|
| 06/21/2011 | 4251 | $5,266.50 | 6605 | 5140426 |

| Item Sequence | Debit/Credit | Image Key | CD Volume | |
|---------------|--------------|-----------|-----------|---|
| 5852145090 | DB | DIR00\D0000097.ABC | 20130702070101 | |

GOVERNMENT
EXHIBIT
159
3:14cr12

1A264

GMP-1735085



GMP-LHT-000399

**Maureen Mcdonnell**

| | |
|---|---|
| From: | Young, Christopher |
| Sent: | Thu 8/04/2011 1:47 PM (GMT -4) |
| To: | Young, Cailin |
| Cc: | bobbymcdonnell▮▮▮▮▮ seanmcdonnel▮▮▮▮▮ Maureen Mcdonnell; Bob McDonnell; Rachel McDonnell |
| Bcc: | |
| Subject: | Mom and Dad in Ferrari |
| Attachments: | mms95picture.jpg |

See attached picture. HOT STUFF!!!

Christopher M. Young, E.I.

▮▮▮▮▮▮▮

GOVERNMENT
EXHIBIT
198
3:14cr12

MPM-038386

Confidential Treatment Requested By Maureen McDonnell



MPM-038387

GOVERNMENT
EXHIBIT
446
3:14cr12

# DAVENPORT & COMPANY
### SINCE 1863

Account Name(s) and Type(s):

**ACCOUNT OWNER INFORMATION.** Securities industry regulations require that we collect all of the following information.

## Primary Account Owner (or minor if custodial account)

☐ Mr.  ☑ Mrs.  ☐ Ms.  ☐ Dr.

**Name (first, middle, last)**
Cailin McDonnell Young

Mailing Address

**City, State, ZIP**
Glen Allen, VA 23060

Physical Address (If mailing address is a PO Box)

City, State, ZIP

Home Phone | Business Phone

Cell Phone | Other/Fax

E-mail Address (please indicate personal or business)

Date of Birth (mm/dd/yyyy) | Social Security Number/Tax ID

**Marital Status:** ☐ Single  ☑ Married  ☐ Divorced  ☐ Domestic/Life Partner  ☐ Widowed

Number of Dependents

**Do you:** ☑ Own a Home  ☐ Rent

**Country of Citizenship** ☑ US Resident  ☐ Resident Alien  ☐ Non-US Citizen
Country of Citizenship:

**Employment Status** ☑ Employed  ☐ Student  ☐ Retired  ☐ Homemaker  ☐ Unemployed

**Employer**
Henrico Commonwealth Attorneys Office

**Years with Current Employer** almost 3

**Business Nature**
Victim Advocate

**Business Street Address, City, State, Zip**
4201 East Parham Rd., Richmond VA 23213

**Education Level** ☐ (A) High School Graduate  ☐ (B) Post-Secondary Study  ☐ (C) 2 Year Degree  ☐ (D) College Graduate  ☐ (E) Post-Graduate Study  ☑ (F) Advanced Degree  ☐ (G) Other

**USA Patriot Act**
**Existing Client?** ☐ Yes; please provide account number. ___  ☐ No; please provide identification.
Type of Identification:
Identification #: ___  State: ___
Date Issued: ___  Exp. Date: ___

## Co-Account Owner, If Applicable (or custodian if custodial account)

☐ Mr.  ☐ Mrs.  ☐ Ms.  ☐ Dr.

Name (first, middle, last)

Mailing Address

City, State, ZIP

Physical Address (If mailing address is a PO Box)

City, State, ZIP

Home Phone | Business Phone

Cell Phone | Other/Fax

E-mail Address (please indicate personal or business)

Date of Birth (mm/dd/yyyy) | Social Security Number/Tax ID

**Marital Status:** ☐ Single  ☐ Married  ☐ Divorced  ☐ Domestic/Life Partner  ☐ Widowed

Number of Dependents

**Do you:** ☐ Own a Home  ☐ Rent

**Country of Citizenship** ☐ US Resident  ☐ Resident Alien  ☐ Non-US Citizen
Country of Citizenship:

**Employment Status** ☐ Employed  ☐ Student  ☐ Retired  ☐ Homemaker  ☐ Unemployed

Employer

Years with Current Employer

Business Nature

Business Street Address, City, State, Zip

**Education Level** ☐ (A) High School Graduate  ☐ (B) Post-Secondary Study  ☐ (C) 2 Year Degree  ☐ (D) College Graduate  ☐ (E) Post-Graduate Study  ☐ (F) Advanced Degree  ☐ (G) Other

**USA Patriot Act**
**Existing Client?** ☐ Yes; please provide account number. ___  ☐ No; please provide identification.
Type of Identification:
Identification #: ___  State: ___
Date Issued: ___  Exp. Date: ___

MPM-000495

## All Applicants: Industry and Other Affiliations

| Primary Owner | Co-Owner | |
|---|---|---|
| ☐ Yes ☒ No | ☐ Yes ☐ No | Employed by or associated with a broker/dealer, RIA, or member organization? If yes, please provide the required authorization letter. |
| ☐ Yes ☒ No | ☐ Yes ☐ No | An officer, director or 10% (or more) shareholder in a publicly-owned company? Name of company and symbol: _____ |
| ☐ Yes ☒ No | ☐ Yes ☐ No | A Senior military, governmental or political official? If Yes, ☐ (M) Military ☐ (G) Governmental ☐ (P) Political Official Country and Relationship: _____ |

## Financial Situation and Needs, Liquidity Considerations, and Tax Status

### Risk Tolerance

*The degree of risk the client is willing to take with the assets in this account is:*

☐ **(C) Conservative:** The client wants to preserve the initial principal in the account, with minimal risk, even if that means this account does not generate significant income or returns and may not keep pace with inflation.

☒ **(M) Moderate:** The client is willing to accept some risk to the initial principal and tolerate some volatility to seek higher returns, and understands that a portion of the money invested could be lost.

☐ **(A) Aggressive:** The client is willing to accept high risk to the initial principal, including high volatility, to seek high returns over time, and understands that a substantial amount of money invested could be lost.

☐ **(S) Speculative:** The client is willing to accept maximum risk to the initial principal to aggressively seek maximum returns, and understands that most, or all, of the money invested could be lost.

| Liquidity Needs | Investment Objective | Investment Time Horizon |
|---|---|---|
| *The client's desire or need for the investments in this account to be easily convertible into cash is:* | *The client primarily seeks investments for this account that generate:* | *The client plans to keep the assets in this account invested for:* |
| ☐ (10) Low | ☐ (A) Income | ☐ (S) Short Term (0-3 years ) |
| ☒ (50) Moderate | ☒ (B) Income & Capital Appreciation | ☐ (I) Intermediate (4-9 years) |
| ☐ (90) High | ☐ (D) Capital Appreciation | ☒ (L) Long Term (10 years or greater) |

| Investment Experience (in years): | How often do you plan to trade? | Tax Bracket | |
|---|---|---|---|
| A = Less than 1 year   B = 1-5 years C = 6 - 10 years   D = Over 10 years | ☐ Daily | ☐ 0% | ☐ 28% |
| _B_ Stocks | ☐ Weekly | ☐ 10% | ☐ 33% |
| _B_ Bonds | ☐ Less than Monthly | ☒ 15% | ☐ 35% |
| _A_ Options | ☐ Monthly | ☐ 25% | |
| _A_ Mutual Funds | | | |
| _A_ Annuities/Insurance | | | |

| ANNUAL INCOME (from all sources) | NET WORTH (excluding your residence) | LIQUID NET WORTH | ESTIMATED VALUE OF ALL INVESTMENTS |
|---|---|---|---|
| ☐ (0) $0 - $24,999 | ☒ (0) $0 - $99,999 | ☒ (0) $0 - $24,999 | ☐ (A) Less than $10,000 |
| ☐ (1) $25,000 - $49,999 | ☐ (1) $100,000- $249,999 | ☐ (1) $25,000 - $49,999 | ☒ (B) $10,000 - $24,999 |
| ☐ (2) $50,000 - $99,999 | ☐ (2) $250,000- $499,999 | ☐ (2) $50,000 - $99,999 | ☐ (C) $25,000 - $49,999 |
| ☒ (3) $100,000 - $199,999 | ☐ (3) $500,000 - $999,999 | ☐ (3) $100,000 - $199,999 | ☐ (D) $50,000 - $199,999 |
| ☐ (4) $200,000 - $299,999 | ☐ (4) $1,000,000 - $1,499,999 | ☐ (4) $200,000 - $299,999 | ☐ (E) $200,000 - $499,999 |
| ☐ (5) $300,000 - $499,999 | ☐ (5) $1,500,000 - $2,499,999 | ☐ (5) $300,000 - $499,999 | ☐ (F) $500,000 and over |
| ☐ (6) $500,000 - $999,999 | ☐ (6) $2,500,000 - $3,499,999 | ☐ (6) $500,000 - $999,999 | ☐ (Z) Employee |
| ☐ (7) $1,000,000 and over | ☐ (7) $3,500,000 and over | ☐ (7) $1,000,000 and over | |
| ☐ (Z) Employee | ☐ (Z) Employee | ☐ (Z) Employee | |

**IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT**
The US Patriot Act requires financial institutions to obtain and verify information that identifies each person who opens an account. Accordingly, we may ask you to provide documents in order to verify your identity. If you decline to provide such information, Davenport may not be able to conduct securities business with you.

MPM-000496

# CLIENT ACCOUNT AGREEMENT

In consideration for Davenport & Company (herein after "Davenport", "us", "we", or "our") opening or maintaining one or more of my accounts (the "Accounts") (whether designated by name, number or otherwise) and Davenport agreeing to act as my broker in the purchase or sale of securities or other property, I agree to the terms and conditions of this Agreement (the "Agreement"). For purposes of this Agreement, "securities or other property" means, but is not limited to, money, securities, financial instruments and commodities of every kind and nature and related contracts and options, except that the provisions of paragraph 15 herein (the arbitration clause) shall not apply to commodities accounts. This definition includes securities or other property currently or hereafter held, carried or maintained by you or by any of your affiliates, in your possession or control, or in the possession or control of any such affiliate, for any of my accounts now or hereafter opened.

1.    All transactions in my account shall be subject to the constitution, rules, regulations, customs and usages of the exchange, market or place, and its clearing house, if any, where the transactions are executed by you or your agents. Where applicable, the transactions shall be subject to the provisions of the Securities Exchange Act of 1934, the Commodities Exchange Act, and present and future acts amendatory thereof and supplementary thereto, and the rules and regulations of the Securities and Exchange Commission, the Board of Governors of the Federal Reserve System and of the Commodities Futures Trading Commission.

2.    Whenever any statute shall be enacted that shall affect in any manner or be inconsistent with any of the provisions hereof, or whenever any rule or regulation shall be prescribed or promulgated by The New York Stock Exchange or other national securities exchange, the Securities and Exchange Commission, the Board of Governors of the Federal Reserve System, the Financial Industry Regulatory Authority, Inc. or the Commodities Futures Trading Commission that shall affect in any manner or be inconsistent with any of the provisions hereof, the provisions of this Agreement so affected shall be deemed modified or superseded, as the case may be, by such statute, rule or regulation, and all other provisions of this agreement and the provisions as so modified or superseded shall in all respects continue and be in full force and effect.

3.    Except as herein or otherwise expressly provided, no provision of this agreement shall in any respect be waived, altered, modified or amended unless such waiver, alteration, modification or amendment be committed to writing and signed by a duly authorized officer of your organization. Your failure to insist at any time upon strict compliance with this agreement or with any of its terms or any continued course of conduct on your part shall in no event constitute or be considered a waiver by you of any of your rights or privileges.

4.    All securities or other property that you may at any time be carrying for me or that may at any time be in your possession for any purpose shall be subject to a general lien for the discharge of all my obligations to you, whether or not you have made advances in connection with such securities or other property, and irrespective of the number of accounts I may have with you or whether such accounts are designated as general or special accounts. I agree that I will withdraw the funds represented by any credits to my account(s) upon deciding that I do not wish to invest or reinvest such funds within a reasonable period of time.

5.    Debit balances in my accounts, prepayments at my request, short positions and post-settlement payments in cash accounts shall be charged with interest, in accordance with your usual custom as set forth in your Statement of Credit Charges, which is available upon written request, and with any increases in rates caused by money market conditions and such other charges as you may make to cover your facilities and extra services.

6.    I agree, at any time upon your demand, to discharge my obligations to you with respect to any of my accounts, or, in the event of a closing of any of my accounts in whole or in part, to pay you the deficiency, if any, and no oral agreement or instructions to the contrary shall be recognized or enforceable.

7.    In the case of the sale of any security or other property by you at my direction and your inability to deliver the same to the purchaser by reason of my failure to supply you therewith, then and in such event, I authorize you to borrow any security or other property necessary to make delivery thereof, and I hereby agree to be responsible for any loss that you may sustain thereby and any premiums that you may be required to pay thereon, and for any loss that you may sustain by reason of your inability to borrow the security or other property sold.

8.    All transactions in any of my accounts are to be paid for or carried on a margin deposited no later than 2 p.m. on the settlement date. At any time and from time to time, in your discretion, you may without notice to me apply or transfer any or all of my monies, securities or other property interchangeably between any of my accounts (other than from commodity accounts regulated under the Commodity Exchange Act), whether individual or joint or from any of my accounts to an account guaranteed by me. You are specifically authorized to transfer to my cash account, on the settlement date following any purchase made in that account, excess funds available in any of my other accounts sufficient to make full payment of such cash purchase.

9.    When placing with you any sell order for a short account, I agree to specifically designate it as such and hereby authorize you to mark such order as being "short" and when placing with you any order for a long account, I also agree to specifically designate it as such and hereby authorize you to mark such order as being "long". Any sell order that I shall designate as being for a long account as above provided is for securities then owned by me and, if such securities are not then deliverable by you from any of my accounts, the placing of such order shall constitute a representation by me that it is impracticable for me then to deliver such securities to you but that I will deliver them as soon as it is possible for me to do so without undue inconvenience or expense and in any event on or before the settlement date.

10.    In all transactions between you and me, I understand that you are acting as my broker, except when you disclose to me in writing at or before the completion of a particular transaction that you are acting, with respect to such transaction, as a dealer for your own account or as a broker for some other person. You may employ sub-brokers or sub-agents and shall be responsible only for reasonable care in their selection.

11.    Reports of the execution of orders and statements of my accounts shall be conclusive if not objected to in writing, the former within two days, and the latter within ten days, after forwarding to me by mail or otherwise. Such reports shall conclusively be deemed to have been received by me if I do not give notice of non-receipt to you, attention of the Compliance Officer, within two business days of the execution of an order in one of my accounts.

12.    Communications may be sent to me at the address given by me to you, or at such other address as I may hereafter give you in writing, and all communications so sent, whether by mail, electronic communication, including e-mail, facsimile, messenger or otherwise, shall be deemed given to me personally whether or not actually received.

13.    THIS AGREEMENT SHALL BE DEEMED TO HAVE BEEN MADE IN AND ITS ENFORCEMENT SHALL BE GOVERNED BY THE LAWS OF THE COMMONWEALTH OF VIRGINIA. Any provision of this agreement that is in conflict with the laws of the Commonwealth of Virginia or with federal securities laws shall be deemed ineffective to the extent it conflicts with such laws without invalidating the remaining provisions of this agreement.

14.    This agreement and its provisions shall be continuous, shall cover individually and collectively all accounts that I may open or reopen with you and shall inure to the benefit of your present organization, and any successor organization, irrespective of any change or changes at any time in the personnel thereof, for any cause whatsoever, and of the assigns of your present organization or any successor organization, and shall be binding upon me and my estate, executors, administrators and assigns. In the event of my death, incompetency or disability, whether or not executors, administrators, personal representatives, committee or conservators of my estate and property shall have qualified or been appointed, You may place orders for the sale of securities or other property that you may be carrying for me or buy any securities or other property of which my estate, executors may be short, or any part of them, under the same terms and conditions as above stated, as though I were alive and competent, without notice to my heirs, executors, administrators, personal representatives, committee or conservators, and without prior demand or call of any kind upon them or any of them. If any party hereto shall be a partnership, the agreements and obligations on the part of the undersigned herein contained shall remain in full force and be applicable notwithstanding any changes in the individuals composing the partnership, and any reference to the undersigned herein shall include any altered or successive partnerships, and the predecessor partnerships and their partners shall not thereby be released from any obligation or liability.

15.    ARBITRATION DISCLOSURES
        THIS AGREEMENT CONTAINS A PREDISPUTE ARBITRATION CLAUSE. BY SIGNING AN ARBITRATION AGREEMENT THE PARTIES AGREE AS FOLLOWS:
        (A) ALL PARTIES TO THIS AGREEMENT ARE GIVING UP THE RIGHT TO SUE EACH OTHER IN COURT, INCLUDING THE RIGHT TO TRIAL BY JURY, EXCEPT AS PROVIDED BY THE RULES OF THE ARBITRATION FORUM IN WHICH THE CLAIM IS FILED.
        (B) ARBITRATION AWARDS ARE GENERALLY FINAL AND BINDING; A PARTY'S ABILITY TO HAVE A COURT REVERSE OR MODIFY AN ARBITRATION AWARD IS VERY LIMITED.
        (C) THE ABILITY OF PARTIES TO OBTAIN DOCUMENTS, WITNESS STATEMENTS AND OTHER DISCOVERY IS GENERALLY MORE LIMITED IN ARBITRATION THAN IN COURT PROCEEDINGS.
        (D) THE ARBITRATORS DO NOT HAVE TO EXPLAIN THE REASONS FOR THEIR AWARD.
        (E) THE PANEL OF ARBITRATORS WILL TYPICALLY INCLUDE A MINORITY OF ARBITRATORS WHO WERE OR ARE AFFILIATED WITH THE SECURITIES INDUSTRY.
        (F) THE RULES OF SOME ARBITRATION FORUMS MAY IMPOSE TIME LIMITS FOR BRINGING A CLAIM IN ARBITRATION. IN SOME CASES, A CLAIM THAT IS INELIGIBLE FOR ARBITRATION MAY BE BROUGHT IN COURT.
        (G) THE RULES OF THE ARBITRATION FORUM IN WHICH THE CLAIM IS FILED, AND ANY AMENDMENTS THERETO, SHALL BE INCORPORATED INTO THIS AGREEMENT.
        (H) NO PERSON SHALL BRING A PUTATIVE OR CERTIFIED CLASS ACTION TO ARBITRATION, NOR SEEK TO ENFORCE ANY PRE-DISPUTE ARBITRATION AGREEMENT AGAINST ANY PERSON WHO HAS INITIATED IN COURT A PUTATIVE CLASS ACTION; OR WHO IS A MEMBER OF A PUTATIVE CLASS WHO HAS NOT OPTED OUT OF THE CLASS WITH RESPECT TO ANY CLAIMS ENCOMPASSED BY THE PUTATIVE CLASS ACTION UNTIL: (I) THE CLASS CERTIFICATION IS DENIED; OR (II) THE CLASS IS DECERTIFIED; OR (III) THE CUSTOMER IS EXCLUDED BY THE CLASS BY THE COURT. SUCH FORBEARANCE TO ENFORCE AN AGREEMENT TO ARBITRATE SHALL NOT CONSTITUTE A WAIVER OF ANY RIGHTS UNDER THIS AGREEMENT TO THE EXTENT STATED HEREIN.

MPM-000497

Continued from previous page

I AGREE, AND BY CARRYING AN ACCOUNT FOR ME YOU AGREE, THAT ALL CONTROVERSIES THAT MAY ARISE BETWEEN US CONCERNING ANY TRANSACTION OR THE CONSTRUCTION, PERFORMANCE OR BREACH OF THIS OR ANY OTHER AGREEMENT BETWEEN US PERTAINING TO SECURITIES OR OTHER PROPERTY, WHETHER ENTERED INTO PRIOR, ON OR SUBSEQUENT TO THE DATE HEREOF, SHALL BE DETERMINED BY ARBITRATION. ANY ARBITRATION UNDER THIS AGREEMENT SHALL BE CONDUCTED PURSUANT TO THE FEDERAL ARBITRATION ACT, BEFORE THE AMERICAN ARBITRATION ASSOCIATION OR BEFORE THE NEW YORK STOCK EXCHANGE, INC. OR AN ARBITRATION FACILITY PROVIDED BY ANY OTHER EXCHANGE OF WHICH YOU ARE A MEMBER, OR THE FINANCIAL INDUSTRY REGULATORY ORGANIZATION OR THE MUNICIPAL SECURITIES RULEMAKING BOARD AND IN ACCORDANCE WITH THE RULES THEN IN EFFECT OF THE SELECTED ORGANIZATION. I MAY ELECT IN THE FIRST INSTANCE WHETHER ARBITRATION SHALL BE BY THE AMERICAN ARBITRATION ASSOCIATION, OR BY AN EXCHANGE OR SELF-REGULATORY ORGANIZATION OF WHICH YOU ARE A MEMBER, BUT IF I FAIL TO MAKE SUCH ELECTION, BY REGISTERED LETTER OR TELEGRAM ADDRESSED TO YOU AT YOUR MAIN OFFICE, BEFORE THE EXPIRATION OF FIVE (5) DAYS AFTER RECEIPT OF A WRITTEN REQUEST FROM YOU TO MAKE SUCH ELECTION, THEN YOU MAY MAKE SUCH ELECTION. THE AWARD OF THE ARBITRATORS, OR OF THE MAJORITY OF THEM, SHALL BE FINAL, AND   JUDGMENT UPON THE AWARD RENDERED MAY BE ENTERED IN ANY COURT, STATE OR FEDERAL, HAVING JURISDICTION.

16.  Unless otherwise disclosed, I hereby represent that I am of full age, and unless otherwise disclosed on your New Account Form, that I am not an employee of any exchange, or of any corporation of which any exchange owns a majority of the capital stock, or of a member of any exchange, or of a member firm or member corporation registered on any exchange, or of a bank, trust company, insurance company or of any corporation, firm, individual or association engaged in the business of dealing, either as broker or as principal, in securities, bills of exchange, acceptances or other forms of commercial paper. I further represent that no other person or entity has an interest in my account or accounts with you.

17.  Wherever in this agreement reference is made to the undersigned by use of the first person singular, that reference shall include all signers if this agreement is signed by more than one party, and each undertaking herein contained shall be their joint and several undertaking.

18.  I understand that shares of Mutual Funds owned in the accounts may be held in a separate account at the Mutual Fund Company in the name of Davenport & Company LLC for the exclusive benefit of the Accounts. I further understand that all communications with the Mutual Fund Company regarding these securities must be done through Davenport & Company LLC on my behalf.

19.  By executing this agreement, unless otherwise instructed by me, Davenport will use its usual and customary method for establishing the cost basis for security sales in your account. This method generally assigns the highest available cost basis to a security sale, as opposed to the "first-in, first-out" (FIFO) method.  IRS Regulations prohibit the exchange of tax lots after settlement date. All transactions other than sales will be closed using FIFO unless lots are selected at the time of the transaction.

20.  Unless otherwise instructed by me, all cleared funds in my account that are not invested in other securities will be automatically invested in the money market mutual fund or IDP selected by Davenport. Deposits into the IDP are FDIC insured up to $250,000 for funds held in the same right and capacity at each program bank. If my cleared funds are deposited into the IDP, I will receive the IDP Terms and Conditions, which will contain information relating to the program. The IDP may pay a fee to Davenport with respect to any deposit of my cleared funds in the program. Shares of the money market funds are not deposits of or other obligations of, or issued, endorsed or guaranteed by any bank; such shares are not insured by the U.S. government the Federal Deposit Insurance Corporation, or any other governmental agency. Although each money market fund seeks to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in a money market fund. With regard to a prospectus for the money market fund in which my cleared funds are invested, which will contain information relating to the fund, including investment objectives, risks, charges and expenses associated with it. The money market fund may pay a distribution and/or shareholder servicing fee to Davenport with respect to any investment of my cleared funds in the fund. From time to time, Davenport may decide to replace the IDP or money market funds currently offered with other cash sweep options. In such event, Davenport will transfer my funds to one of the cash sweep options then made available by Davenport, and I hereby authorize Davenport to make such a transfer. Davenport will notify me in writing of such action.

21.  Our Privacy Pledge to Our Clients: We respect your privacy and value the relationship we have with them. Our Privacy Pledge applies to only current or former individual customers who obtain financial products or services from Davenport primarily for personal, family or household purposes. It does not apply to partnerships, corporations, trusts or other non-individual customers, clients, or account holders. Davenport does not disclose any non public personal information about current or former individual customers as defined above to anyone, except as permitted or required by law. To appropriately service client account(s) and better understand client needs, we collect non public personal information about you from completed applications, forms, and other information provided by the client, whether in writing, in person, by telephone, electronically, or by any other means. Additionally, we collect information about client transactions with Davenport, such as account balances, trading activity, payment history, and parties to transactions.

We may disclose the information we collect, as described above, to companies that perform marketing services on our behalf or to other financial institutions with whom we have joint marketing agreements. We have agreements in place with these companies that prohibit them from disclosing or using the information except as necessary for carrying out the purposes for which we disclosed the information. We also may disclose non public personal information about clients to nonaffiliated third parties that assist us in servicing client account(s); to securities regulators as required by laws, rules and other applicable legal requirements; to others pursuant to subpoena; pursuant to client's written request, or as otherwise permitted or required by law.  We restrict access to client non public personal information to those employees and agents who need to know this information. In addition, we maintain physical, electronic, and procedural safeguards to protect non public, personal information. As with any business policy, we must respond to changes in the law or in our business needs. Accordingly, we reserve the right to modify our Privacy Pledge as permitted or required by law.

22.  Do Not Call Registry: By signing below I authorize the Investment Executive assigned to my account to contact me by telephone, using any telephone numbers that are associated with me, (e.g, cell, home, business or vacation numbers, etc.) for solicitation purposes (e.g., recommendations to enter into a securities transaction). I expect that my Investment Executive will generally contact me for solicitation purposes during the traditional business hours of 9:00 a.m. - 5:00 p.m., Monday through Friday; however, if a special circumstance were to arise, I may be contacted before 8:00 a.m. or after 9:00 p.m., any day of the week. This authorization shall remain in effect until revoked in writing by me and is irrespective of any placement by me placing my name and/or telephone numbers on any National or State Do Not Call Registry

23. APPLICABLE TO JOINT ACCOUNTS ONLY.  In consideration of you carrying a joint account for the undersigned, the undersigned jointly and severally agree that each of them shall have authority on behalf of the joint account to buy, sell bonds, options, and other securities and commodities, on margin or otherwise; to receive on behalf of the joint account demands, notices, confirmations, reports, statements of account and communications of every kind; to receive on behalf of the joint account money, securities and property of every kind and to dispose of the same; to make on behalf of the joint account agreements relating to any of the foregoing matters and to terminate or modify same or waive any of the provisions thereof; and generally to deal with you on behalf of the joint account as fully and completely as if he or she alone were interested in said account, all without notice to the other or others interested in said account. You are authorized to follow the instructions of any of the undersigned in every respect concerning the said joint account and to make deliveries to any of the undersigned, or upon his or her instructions, of any or all securities in the said joint account, and to make payments to any of the undersigned, or upon his or her order, of any or all monies at any time or from time to time in the said joint account as he or she may order and direct, even if such deliveries and/or payments shall be made to him or her personally, and not for the joint account of the undersigned. In the event of any such deliveries of securities or payments of monies to any of the undersigned as aforesaid, you shall be under no duty or obligation to inquire into the purpose or propriety of any such demand for delivery of securities or payment of monies, and you shall not be bound to see to the application or disposition of the said securities and/or monies so delivered or paid to any of the undersigned or upon his or her order. The authority hereby conferred shall remain in force until written notice of the revocation addressed to you is delivered to your Richmond, Virginia office.

The liability of the undersigned to you with respect to said account shall be joint and several. The undersigned further agrees jointly and severally that all property you may at any time be holding or carrying for any one or more of the undersigned shall be subject to a lien in your favor for the discharge of the obligations of the joint account to you, such lien to be in addition to and not in substitution of the rights and remedies you otherwise would have. This Joint Account Agreement shall be in addition to and not a restriction of the provisions of any other agreements we may have with you, including but not limited to any option agreements, margin agreements and third party trading/discretionary account agreements.

It is further agreed that in the event of the death of either any of the undersigned, the survivor or survivors shall immediately give you written notice thereof, and you may, before or after receiving such notice, take such proceeding, require such papers and inheritance or estate tax waivers, retain such portion of and/ or restrict transactions in the account as you may deem advisable to protect you against any tax, liability, penalty or loss under any present or future laws or otherwise. The estate of any of the undersigned who shall have died shall be liable and each survivor shall continue liable jointly and severally, to you for any net debit balance or loss in said account in any way resulting from the completion of transactions initiated prior to the receipt by you of the written notice of the death of the decedent or incurred in the liquidation of the account or the adjustment of the interests of the respective parties.

We jointly and severally release and discharge you and your successors, members, officers and employees from any and all liability of whatsoever kind now or hereafter arising directly or indirectly out of you honoring the instructions and directions of either of us with respect to said account, and agree to indemnify and hold harmless from any and all losses and damage directly or indirectly attributable to the joint or several acts or failures to act of both or either of us with respect to said account.  In the event of a dispute over the rights to the assets or control of the joint account, Davenport reserves the right to restrict the account to prevent future activity including securities transactions or asset movement. Any transaction or asset movement may require signatures from all parties. In the event of a subpoena, the terms of the subpoena shall supersede all other instructions.

07/11                                    Continued on next page

Continued from previous page

This agreement shall inure to the benefit of your present firm, and any successor firm, irrespective of any change or changes of any kind in the personnel thereof, for any cause whatsoever, and of the assigns of your present firm or any successor firm. The foregoing shall bind the undersigned to you and each of your successors and assigns by merger, consolidation or otherwise.

[X] **Joint Tenants with Rights of Survivorship (JTWROS)** In the event of the death of any of the undersigned, the entire interest in the joint account shall be vested in the survivor or survivors on the same terms and conditions as heretofore held, without in any manner releasing the undersigned or their estates from the liability provided for within the joint account agreement.

[ ] **Tenancy In Common (TEN COM)** In the event of death of either or any of the undersigned, the decedent's interest in the account as of the close of business on the date of death of the decedent (or on the next following business day if the date of death is not a business day), shall be as follows:

Name of Participant: _____ or his or her estate _____ %

Name of Participant: _____ or his or her estate _____ %

[ ] **Tenants by the Entirety (TEN ENT)** - Available to husband/wife in certain states Recognizing that an account held as tenants by the entirety is available only to husbands and wives in certain states, we represent that (a) we are lawfully married to each other and (b) we maintain our residence in a state permitting the designation of tenants by the entirety. We will promptly notify you should either circumstance change. In the event of death of any of the undersigned, the entire interest in the joint account shall be vested in the survivor on the same terms and conditions as heretofore held, without any manner releasing the undersigned or their estates from the liability provided for within the joint account agreement. The undersigned understand that if they divorce, the tenancy by the entireties will terminate and the account will be owned by each of the undersigned, individually as tenants in common with no right of survivorship.

24. Under rule 14b-1(c) of the Securities Exchange Act, I understand that you are required to disclose to an issuer the name, address and securities position of your clients who are beneficial owners of that issuer's securities unless the client objects. Therefore, I have checked one of the boxes below:

[X] (X) Yes, I do object to the disclosure of such information.       [ ] (L) No, I do not object to the disclosure of such information.

25. Unless otherwise disclosed, Davenport & Company LLC presumes that you are a non-objecting shareholder. If you object to your name and address being disclosed to the issuer of assets you hold in your Davenport account, please contact your Investment Executive.

26. All securities or any other property, now or hereafter held by you, or carried by you for me (either individually or jointly with others), are to be held by you as security for the payment of any obligation to you by me, and all such securities and other property may from time to time and without notice to me be pledged, repledged, hypothecated or re-hypothecated by you, separately or in common with other securities and other property, for the sum due to you pursuant to any such obligation, or for any greater sum resulting from any default in such obligation, and you may do so without retaining in your possession or under your control for delivery a like amount of similar securities or other property. It is understood, however, that you agree to deliver to me upon demand and upon payment of the full amount due thereon all securities in such accounts, but without obligation to deliver the same certificates or securities deposited, but only certificates or securities of the same kind and amount.

27. Electronic Communication Agreement: From time to time, Davenport may send notices and other correspondence of a non-account specific nature to our clients. I agree to receive these communications via e-mail. I understand that I may revoke my consent to receive electronic communications at any time by sending Davenport notification of my desire to terminate this option.

**Part I: Taxpayer Identification Number (TIN)**
Enter your TIN in the appropriate box. For individuals, this is your social security (SSN). However, for a resident alien, sole proprietor or disregarded entity, or if you do not have a number or have a question regarding the completion of this section, contact Davenport & Company LLC for further instructions or to obtain a complete IRS form W-9 containing more detailed instructions. For other entities, it is your employer identification number (EIN).

| Social Security Number | Employer Identification Number | Part II. For Payees Exempt From Backup Withholding: Enter correct Taxpayer Identification Number (TIN) in Part I, and write "Exempt" here ▶ |
|---|---|---|
| [████████] | [ ][ ] - [ ][ ][ ][ ][ ][ ] | _____ |

Check appropriate box for federal tax classification (required):

[X] Individual/Sole Proprietor   [ ] C Corporation   [ ] S Corporation   [ ] Partnership   [ ] Trust/Estate

[ ] Limited Liability Company. Enter the tax classification (C= C Corporation, S= S Corporation, P= Partnership) > _____

[ ] Other (see instructions) > _____

**Part III: Certification**
Under penalties of perjury, I certify that:
1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person.

**Certification Instructions** - You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN.

THE INTERNAL REVENUE SERVICE DOES NOT REQUIRE YOUR CONSENT TO ANY PROVISION OF THIS DOCUMENT OTHER THAN THE CERTIFICATIONS REQUIRED TO AVOID BACKUP WITHHOLDING. BY SIGNING BELOW, I ACKNOWLEDGE THAT I HAVE RECEIVED A COPY OF THIS AGREEMENT AND STATEMENT OF CREDIT CHARGES. BY SIGNING BELOW, I ACKNOWLEDGE THAT THE SECURITIES IN MY MARGIN ACCOUNT MAY BE LOANED TO YOU OR LOANED OUT TO OTHERS. BY SIGNING BELOW, I CONFIRM THAT I HAVE READ AND UNDERSTAND THIS ENTIRE AGREEMENT. THIS AGREEMENT CONTAINS A PREDISPUTE ARBITRATION CLAUSE ON PAGE 1 PARAGRAPH 15 AND THE UNDERSIGNED HAS READ AND UNDERSTANDS THE CONTENT OF THAT CLAUSE.

MARGIN ACCOUNTS: All qualified accounts are opened as margin accounts. You will have a margin account UNLESS you are ineligible or decline below.

[ ] I/WE DECLINE MARGIN PRIVILEGES.

| FOR DAVENPORT & COMPANY LLC USE ONLY | |
|---|---|
| We hereby accept the account(s) upon the terms and conditions hereinabove stated. | _Cailin Young_  12, 25, 12 |
| | Signature (Account Holder or Other Authorized Signatory)   Date Signed |
| _____/_____/_____ | _Cailin Young_ |
| Approval (Registered Principal/Branch Mgr)   Date Signed | Print Full Name and Title, when required (for Other Authorized Signatory) |
| | _Christopher A. Young_  12, 26, 2012 |
| I.E.       Account Number | Signature (Account Holder or Other Authorized Signatory)   Date Signed |
| [  ] [  ] | CHRISTOPHER A. YOUNG |
| | Print Full Name and Title, when required (for Other Authorized Signatory) |
| | RICHMOND                    VA |
| | City                          State |

07/11

MPM-000499

**Piscitelli, John**

| | |
|---|---|
| **From:** | cailin.mcdonnell███████ |
| **Sent:** | Wednesday, January 02, 2013 09:16 |
| **To:** | Young, Christopher |
| **Cc:** | Piscitelli, John |
| **Subject:** | Re: ID |

Did we miss the deadline now for last year?  I know mom really wanted it done last year.
Sorry we were so late!

Sent from my iPhone

On Jan 2, 2013, at 8:51 AM, "Young, Christopher" ███████████████████  wrote:

> I just resent my Drivers License because it got pinged back to an
> incorrect address.  I did PiscAtelli.  Apologies
>
> Christopher M. Young, E.I.
>██████████████████████
>
>
> -----Original Message-----
> From: cailin.mcdonnell████████████████
> Sent: Wednesday, January 02, 2013 8:49 AM
> To: Piscitelli, John
> Cc: Young, Christopher
> Subject: Re: ID
>
> Hi John,
>
> Mom said that there is still some stuff that needs to be done in order
> to have everything switched over?  She said you are still need some of
> Chris's information. Can you let us know what we need to do? Thanks!
>
> Sent from my iPhone
>
> On Dec 31, 2012, at 4:52 PM, "Piscitelli, John"
> <jpiscitelli@investdavenport.com> wrote:
>
>> Thanks!
>>
>> -----Original Message-----
>> From: cailin.mcdonnell███████
>> Sent: Monday, December 31, 2012 16:46
>> To: Piscitelli, John
>> Subject: ID
>>
>>
>>
>> The information in this electronic mail (e-mail), including any
> attachment(s), is confidential and intended solely
>> for the addressee(s). No confidentiality or privilege is waived or
> lost by any transmission errors.
>> If you are not an intended recipient, any disclosure, printing,
> copying, or distribution of any part of this message

1

GOVERNMENT
EXHIBIT
455
3:14cr12

>> is prohibited and may be unlawful; and any action taken or not taken
> in reliance on this e-mail is not authorized by the sender.
>> If you have received this e-mail in error, please notify us
> immediately by telephone at 1-800-846-6666 and delete this e-mail.
>> Message transmission is not guaranteed to be secure.
>>
>> As e-mail is subject to time delay, DO NOT SEND ORDERS TO BUY OR SELL
> SECURITIES OR TRANSFER MONEY
>> THROUGH THIS SYSTEM.  The information contained in this e-mail does
> not serve as an official record of your account.
>> If any third-party research report - i.e., not a report issued by a
> Davenport & Company LLC (Davenport) research analyst - is
>> attached to this e-mail message, please use this link for Important
> Third Party Research Disclosures.
>>
> http://www.investdavenport.com/legal/research/Correspondent%20Research
> %2
> 0Cover%20Page.pdf
>>
>> Please follow this link for additional important information
> http://www.investdavenport.com/legal/mail_disclaimers/General.pdf
>>
>>          Davenport & Company LLC        Member NYSE/FINRA/SIPC
>> If this e-mail is from an investment team, using a name other than an
> individual signature, please be advised that all
>> securities and advisory services are offered through Davenport &
> Company LLC.
>>
>

1A241

GMP-1289820

**WELLS FARGO**

Wells Fargo Online®

## Deposited Item Details

**Deposit #628951693 to SAVINGS XXXXXXXXX7598**

| Deposit Date | Description | Amount | Status |
|---|---|---|---|
| 02/26/13 | DEPOSIT MADE IN A BRANCH/STORE #628951693 | $7,326.00 | Posted 02/26/13 |

**Deposit Item (1 of 2)**

| Next >

| Item # | Bank | Account # | Check # | Amount |
|---|---|---|---|---|
| 1 | WELLS FARGO BK NA | XXXXXXXXX4417 | 1057 | $7,316.00 |

**Note:** The account number, signature, and endorsement may be removed from the image(s) for security reasons. To obtain a full copy of the image, please send us a secure email or call us at 1-800-956-4442, 24 hours, 7 days a week.



| Next >

Confidential

GOVERNMENT
EXHIBIT
493
3:14cr12

YOUNG-003454



GOVERNMENT
EXHIBIT
548
3:14cr12



GMP-0350260



GOVERNMENT
EXHIBIT
549
3:14cr12

YOUNG-003477