UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ROBERT F. MCDONNELL,<br><br>and<br><br>MAUREEN G. MCDONNELL,<br><br>Defendants. | Action No. 3:14-CR-12 |

## ORDER

THIS MATTER is before the Court *sua sponte*. The Court has received requests from the media for the release of questionnaires completed by potential jurors prior to trial in the above referenced matter. The Court has denied said requests. The questionnaires contain private, personal, and confidential information regarding each potential juror. The potential jurors were compelled to provide this information by the Court in its quest to obtain a jury pool from which a fair and impartial jury could be selected. Pursuant to the Court's supervisory power over its own records and files, *see Virginia Dep't of State Police v. Washington Post*, 386 F.3d 567, 575 (4th Cir. 2004), the Court will protect this information from public dissemination. Access to these questionnaires will be DENIED.

Let the Clerk send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

ENTERED this 31st day of July 2014.

/s/
James R. Spencer
Senior U. S. District Judge