IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



FILED
AUG - 4 2014
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

**UNITED STATES OF AMERICA,**

v.                                                    Action No. 3:14-CR-12-JRS

**ROBERT F. MCDONNELL,** *et al.,*

      **Defendants.**

## MOTION FOR LEAVE TO INTERVENE AND TO VACATE SEALING ORDER

WP Company LLC, d/b/a *The Washington Post*, by counsel, moves (1) for leave to intervene in this criminal action to assert the public right of access to records concerning juror *voir dire*, and (2) for the entry of an order vacating the order entered July 31, 2014 [ECF No. 341] ("Sealing Order") sealing questionnaires that were completed by prospective jurors as part of *voir dire*. As set forth fully in the accompanying memorandum, movant has standing to intervene in this action, and no basis has been established to overcome the public's presumptive right of access under the First Amendment to the jury questionnaires.

Wherefore, *The Washington Post* respectfully requests (1) that its motion for leave to intervene be granted, (2) that the Court set a prompt hearing so that the movant and the parties be afforded the opportunity to be heard in support of or in opposition to the sealing of the juror questionnaires and answers, and (3) that the Court vacate the Sealing Order, permitting public access to the *voir dire* process used in this action.

Date: August 4, 2014.                     Respectfully submitted,

WP COMPANY LLC

By Counsel

*[signature: Craig Merritt]*
_____
Craig T. Merritt (VSB No. 20281)
David B. Lacy (VSB No. 71177)
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Tel.:   (804) 697-4100
Fax:   (804) 697-4112
cmerritt@cblaw.com
dlacy@cblaw.com

*Counsel for The Washington Post*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was delivered by electronic mail this 4th day of August, 2014, to the following counsel of record:

Henry Winchester Asbill, Esquire
Charles Michael Carberry, Esquire
Hilary Keith Perkins, Esquire
James Mahoney Burnham, Esquire
Jonathan Andrew Berry, Esquire
Mary Ellen Powers, Esquire
Noel John Francisco, Esquire
Owen Thomas Conroy, Esquire
Ryan Dean Newman, Esquire
JONES DAY (DC-NA)
51 Louisiana Ave NW
Washington, DC 20001

hasbill@jonesday.com
carberry@jonesday.com
hperkins@jonesday.com
jmburnham@jonesday.com
jberry@jonesday.com
mepowers@jonesday.com
njfrancisco@jonesday.com
otconroy@jonesday.com
rnewman@jonesday.com

John Leslie Brownlee, Esquire
HOLLAND & KNIGHT LLP (DC)
800 17th Street, N.W., Suite 1100
Washington, DC 20006

john.brownlee@hklaw.com

Christopher Michael Iaquinto, Esquire
Daniel Ira Small, Esquire
HOLLAND & KNIGHT LLP (MA-NA)
10 St James Avenue
Boston, MA 02116

christopher.iaquinto@hklaw.com
daniel.small@hklaw.com

Michael Steven Dry, Esquire
David V. Harbach, II, Esquire
Jessica Diane Aber, Esquire
Richard D. Cooke, Esquire
UNITED STATES ATTORNEY'S OFFICE
(Richmond)
600 E Main St., 18th Floor
Richmond, VA 23219

michael.s.dry@usdoj.gov
david.harbach@usdoj.gov
Jessica.D.Aber@usdoj.gov
richard.cooke@usdoj.gov

Ryan Scott Faulconer, Esquire
UNITED STATES ATTORNEY'S OFFICE
(Alexandria-NA)
2100 Jamieson Avenue
Alexandria, VA 22314

ryan.faulconer2@usdoj.gov

*Attorneys for the United States*

Elizabeth Newell Jochum, Esquire
Timothy James Taylor, Esquire
William Frederick Gould, Esquire
Holland & Knight LLP (McLean)
1600 Tysons Blvd, Suite 700
Tysons Corner, VA 22102

elizabeth.jochum@hklaw.com
timothy.taylor@hklaw.com
william.gould@hklaw.com

*Counsel for Robert F. McDonnell*

Heather Hansen Martin, Esquire
Kaiyeu Kevin Chu, Esquire
Stephen Michael Hauss, Esquire
William Anthony Burck, Esquire
QUINN EMANUEL URQUHART & SULLIVAN LLP
777 6th St NW, 11 Floor
Washington, DC 20001

heathermartin@quinnemanuel.com
kevinchu@quinnemanuel.com
stephenhauss@quinnemanuel.com
williamburck@quinnemanuel.com

Jaime Brett Wisegarver, Esquire
HIRSCHLER FLEISCHER PC
2100 E Cary St
PO Box 500
Richmond, VA 23218-0500

jwisegarver@hf-law.com

*Counsel for Maureen G. McDonnell*

_____
Craig T. Merritt (VSB No. 20281)
cmerritt@cblaw.com
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095

#1618574