UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ROBERT F. MCDONNELL,<br><br>and<br><br>MAUREEN G. MCDONNELL,<br><br>    Defendants. | Action No. 3:14-CR-12 |

# **ORDER**

THIS MATTER is before the Court on a Motion to Intervene (ECF No. 351) filed by third-party movant WP Company, LLC ("Intervenor"). Upon due consideration, the Motion is GRANTED insofar as it requests leave to intervene in this matter. *See Co. Doe v. Pub. Citizen*, 749 F.3d 246, 262-63 (4th Cir. 2014). A hearing will be held on Friday, August 15, 2014, at 12:15 p.m., in Courtroom 6100, to hear argument on the merits of Intervenor's Motion.

Let the Clerk send a copy of this Order to counsel for Intervenor and all counsel of record.

It is SO ORDERED.

　　　　　　　　　　　　　　　　　/s/　　　　　　　　
James R. Spencer
Senior U. S. District Judge

ENTERED this     6th     day of August 2014.