**Recap of Time Detail**

All Entries          **Matter Number** 2062324-0001

⊙ Sort by Date  ○ Sort by Timekeeper     ⊙ **Date Worked**   1/1/2011   to  3/26/2013
**First Column**                          ○ Date Billed                 to
**Second Column**                         **Invoice**

| Date | Timekeeper | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|------|-----------|----------------------|-------|--------|-------------|---------------|-------|
| 7/8/2011<br>9/8/2011 | 11618 | Christopher R. Nolen<br>Invoice=91383170 | 1.90<br>1.90 | 665.00<br>665.00 | Research regarding Tobacco Commission grant funding process; telephone conference with Commission staff regarding the same | 2062324-0001 | 32415543 |
| 7/11/2011<br>9/8/2011 | 11618 | Christopher R. Nolen<br>Invoice=91383170 | 0.30<br>0.30 | 105.00<br>105.00 | Correspondence to B. Pokusa regarding Tobacco Commission grant process | 2062324-0001 | 32415544 |
| 7/13/2011<br>9/8/2011 | 11618 | Christopher R. Nolen<br>Invoice=91383170 | 0.30<br>0.30 | 105.00<br>105.00 | Correspond with Tobacco Commission staff regarding grant process; correspondence and telephone conference with B. Pokusa regarding the same | 2062324-0001 | 32415545 |
| 7/18/2011<br>9/8/2011 | 11618 | Christopher R. Nolen<br>Invoice=91383170 | 0.90<br>0.90 | 315.00<br>315.00 | Various correspondence with B. Pokusa regarding upcoming conference calls; prepare and participate in conference call with client regarding strategy; telephone conference with B. Pokusa regarding next steps | 2062324-0001 | 32415546 |
| 7/25/2011<br>9/8/2011 | 11618 | Christopher R. Nolen<br>Invoice=91383170 | 0.20<br>0.20 | 70.00<br>70.00 | Correspondence to Tobacco Commission staff regarding status of grant application | 2062324-0001 | 32415547 |
| 7/25/2011<br>9/8/2011 | 11618 | Christopher R. Nolen<br>Invoice=91383170 | 0.50<br>0.50 | 175.00<br>175.00 | Prepare for and participate in conference call with B. Pokusa regarding next steps | 2062324-0001 | 32415548 |
| 7/28/2011<br>9/8/2011 | 11622 | Jerry W. Kilgore<br>Invoice=91383170 | 0.70<br>0.70 | 402.50<br>402.50 | Telephone conference with Bob Pokusa and Chris Nolen regarding next steps | 2062324-0001 | 32367092 |
| 8/10/2011<br>9/8/2011 | 11618 | Christopher R. Nolen<br>Invoice=91383170 | 1.10<br>1.10 | 385.00<br>385.00 | Analyze next steps; prepare memorandum outlining timeline and next steps | 2062324-0001 | 32478879 |
| 8/12/2011<br>9/8/2011 | 11622 | Jerry W. Kilgore<br>Invoice=91383170 | 0.90<br>0.90 | 517.50<br>517.50 | Discussions with C. Nolen on strategies at Tobacco Commission; meeting with J. Eige and M. Kent, Chief of Staff, regarding roll out issues | 2062324-0001 | 32478136 |
| 8/31/2011<br>9/8/2011 | 11618 | Christopher R. Nolen<br>Invoice=91383170 | 0.40<br>0.40 | 140.00<br>140.00 | Review executive summary of grant application process; correspond with General Counsel regarding the same and upcoming Tobacco | 2062324-0001 | 32585177 |

GOVERNMENT
EXHIBIT
**4**
3:14cr12

GMP-2558940

S174M

Recap of Time Detail

GMP-2558941

Commission meeting

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/1/2011<br>10/11/2011 | 11618 | Christopher R. Nolen<br>Invoice=91392555 | 1.10<br>1.10 | 385.00<br>385.00 | Attend R & D study committee of the Tobacco<br>Commission; conference with N. Stephenson<br>regarding application process | 2062324-0001 ▶ | 32642175 |
| 9/12/2011<br>10/11/2011 | 11622 | Jerry W. Kilgore<br>Invoice=91392555 | 1.30<br>1.30 | 747.50<br>747.50 | Telephone conferences with J. Williams<br>regarding issues with individuals; make calls<br>to resolve issues | 2062324-0001 ▶ | 32672057 |
| 9/16/2011<br>10/11/2011 | 11618 | Christopher R. Nolen<br>Invoice=91392555 | 0.90<br>0.90 | 315.00<br>315.00 | Prepare for and participate in conference call<br>with client regarding next steps | 2062324-0001 ▶ | 32728731 |
| 11/29/2011<br>12/6/2011 | 11618 | Christopher R. Nolen<br>Invoice=91409920 | 1.60<br>1.60 | 560.00<br>560.00 | Prepare for and participate in conference call<br>with client and UVa | 2062324-0001 ▶ | 33296068 |
| 12/7/2011<br>1/12/2012 | 11618 | Christopher R. Nolen<br>Invoice=91419017 | 0.20<br>0.20 | 70.00<br>70.00 | Review materials provided to UVa | 2062324-0001 ▶ | 33408617 |
| | | BILLED TOTALS: WORK:<br>BILLED TOTALS: BILL: | 12.30<br>12.30 | 4,957.50<br>4,957.50 | 15 records | | |
| | | GRAND TOTALS: WORK:<br>GRAND TOTALS: BILL: | 12.30<br>12.30 | 4,957.50<br>4,957.50 | 15 records | | |

S174M

## Maureen McDonnell Uncapher

| | |
|---|---|
| **From:** | Robert McDonnell - New [rfmcandidate@bobmcdonnell.com] |
| **Sent:** | Friday, April 24, 2009 5:52 PM |
| **To:** | mcdonne█████net |
| **Cc:** | bobmcdonnel█████net |
| **Subject:** | Re: Sunseeker |

Ouch. We need to walk away with 1.5 to break even. Our 3 loans total about 1.5 also. We can't come up with $ to sell. Perhaps a start of $ 1.695 and ask them to aggressively market upstairs luxury and we just dropped price 100k! We will have close to 100k closing costs with 75k being the commission plus paying back Dad 110k. We should ask Tom for proforma closing costs at a sale of 1.6. Thoughts

**From:** Maureen McDonnell
**To:** Robert McDonnell - New; 'Michael Uncapher' ; bobmcdonnell█████net
**Sent:** Fri Apr 24 16:36:12 2009
**Subject:** FW: Sunseeker
Bob,
Please let me know what you think.  I also had the Seibert folks out for a market analysis last week.  Their recommendations are similar.  Both will do for 5%.  I'd list to get it listed asap to relieve some financial pressures.  Will work on the vrbo listing when I return....that will take a bit for me to create.

Thanks.  Mo

Maureen McDonnell Uncapher
Triangle Consulting
757-482-5124 Home
757-438-0673 Cell

**From:** Tom Bucker [mailto:TBucker@Sandbridge.com]
**Sent:** Friday, April 24, 2009 4:56 PM
**To:** mcdonnel█████.net
**Subject:** Sunseeker

**Aloha Maureen!**

I hope you trip is going great. We finally have a decent day here in Sandbridge and tomorrow is suppose to be even better.  We need it1

We have been looking at Sunseeker with an eye as to what we feel it will command in today's market. We down loaded all sales on Sandfiddler for the last 365 days. There were only three sales on the second row in that time frame. Gail and I were involved in the one at 3517 and the one at 2233 and know all those details very well. The one at 2625 was a total Siebert transaction, both buyer and seller, and the house was owned by Jean Siebert. The list price on that home was $2,195,000 and the sales price was $1,856,000. Both that sale and the sale at 2233 are good "comps" for you as your home should be priced right in between those two homes.

At this time there are 17 homes listed for sale on the semi-oceanfront. The home at 3349 is the high water mark at $1,795,000. It is eight bedrooms and seven baths built new in 2007. Your home rents better and for more per week. In my opinion your property is a better property. The house at 3349 has been on the market for well over two years with no offers. The original price was $1,900,000. It has

1



GOVERNMENT
EXHIBIT
48
3:14cr12

MOB000004

been at the current price for over a year. Your home at 3113 was listed for the last six months in 2008 at $1,750,000.

The price that is placed upon your home depends on your motivation. If you really want to sell it you should list it for $1,595,000 and be willing to negotiate down from that figure. If you want to list it at a higher price to see if we can get a "bite" we can certainly do that, but finding a buyer at a higher price will take more time and more time may mean that we will be through this summer season and then buyers tend to wait until the following spring so they don't incur the winter carrying costs. Again, it comes down to motivation. To move it quickly it is all about price.

Please let me know if you would like to proceed. Gail and I would be delighted to be of assistance to you.

Best wishes,

Tom


Tom Bucker
Associate Broker
Sandbridge Realty
581 Sandbridge Road
Virginia Beach, VA 23456
757-679-8420

2

MOB000005

**Maureen McDonnell Uncapher**

**From:**      Robert McDonnell - New [rfmcandidate@bobmcdonnell.com]
**Sent:**      Wednesday, August 26, 2009 8:58 PM
**To:**        mcdonne████████.net
**Subject:**   Re: Sandbridge houses

Ok

**From:** Maureen McDonnell <mcdonnell███████.net>
**To:** Robert McDonnell - New; 'Michael Uncapher' <platinum████████com>; bobmcdonnell@verizon.net
<bobmcdonnell@verizon.net>
**Sent:** Wed Aug 26 19:57:32 2009
**Subject:** FW: Sandbridge houses

Dear Bob and Mo,
Per the attached notes, I will go ahead and have Gail lower the Sunseeker price to $1.499M and list ECP for $1.099M.
Please respond if you have an issue with this.

Thanks. Mo

**Maureen McDonnell Uncapher**
*Triangle Consultants*
*641 Ravenwoods Drive*
*Chesapeake, VA 23322*
*757-482-5124 Home Office*
*757-438-0673 Cell*

**From:** Maureen McDonnell [mailto:mcdonnell████████.net]
**Sent:** Wednesday, August 26, 2009 12:59 PM
**To:** 'Robert McDonnell - New'
**Subject:** RE: Sandbridge houses

My question was about dropping the price....love you

**Maureen McDonnell Uncapher**
*Triangle Consultants*
*641 Ravenwoods Drive*
*Chesapeake, VA 23322*
*757-482-5124 Home Office*
*757-438-0673 Cell*

**From:** Robert McDonnell - New [mailto:rfmcandidate@bobmcdonnell.com]
**Sent:** Wednesday, August 26, 2009 12:47 PM
**To:** mcdonne████████net
**Subject:** Re: Sandbridge houses

Let's replace. Thanks and love you

**From:** Maureen McDonnell <mcdonnell███████net>
**To:** Robert McDonnell - New

1



MOB000019

**Sent**: Wed Aug 26 11:37:13 2009
**Subject**: FW: Sandbridge houses

Bobby,
What are your thoughts on this?  I just got another call from Betsy for status.

BTW...the AC went out yesterday at Sunseeker.  A1 said it will be $4500 to replace.  I sent my guy out and he's ordering a part to repair instead of replace.  Should be a lot less $.

Thanks.  Love, Mo

**Maureen McDonnell Uncapher**
*Triangle Consultants*
*641 Ravenwoods Drive*
*Chesapeake, VA 23322*
*757-482-5124 Home Office*
*757-438-0673 Cell*

**From**: Maureen McDonnell [mailto:mcdonnell███████net]
**Sent**: Sunday, August 23, 2009 4:11 PM
**To**: 'Robert McDonnell - New'; 'Michael Uncapher'; 'bobmcdonnell@verizon.net'
**Subject**: Sandbridge houses

Bob/team,
Just spoke with Betsy about the sales market for relative to our homes. What she suggested is brutal.  She suggested we drop Sunseeker to $1.399k (from $1.589) if we really want to sell.  We discussed it and she said at least drop to $1.499 and see if we get more showings (we've had 2).   For ECP, she recommended listing at $900,000 which I indicated was not possible.  She is basing that on the lot next to it is currently listed at that amount.   She thinks listing at $1,099,000 would be the absolute upper end.

Please let me know your thoughts.   We'll either need to take a hit on the sale price or come up with $60k in a few months to make it through another off season.
Love to all.  Mo

**Maureen McDonnell Uncapher**
*Triangle Consultants*
*641 Ravenwoods Drive*
*Chesapeake, VA 23322*
*757-482-5124 Home Office*
*757-438-0673 Cell*

2

MOB000020

## Maureen McDonnell Uncapher

**From:** Robert McDonnell - New [rfmcandidate@bobmcdonnell.com]
**Sent:** Friday, December 04, 2009 3:20 PM
**To:** mcdonnell⬛⬛⬛net
**Subject:** Re: MoBo

Not yet. Working on a couple of ideas.

----- Original Message -----
From: Maureen McDonnell Uncapher <mcdonnell⬛⬛⬛.net>
To: 'Michael Uncapher' <platinum⬛⬛⬛com>; Robert McDonnell - New; 'Maureen McDonnell'
<bobmcdonnell@verizon.net>; 'McDonnell' <nu⬛⬛⬛net>
Sent: Fri Dec 04 14:15:57 2009
Subject: RE: MoBo

In other words, we are in trouble and need to act NOW.  We can look into a short sale but we
need to come with a buyer first.  I understand short sales will not hurt our credit, unlike
bankruptcy.  Sandbridge Realty has done several of these recently.  Maybe we can ask one of
our prospective partners if they want a really 'great deal' on the property.

Please let me know your thoughts.  From what Mike indicated last month, we need $ now to make
Dec payments.

Thanks.  Love, mo

Maureen McDonnell Uncapher
Triangle Consultants
641 Ravenwoods Drive
Chesapeake, VA 23322
757-482-5124 Home Office
757-438-0673 Cell

-----Original Message-----
From: Michael Uncapher [mailto:platinum⬛⬛⬛com]
Sent: Friday, December 04, 2009 12:56 PM
To: Bob & Maureen McDonnell; Maureen McDonnell; Mo Uncapher
Subject: MoBo

Any luck finding a magical partner?


Michael D. Uncapher
757.328.2465
Sent from my iPhone

1


GOVERNMENT
EXHIBIT
51
3:14cr12

MOB000024



NAME MoB, Real Estate Partners

ACCOUNT NO. ████ 8886

DATE 12/23/09

☐ CASH INCLUDING COINS ►   100.00
9900.00
SUB TOTAL ►  10000.00
☐ LESS CASH RECEIVED ►
$ 10000.00

MOBO REAL ESTATE PARTNERS, LLC
67 12/23/09 12:23 PM
231128886

**TOWNE BANK**
5716 High Street West
Portsmouth, VA 23703   Deposit/Payment
$10,000.00

⑆5021⑆0894⑆

Date 12-23-2009  Account ███ 28886  Amount 10000.00  Serial 0  Routing 50210894  Sequence 55990880  TranCode 36  ATMCapSeq
Batch   Cost Center   CapSeq   D3000Account   XR25F08

---

**TOWNEBANK**
**FIRST COLONIAL BR-301**

# CASH IN DEBIT
## TELLER NO.

CTIP-SK

### 004

Cash In $100.00              **T/C**

301    4    67 12/23/09 12:23 PM

⑆5236⑆0894⑆   0301 004⑈

Date 12-23-2009  Account ███ 1004  Amount 100.00  Serial 0  Routing 52360894  Sequence 55990890  TranCode 60  ATMCapSeq  Batch
Cost Center   CapSeq   D3000Account   XR25F08

---

PAUL DAVIS, M. D. 07/1977
BENITA DAVIS

9084
66-2/510
BRANCH 9A

12/19/09  Date

Pay to the Order of  MOBO Real Estate Partners LLC  $ 9900 00/100

Nine thousand nine hundred  Dollars

**SUNTRUST**  ACH RT 061000104

For

9084

Date 12-23-2009  Account ███ 6797  Amount 9900.00  Serial 9084  Routing 51000020  Sequence 55990900  TranCode 0  ATMCapSeq
Batch   Cost Center   CapSeq   D3000Account   XR25F08

GOVERNMENT
EXHIBIT
55
3:14cr12

1A155

GMP-0085638



Date 02-08-2010   Account _____ 8886   Amount 20000.00   Serial 0   Routing 50210894   Sequence 62085090   TranCode 36   ATMCapSeq
Batch     Cost Center     CapSeq     D3000Account     XR25F08



Date 02-08-2010   Account _____ 6797   Amount 20000.00   Serial 1061   Routing 51000020   Sequence 62085100   TranCode 0   ATMCapSeq
Batch     Cost Center     CapSeq     D3000Account     XR25F08

GOVERNMENT
EXHIBIT
59
3:14cr12

Principal: $50,000.00                                                                    March 15, 2010

## PROMISSORY NOTE

**FOR VALUE RECEIVED**, the undersigned makers promise to pay to Paul Davis, or order, the principal sum of Fifty Thousand Dollars ($50,000.00), plus interest at the rate of seven and one half percent (7.5%) per annum from March 15 2010 until paid. Repayment of this Note shall be amortized over a 5 year period, with monthly payments in each of the five years. The makers shall make monthly payments on this Note to Paul Davis at the address of 2301 Haversham Close, Virginia Beach, VA 23454, or order, of One Thousand One Dollar and 90/100 ($1,001.90) per month, beginning May 15, 2010, and continuing on the 15th day of each month thereafter, until paid. The Note shall be fully due and payable on April __, 2015.

If the makers fail to make any monthly payment, they shall be in default of the Note, and Paul Davis, or his order, shall have the right to accelerate the balance due and declare the Note immediately due and payable. The makers hereof also agree to pay all costs of collection, including reasonable attorney's fees, if incurred.

Each person liable hereon, whether as maker, endorser, surety, guarantor or otherwise, (i) waives presentment, demand, protest and notice of every kind respecting this note, and (ii) agrees that the holder hereof, at any time or times, without notice to or the consent of them or any of them, may grant extensions of time, without limit as to the number or the aggregate period of such extensions, for the payment of any principal or interest due hereon.

WITNESS the following signatures and seal:

_____
Robert F. McDonnell

_____
Maureen McDonnell Uncapher

_____
Michael Uncapher

1

GOVERNMENT
EXHIBIT
60
3:14cr12

1A394                                                                                   GMP-2544407



Date 03-15-2010 Account ███ 8886 Amount 20000.00 Serial 0 Routing 50210894 Sequence 50948490 TranCode 36 ATMCapSeq
Batch Cost Center CapSeq D3000Account XR25F08

Date 03-15-2010 Account███ 6797 Amount 20000.00 Serial 1144 Routing 51000020 Sequence 50948500 TranCode 0 ATMCapSeq
Batch Cost Center CapSeq D3000Account XR25F08

GOVERNMENT
EXHIBIT
61
3:14cr12

1A155

GMP-0085643

**From:** McDonnell, Bob (GOV)
[/O=VIRGINIA/OU=COVAG/CN=RECIPIENTS/CN=MCDONNELLBOB00001]
**Sent:** Thursday, January 06, 2011 12:11 AM
**To:** 'platinum████████com'
**Subject:** Re:

I will be sending an application to you and ask you to return asap so we can roll with approval. Thanks so much. He
offered the 5 percent IO on wintergreen. Ill ask him for a regular quote also.

---

**From**: Michael Uncapher <platinum█████████com>
**To**: McDonnell, Bob (GOV)
**Cc**: mcdonnell71@cox.net <mcdonnell█████net>
**Sent**: Wed Jan 05 23:55:02 2011
**Subject**: Re:

Thanks Bob, that's great!

We need to talk about BRH because that is a separate company and we have an additional
partner. Also, we were going to see what that looked like with a P & I loan vs interest only. I will
get the last tax appraisal.

Michael D. Uncapher
██████2465
Sent from my iPhone

On Jan 5, 2011, at 5:53 PM, "McDonnell, Bob (GOV)" <rfm@governor.virginia.gov> wrote:

> Ted and I had a good meeting. He has a plan to refinance all 5 loans as interest only at 5 percent which
> would save us about $3050 a month or $36500 a year. It will pay off the davis loan. This gets us half
> way to savings we need. With tax rates down a little and rental rates up a little and more effort by Betsy
> to rent offseason this will help. Wintergreen refi saves $667 a month. We skip march payment. Need
> to fill out apps asap and then they do appraisal and credit report. Mike do you know last tax appraisal of
> the properties??

GOVERNMENT
EXHIBIT
84
3:14cr12

**From:** governor@bobmcdonnell.com
**Sent:** Thursday, March 10, 2011 3:10 PM
**To:** Bob McDonnell
**Subject:** Fw: MoBo


Sent from my Verizon Wireless BlackBerry

-----Original Message-----
From: Michael Uncapher
Date: Thu, 10 Mar 2011 07:12:02
To: Bob McDonnell<Governor@bobmcdonnell.com>
Subject: Re: MoBo

Towne Bank
Virginia Beach, VA
Routing # 051408949
Account #        '8886


Michael D. Uncapher

Sent from my iPhone

On Mar 9, 2011, at 8:36 PM, governor@bobmcdonnell.com wrote:

> Please send wiring instructions. Thanks
> ------Original Message------
> From: Michael Uncapher
> To: Bob McDonnell
> Cc: Sist Maureen
> Subject: MoBo
> Sent: Mar 9, 2011 10:01 AM
>
> Here is the the breakdown for what is owed for February and March...
>
> NFCU
> Feb - 2487.36
> March - 2487.36
> Total - 4974.72 (already paid last week by Mo)
>
> TB 1
> Feb - 3121.03
> March - 3265.61
> Late fee - 163.28
> Total - 6549.92
>
> TB 2
> Feb - 579.47
> March - 531.98
> Total - 1111.45
>
> Bank@Lantec
> Feb - 5645.49 (including late fee)
> March - 5419.87
> Total - 11,065.36

GOVERNMENT
EXHIBIT
90
3:14cr12

>
> Total for February and March - $23,701.45
>
> Bob - 11,850.73
> Mo - 11,850.73 - 4974.72 already paid = 6876.01
>
>
> Regular payments for mortgages only are
>
> NFCU - 2487.36
> TB 1 - around 3100
> TB 2 - around 550
> Bank@Lantec - 5419.87
> Total - 11,557.23
>
> That will be the minimum need for each month moving forward.
>
> I sent an email to TB this morning letting them know I would be getting both loans up-to-date by this Friday.
>
> Let me know if you have any questions.
>
> Sent from my iPad
>
>
>
> Sent from my Verizon Wireless BlackBerry

RFM-005007

| | |
|---|---|
| **From:** | Maureen McDonnell Uncapher <mcdonnel ████ net> |
| **Sent:** | Thursday, March 24, 2011 10:38 PM |
| **To:** | McDonnell, Bob (GOV) <rfm@governor.virginia.gov>; maureen@bobmcdonnell.com; mm ████ .com |
| **Subject:** | RE: |

What an unfortunate waste of time.  Thanks for all you are doing, Bob. Mike--can you get on the phone with John Bishard tomorrow.   I can participate a few times during the day if desired.

Thanks.

-----Original Message-----
From: McDonnell, Bob (GOV) [mailto:rfm@governor.virginia.gov]
Sent: Thursday, March 24, 2011 4:26 PM
To: mcdonnell ████ .net; maureen@bobmcdonnell.com; mn ████ com
Subject: Fw:

Predictable result.  Will ask ted and bruce to give me a private proposal. I've got inquiries now in to BOA and wachovia for proposals. Let's set a deadline of next friday to decide and apply.  Will is helping with 2.75 percent on both loans for a year.  He will also look at unsecured third on sunseeker prob at 3 and 1/4 percent to replace nfcu. Tell bishard we need answer. Thx

----- Original Message -----
From: Ted Yoder [mailto:tyoder@monarchmtg.com]
Sent: Thursday, March 24, 2011 03:36 PM
To: McDonnell, Bob (GOV)
Subject: RE:

Bob, we are not going to be able to accommodate your loan request, due to ridiculously, insane government regulations! I recommend that you let Bruce and I work on a private solution for you. You are the best Governor in our great nation and I am sure that Bruce and I can find some supporters to help out. Let me know how you would like me to proceed.

-----Original Message-----
From: McDonnell, Bob (GOV) [mailto:rfm@governor.virginia.gov]
Sent: Monday, March 21, 2011 4:28 PM
To: Ted Yoder
Subject:

Please call on the loan application.  Need an answer soon. Left voicemail re same. Let's discuss options. Thanks

GOVERNMENT
EXHIBIT
91
3:14cr12

**CONFIDENTIAL**                                                                OGV-034420

| From: | Robinson, Gerard (GOV) <Gerard.Robinson@governor.virginia.gov> |
|---|---|
| Sent: | Tuesday, April 5, 2011 3:43 PM |
| To: | Kent, Martin (GOV) <Martin.Kent@governor.virginia.gov>; Martin, Tucker (GOV) <Tucker.Martin@governor.virginia.gov> |
| Cc: | Steinhoff, Kim (GOV) <Kim.Steinhoff@governor.virginia.gov> |
| Subject: | FW: LETTER OF SUPPORT REQUESTED |
| Attach: | VECF.Tobacco.Gov.Support Letter Draft.docx |

Any interest in having the governor write a letter of support to the Tobacco Commission to support an invited application for the VA early childhood foundation to support funding for our school readiness work in the Southwest and Southside regions of Virginia? The governor wrote a letter of support to the feds last year which helped VECF receive $1.3 million. This later resulted in the Danville Foundation awarding VECF $5 million to support its work. since we are trying to build our reach in southwest and southside, a grant from the TC will help.

I attached a "draft" letter for your review and comments.

Unfortunately, I need to get a yes or no asap. the letter is due april 7.

Thanks

GOVERNMENT
EXHIBIT
93
3:14cr12

CONFIDENTIAL

OGV-005437

April 7, 2011

Scott Hippert
President
Virginia Early Childhood Foundation
8001 Franklin Farms Drive #107
Richmond, VA  23229

Dear Scott,

This letter is to acknowledge my strong support for your request to the Virginia Tobacco Indemnification and Community Revitalization Commission regarding continued funding for the Southside/Southwest School Readiness Initiative.  As you know I serve as Vice-Chair of the National Governor's Association: Education, Early Childhood and Workforce Committee.  Our purpose is to focus on the entire birth to workforce pipeline.  There is no question that the seeds of future workforce productivity are planted in the critical early years of life.

The Virginia Early Childhood Foundation (VECF) has made tremendous progress over the past four years to establish an early childhood infrastructure across Virginia that is maximizing the potential of communities to implement this important aspect of the Commonwealth's workforce capacity.  I have been particularly impressed by the progress made over the past two years in Southside and Southwest Virginia.  Because of Tobacco Commission support, the VECF has been able to extend the Smart Beginnings initiative into every single county of the Tobacco Commission's jurisdiction.  These efforts have leveraged significant private investments and engaged some of the region's most influential leaders.  It is my belief that this initiative is a solid investment in the region's economic future, and the Tobacco Commission is to be commended for their vision in supporting this long term strategy for workforce and economic success.

Because I believe strongly in this work, three members of my Cabinet and several members of my staff are actively involved in the work of the Virginia Early Childhood Foundation.  School readiness and workforce productivity are key focus areas of my Administration, and I strongly encourage a continued partnership with the Virginia Tobacco Indemnification and Community Revitalization Commission to make certain that this work continues to grow in Southside and Southwest Virginia.

Sincerely,


Robert F. McDonnell
Governor


                                                                  OGV-005438



GOVERNMENT
EXHIBIT
183
3:14cr12

MPM-042203

Confidential Treatment Requested By Maureen McDonnell



MPM-042204



**MPM-042205**

Confidential Treatment Requested By Maureen McDonnell



MPM-042206

Confidential Treatment Requested By Maureen McDonnell



MPM-042207

Confidential Treatment Requested By Maureen McDonnell



MPM-042208

Confidential Treatment Requested By Maureen McDonnell



MPM-042209

Confidential Treatment Requested By Maureen McDonnell



MPM-042210

Confidential Treatment Requested By Maureen McDonnell



MPM-042211

Confidential Treatment Requested By Maureen McDonnell



MPM-042212

Confidential Treatment Requested By Maureen McDonnell



MPM-042213

Confidential Treatment Requested By Maureen McDonnell



MPM-042214

Confidential Treatment Requested By Maureen McDonnell



MPM-042215

Confidential Treatment Requested By Maureen McDonnell



MPM-042216

Confidential Treatment Requested By Maureen McDonnell



MPM-042217

Confidential Treatment Requested By Maureen McDonnell



MPM-042218

Confidential Treatment Requested By Maureen McDonnell



MPM-042219

Confidential Treatment Requested By Maureen McDonnell



MPM-042220

Confidential Treatment Requested By Maureen McDonnell



MPM-042221

Confidential Treatment Requested By Maureen McDonnell



MPM-042222

Confidential Treatment Requested By Maureen McDonnell



MPM-042223

**Togna, Molly B.**

| | |
|---|---|
| **From:** | Nolen, Christopher R. |
| **Sent:** | Wednesday, August 10, 2011 7:38 PM |
| **To:** | Bob Pokusa |
| **Cc:** | Kilgore, Jerry W. |
| **Subject:** | Memo - Proposed Timeline.doc |
| **Attachments:** | Memo - Proposed Timeline.doc |

Bob - here is a "topline" outline of some of the activities we see needing to occur in order to advance an application at the Tobacco Commission.  After you have reviewed, lets' set a call to discuss next steps.  Thanks

Chris

1



CONFIDENTIAL

MWRC0000068

# McGuireWoods

MEMORANDUM

TO:        Bob Pokusa

FROM:   Jerry Kilgore
            Chris Nolen

DATE:    August 10, 2011

RE:        Draft Timeline of Activities to Obtain Tobacco Indemnification and
            Community Revitalization Commission (TICRC) Grant Funds

Below is a general outline of the minimum activities we see over the coming months to advance a grant application at the TICRC.  Obviously, there are a variety of steps that are involved in performing each of the "mini-projects" listed here, but this is intended to give you a sense of the type of activities we believe should be accomplished.

A pivotal aspect of the proposed activities is to know the decision-making process at UVA to pursue grants of this nature.  Do grant applications in the name of UVA have to be approved by the Board of Visitors? May a Department Head approve the application? Depending on the answer to those questions, the timing and required steps to advance an application may change the activities listed here.

Additionally, we think it is worth exploring whether the McDonnell Administration would consider allocating some additional funds to UVA's state appropriations for use as matching funds to leverage TICRC funds.  We need to determine whether this is possible and if so, make the "ask" directly to the Governor.  The Governor's office is in the process of developing the Governor's two-year budget to be introduced in December.  Consequently, we need to place this issue on the Governor's radar in September after we have better developed exactly what the company will be asking of the TICRC and how a state appropriation might fit into that request.

The attached timeline is meant to be a starting point for discussion.  Please review and we can set a call to discuss any additions, deletions and revisions you may have.

**McGuireWoods LLP**

CONFIDENTIAL

August 10, 2011
Page 2

| | |
|---|---|
| **August** | ☐ Determine extent of interested researchers/partners<br><br>☐ Determine UVA internal approval process to pursue Tobacco Commission grant<br><br>☐ Initiate UVA approval process |
| **September** | ☐ Prepare advocacy materials for use in meetings with governmental officials (to include overview of proposed research)<br><br>☐ Complete TICRC pre-application for funds & submit to staff<br><br>☐ Schedule meeting with TICRC staff to discuss application and obtain feedback<br><br>☐ Initiate drafting of TICRC grant application<br><br>☐ Schedule meeting with Governor McDonnell and Governor's policy staff (J. Williams & J. Kilgore required) to request Governor to include state appropriation to UVA for specific research (which could be eligible for match)<br><br>☐ Determine whether professional economic impact analysis is merited and if so, retain economist<br><br>☐ Develop list of supporters for use in application process (Southside based businesses, Virginia based medical associations, etc.) |
| **October** | ☐ Schedule meeting with Chairman of TICRC<br><br>☐ Schedule meetings with Chair of TICRC's R&D Subcommittee<br><br>☐ Schedule meetings with legislative and citizen members of TICRC's R&D Subcommittee<br><br>☐ Continue drafting of TICRC grant application |
| **November** | ☐ Continue meetings with any remaining TICRC sub-committee members not previously conducted<br><br>☐ Finalize TICRC grant application |
| **December** | ☐ File grant request application |

McGuireWoods LLP

**From:** Kent, Martin (GOV)
**Sent:** Tuesday, August 16, 2011 10:51 AM
**To:** Eige, Jasen (GOV)
**Subject:** RE: COIA- "personal friend"

We still need to discuss.

Thanks,

Martin

**From:** Eige, Jasen (GOV)
**Sent:** Tuesday, August 16, 2011 10:24 AM
**To:** Kent, Martin (GOV)
**Subject:** Re: COIA- "personal friend"

Good, I think we have a plan, but we'll have to deal w/ past issues.

**From**: Kent, Martin (GOV)
**Sent**: Tuesday, August 16, 2011 10:18 AM
**To**: Eige, Jasen (GOV)
**Subject**: RE: COIA- "personal friend"

I talked to the Governor about it yesterday.  Prompted this follow-up.

Thanks,

Martin

1

GOVERNMENT
EXHIBIT
206
3:14cr12

**From:** Eige, Jasen (GOV)
**Sent:** Tuesday, August 16, 2011 9:56 AM
**To:** Kent, Martin (GOV)
**Subject:** Re: COIA- "personal friend"


This is the standard we have been using, no bright line, but you and I need to discuss the matter we talked to JK about. Thx

---

**From**: Kent, Martin (GOV)
**Sent**: Tuesday, August 16, 2011 09:14 AM
**To**: Palmore, Jeff (GOV)
**Cc**: Eige, Jasen (GOV)
**Subject**: RE: COIA- "personal friend"


Thanks Jeff.  I would like to get a memo from you all within the next week on this issue as well as how the test of "immediate family" in the Conflicts Act works.  Would also be helpful to flesh out a little more regarding past practice by Governors and other statewide officials on the reporting of gifts received by family members.  I know you mentioned you were familiar with the practice of Governor Warner to not report such gifts unless he personally benefitted from it.


Just want to make sure the Governor has the best advice regarding the legal requirements to report such things.


Martin

1A339

GMP-2449247

| From: | Martin, Tucker (GOV) </O=VIRGINIA/OU=COVAG/CN=RECIPIENTS/CN=MARTINTUCKER00001> |
|---|---|
| Sent: | Monday, August 29, 2011 6:00 PM |
| To: | Sutherland, MaryShea (GOV) <MaryShea.Sutherland@governor.virginia.gov>; Eige, Jasen (GOV) <Jasen.Eige@governor.virginia.gov>; Kent, Martin (GOV) <Martin.Kent@governor.virginia.gov>; Conrad, Matt (GOV) <Matt.Conrad@governor.virginia.gov> |
| Subject: | FW: Star Scientific, Inc. |
| Attach: | Final Draft Release Anatabloc Launch.pdf |

Mary Shea- Jasen and Martin and Matt should go through this thoroughly. Are we sure we can do something like this?

**From:** Sutherland, MaryShea (GOV)
**Sent:** Monday, August 29, 2011 5:44 PM
**To:** Martin, Tucker (GOV)
**Subject:** FW: Star Scientific, Inc.

Can you read this – call me with questions
MaryShea
█████6837

**From:** Sara Machir [mailto:smachir@starscientific.com]
**Sent:** Monday, August 29, 2011 5:45 PM
**To:** Sutherland, MaryShea (GOV)
**Subject:** RE: Star Scientific, Inc.

Maryshea,

I have revised the paragraph in question and have moved it further down in the release. Hope this works better.

My intent is to have the release go live at noon tomorrow. However, in the way that timing is everything, I am leaving for Spain tomorrow afternoon...I would like very much to set up for automatic distribution by 9:00 AM tomorrow.... If you or the communications director can just let me know at your earliest convenience if we have sign off on the release, I would be grateful.

Many thanks –

Best,

Sara Machir

Sara Troy Machir
Vice President, Communications & Investor Relations
Star Scientific, Inc.
(301) 654-8300

**From:** Sutherland, MaryShea (GOV) [mailto:MaryShea.Sutherland@governor.virginia.gov]
**Sent:** Monday, August 29, 2011 4:51 PM
**To:** Sara Machir
**Cc:** David Dean
**Subject:** RE: Star Scientific, Inc.

I just sent David a message – NO WAY this can go as written
You can call me at █████0424 and I'll talk you through the issues

GOVERNMENT
EXHIBIT
223
3:14cr12

**CONFIDENTIAL**                                                                 **OGV-005544**

**From:** Sara Machir [mailto:smachir@starscientific.com]
**Sent:** Monday, August 29, 2011 4:49 PM
**To:** Sutherland, MaryShea (GOV)
**Cc:** David Dean
**Subject:** Star Scientific, Inc.

Maryshea,

I have attached a final draft press release that we will distribute tomorrow at noon. However, I wanted to give you a chance to review this so that you are comfortable with the language. I look forward to any thoughts, and I also can be reached via my cell phone: ██████-7880

Best regards,

Sara Machir

Sara Troy Machir
Vice President, Communications & Investor Relations
Star Scientific, Inc.
(301) 654-8300


IMPORTANT/CONFIDENTIAL: This message contains information which may be privileged, confidential, or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, retention, archiving, or copying the communication is strictly prohibited. If you have received this communication in error, please notify us immediately by return e-mail and delete the document.

IMPORTANT/CONFIDENTIAL: This message contains information which may be privileged, confidential, or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, retention, archiving, or copying the communication is strictly prohibited. If you have received this communication in error, please notify us immediately by return e-mail and delete the document.

**Star Scientific Launches Anatabloc™ Dietary Supplement**

August 31, 2011 – Glen Allen, Virginia – Star Scientific, Inc. (NASDAQ: CIGX) has announced that the company is pleased to initiate the launch today of Anatabloc™, a dietary supplement that is designed to support the immune system in maintaining healthy levels of inflammation.  Anatabloc™, developed by the company's Rock Creek Pharmaceuticals subsidiary, is being launched via a dedicated website (www.anatabloc.com) where the product can be purchased.    The product also can be purchased through  a toll-free customer center (1-800-xxx-xxxx).

Anatabloc™ contains the dietary ingredient anatabine citrate. Anatabine is an alkaloid that is found in a variety of plants in the Solinaceae family including the tobacco plant as well as in eggplant, green peppers and green tomatoes.  Anatabine citrate, combined with Vitamins A and D3, is believed to assist the body in maintaining anti-inflammatory support. Excess inflammation is linked with a variety of auto-immune conditions that include thyroid dysfunction and arthritis.   A provisional patent application has been filed with the US Patent & Trademark Office for the Anatabloc product.

As the company noted in an earlier release, a human trial examining the role of  Anatabloc in subjects who are at risk for excessive inflammation is currently being conducted (the Flint study). Another human trial, conducted by Rock Creek, will begin in late September, and the company expects that a third trial, to be overseen by researchers at the University of Pisa, will begin during the fourth quarter.

The Governor of the Commonwealth of Virginia, Robert McDonnell, and First Lady Maureen McDonnell, are joining with a group of physicians and healthcare providers in the Richmond area today to learn more about the state of the research.  The lead researchers who have overseen Anatabloc pre-clinical testing will discuss the results of testing with this group at a private luncheon. They will be joined by researchers from the University of Virginia Medical School and the VCU Medical Center who also are interested in studying further potentials for Anatabloc.  Rock Creek has solicited research proposals from these institutions, and expects to issue planning grants for the preparation of full research proposals.   The company anticipates that several of the planning grants will be announced during today's luncheon. Jonnie R. Williams, Star Scientific CEO, expressed his appreciation for Governor and First Lady McDonnell's interest in the company's work: "All of us at Star and Rock Creek are very grateful to the Governor and Mrs. McDonnell for their interest in our research and product development.  The tobacco plant led the way in growing the economy of the Commonwealth of Virginia 400 years ago.  As a Virginia-based company, we now want to lead the way in understanding how the tobacco plant can yield important benefits to human health."

Anatabloc™ is the second dietary supplement to be developed by Rock Creek.  The company's first product, CigRx®, was introduced in early August 2010.    CigRx® contains the dietary ingredients anatabine citrate and an extract of yerba mate, and provides smokers with a non-nicotine, non-tobacco alternative when they have the urge to light a cigarette. In addition to a dedicated website (www.cigrx.com) and purchase portal via Amazon.com, the CigRx® retail presence has expanded significantly in the past two months.  It now is available at all Richmond-Tri City CVS/Pharmacy stores as well as in roughly 500 stores in independent retail  and convenience stores in New England.

Curtis Wright, MD, MPH, Senior VP and Scientific Director with Rock Creek, commented, "It is exciting and professionally satisfying to see the research of the past few years resulting not only in new discoveries and intellectual property, but to now be manifest in new products of real benefit to smokers and non-smokers alike."

CONFIDENTIAL

Certain statements in this press release other than purely historical information, including estimates, projections, statements relating to our business plans, objectives, and expected operating results, and the assumptions upon which those statements are based, are "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995, Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. We have tried, whenever possible, to identify these forward-looking statements using words such as "anticipates," "believes," "estimates," "continues," "likely," "may," "opportunity," "potential," "projects," "will," "expects," "plans," "intends" and similar expressions to identify forward-looking statements, whether in the negative or the affirmative. These statements reflect our current beliefs and are based on information currently available to us. Accordingly, such forward-looking statements involve known and unknown risks, uncertainties and other factors which could cause our actual results, performance or achievements to differ materially from those expressed in, or implied by, such statements. These risks, uncertainties, factors and contingencies include, without limitation, the challenges inherent in new product development initiatives through Star Tobacco and Rock Creek, the uncertainties inherent in the progress of scientific research, our ability to raise additional capital in the future that is necessary to maintain our business, potential disputes concerning our intellectual property, risks associated with litigation regarding such intellectual property, uncertainties associated with the development, testing and regulatory approvals of our low-TSNA tobacco,  related tobacco products and pharmaceutical and nutraceutical products , market acceptance of our new smokeless tobacco products and nutraceutical  and pharmaceutical products, competition from companies with greater resources than us,  our dependence on key employees and on our prior strategic relationships with Brown & Williamson Tobacco Corporation in light of its combination with R.J. Reynolds Tobacco Company, Inc.

Although the Company believes the expectations reflected in such forward-looking statements are based on reasonable assumptions, it can give no assurance that the expectations will be attained or that any deviation will not be material. See additional discussion under "Risk Factors" in the Company's Annual Report on Form 10-K as filed with the SEC on March 16, 2011, and other factors detailed from time to time in the Company's other filings with the SEC, available at www.sec.gov. All information in this release is current as of this date, and the Company undertakes no obligation to update or advise upon any such forward-looking statements to reflect events or circumstances after the date of this press release or to reflect the occurrence of unanticipated events.

### About Star Scientific

Star Scientific is a technology-oriented company with a mission to reduce the harm associated with tobacco at every level. It is engaged in the development of dissolvable smokeless tobacco products that deliver fewer carcinogenic toxins, principally   through the utilization of the innovative StarCured® tobacco curing technology.    Its subsidiary, **Rock Creek Pharmaceuticals, Inc.**, is involved in the development of nutraceuticals as well as products to address neurological and mood disorders. Rock Creek Pharmaceuticals has scientific and research offices in Gloucester, MA, and a regulatory office in Washington, D.C.  Star Scientific has a Corporate and Sales Office in Glen Allen, VA, an Executive, Scientific & Regulatory Affairs office in Bethesda, MD, and a manufacturing facility in Chase City, VA.

See Star's website at: http://www.starscientific.com

**Contact:**

**Sara Troy Machir**

**Vice President, Communications & Investor Relations**

**smachir@starscientific.com**

**(301) 654-8300**

**CONFIDENTIAL**

**OGV-005548**

**From:**            Sutherland, MaryShea (GOV)
**Sent:**            Monday, August 29, 2011 6:21 PM
**To:**            Kent, Martin (GOV)
**Subject:**          Re: Star Scientific, Inc.

I didn't know about release until an hour ago. Call me when u can.

**From**: Kent, Martin (GOV)
**Sent**: Monday, August 29, 2011 06:11 PM
**To**: Martin, Tucker (GOV); Sutherland, MaryShea (GOV); Eige, Jasen (GOV); Conrad, Matt (GOV)
**Subject**: RE: Star Scientific, Inc.

Mary Shea:

When is this planned?  We need to discuss first.  Is the Governor aware of his inclusion in this release?

Thanks,

Martin

**From:** Martin, Tucker (GOV)
**Sent:** Monday, August 29, 2011 6:00 PM
**To:** Sutherland, MaryShea (GOV); Eige, Jasen (GOV); Kent, Martin (GOV); Conrad, Matt (GOV)
**Subject:** FW: Star Scientific, Inc.

Mary Shea- Jasen and Martin and Matt should go through this thoroughly. Are we sure we can do something like this?

**From:** Sutherland, MaryShea (GOV)
**Sent:** Monday, August 29, 2011 5:44 PM
**To:** Martin, Tucker (GOV)
**Subject:** FW: Star Scientific, Inc.

Can you read this – call me with questions
MaryShea
█████6837

**From:** Sara Machir [mailto:smachir@starscientific.com]
**Sent:** Monday, August 29, 2011 5:45 PM
**To:** Sutherland, MaryShea (GOV)
**Subject:** RE: Star Scientific, Inc.

Maryshea,

I have revised the paragraph in question and have moved it further down in the release. Hope this works better.

My intent is to have the release go live at noon tomorrow. However, in the way that timing is everything, I am leaving for Spain tomorrow afternoon…I would like very much to set up for automatic distribution by 9:00 AM tomorrow.… If you or the communications director can just let me know at your earliest convenience if  we have sign off on the release, I would be grateful.

1



GOVERNMENT
EXHIBIT
226
3:14cr12

GMP-0757811-001

Many thanks –

Best,

Sara Machir

Sara Troy Machir
Vice President, Communications & Investor Relations
Star Scientific, Inc.
(301) 654-8300

---

**From:** Sutherland, MaryShea (GOV) [mailto:MaryShea.Sutherland@governor.virginia.gov]
**Sent:** Monday, August 29, 2011 4:51 PM
**To:** Sara Machir
**Cc:** David Dean
**Subject:** RE: Star Scientific, Inc.

I just sent David a message – NO WAY this can go as written
You can call me at ███-0424 and I'll talk you through the issues

---

**From:** Sara Machir [mailto:smachir@starscientific.com]
**Sent:** Monday, August 29, 2011 4:49 PM
**To:** Sutherland, MaryShea (GOV)
**Cc:** David Dean
**Subject:** Star Scientific, Inc.

Maryshea,

I have attached a final draft press release that we will distribute tomorrow at noon. However, I wanted to give you a chance to review this so that you are comfortable with the language. I look forward to any thoughts, and I also can be reached via my cell phone: 301-580-7880

Best regards,

Sara Machir

Sara Troy Machir
Vice President, Communications & Investor Relations
Star Scientific, Inc.
(301) 654-8300

IMPORTANT/CONFIDENTIAL: This message contains information which may be privileged, confidential, or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, retention, archiving, or copying the communication is strictly prohibited. If you have received this communication in error, please notify us immediately by return e-mail and delete the document.

IMPORTANT/CONFIDENTIAL: This message contains information which may be privileged, confidential, or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, retention, archiving, or copying the communication is strictly prohibited. If you have received this communication in error, please notify us immediately by return e-mail and delete the document.

GMP-0757811-002

Confidential Working Papers - Office of Governor Robert F. McDonnell

| August 30, 2011 |
| Tuesday |

| **All Day** | **Attire: Business**<br>EPU – AM: Abby Morris / Ron Ravensbergen<br>EPU – PM: Todd Claiborne / A.J. Walden |
| **8:20 AM - 8:30 AM** | **Depart for the Helo Pad**<br>Manifest: Governor McDonnell, Adam Zubowsky, Taylor Thornley |
| **8:20 AM - 8:30 AM** | **LIVE Interview with WRVA - Jimmy Barrett -- Phone**<br>What: Interview re: Hurricane Irene<br>When: 8:20 am / Length: 10 minutes<br>Note: Taylor will connect you to this call. |
| **8:30 AM - 9:30 AM** | **Helo from Richmond to NOVA -- I Lot (MCV) LZ, Richmond, VA / Area 45 State Police Office, 1426-A Columbia Pike, Arlington, VA**<br>Manifest: Governor McDonnell, Adam Zubowsky, Taylor Thornley |
| **9:30 AM - 10:00 AM** | **Conference Call Prep for WTOP -- Phone**<br>Dial-in Number: (866) 842-5779<br>Conference code: 3895494063<br>Leader PIN: 7969 (Tucker Martin)<br><br>Participants: Tucker Martin, Phil Cox, Martin Kent, Jasen Eige, Jeff Caldwell, Taylor Thornley |
| **9:30 AM - 10:00 AM** | **Depart for WTOP Studio**<br>Manifest: Governor McDonnell, Adam Zubowsky, Taylor Thornley<br>*6.3 miles; 17 minute drive without traffic |
| **10:00 AM - 11:00 AM** | **WTOP "Ask the Governor"  -- WTOP Studio, 3400 Idaho Ave, NW, Washington, DC**<br>POC: Mark Seagraves @                                        Mitch Miller<br><br>(office)<br>Note: Governor O'Malley is scheduled to call into the show re: Hurricane Irene. |
| **11:00 AM - 11:30 AM** | **Depart for the Helo Pad**<br>Manifest: Governor McDonnell, Adam Zubowsky, Taylor Thornley<br>*6.8 miles; 18 minute drive without traffic |
| **11:00 AM - 11:30 AM** | **Legislator Call Time -- PHB: Governor's Office**<br>Note: Generra Peck will call Adam's cell phone to connect you to these calls. Generra will arrange the necessary follow up and will not participate in the calls.<br>[Rescheduled from 8/24] |

GOVERNMENT
EXHIBIT
230
3:14cr12

8/29/2011 6:09 PM

1A160                                                                                    GMP-0163460

Confidential Working Papers - Office of Governor Robert F. McDonnell

| August 30, 2011 Continued Tuesday |
| --- |

**11:30 AM - 12:30 PM**      **Helo from NOVA to Richmond -- Area 45 State Police Office, 1426-A Columbia Pike, Arlington, VA / I Lot (MCV) LZ, Richmond, VA**
Manifest: Governor McDonnell, Adam Zubowsky, Taylor Thornley

**12:30 PM - 12:35 PM**      **Depart for the Executive Mansion**

**12:35 PM - 1:30 PM**      **Lunch with Virginia Researchers -- Executive Mansion**
POC: Sarah Scarbrough @ ▓▓▓▓▓▓▓▓▓
sarah.scarbrough@governor.virginia.gov
Note: The lunch starts at 11:30AM; you will join at 12:35PM for the last hour.

   

8-30-11 - VA        8-30-11 - VA
Researchers.doc   Researchers lunch...

**1:30 PM - 2:30 PM**      **Scheduled Call with Stephanie Smith and Jack Rust -- Executive Mansion**
Participants: Governor McDonnell, Stephanie Smith, Jack Rust
Topic: Per your request re: your Father's estate.

Dial-In Number: (866) 842-5779
Conference Code: 3527964058
Leader Pin: 8095 (RFM)

   

RE: Call with        RE: Call with
Governor McDonne...Governor McDonne...

**2:30 PM - 2:35 PM**      **Depart for PHB**

**3:00 PM - 3:20 PM**      **Meet with DGS Procurement Department Officials -- PHB: Cabinet Conference Room**
Participants: Governor McDonnell, Secretary Lisa Hicks-Thomas, Logan Pugh, Division of Purchasing and Supply (100 Staff Members)
Topic: Department of General Services Procurement Department won the Excellence in Procurement Award

   

RE: Meeting with    RFM Office Meeting
DGS Procureme...    Form 2011.d...

**3:25 PM - 3:45 PM**      **Daily Meeting with Pam -- PHB: Governor's Office**

1A160                                                                    GMP-0163461

Confidential Working Papers - Office of Governor Robert F. McDonnell

**August 30, 2011 Continued**
Tuesday

| | |
|---|---|
| 3:45 PM - 4:00 PM | **Interview with Bearing Drift - Jim Hoeft -- Phone** |

What: Interview re: thoughts on the national race, his role as the new chairman of the RGA, other national committee positions, the importance of a GOP State Senate (that's actually the focus of the issue - Obenshain is the cover and writing the feature) to Virginia and nationally, and, of course, his "interest" in being Vice President. What does that mean? What would he like to accomplish? Is Virginia ready for such a national campaign?
When: 3:45 p.m. / Length: 15 minutes
Note: Tucker will connect you to this call.



RE: Next Bearing
Drift Issue

**4:15 PM - 4:45 PM**   **Interview with Roanoke Times - Mike Sluss -- PHB: Governor's Office**
What: Interview re: The 2011 mid-terms. Governor's role, big races, important issues, the landscape of the mid-terms and what it could all mean for his Administration.
When: 4:15pm / Length: 30 minutes



RE: Interview
request

**4:50 PM - 5:20 PM**   **Scheduled Conference Call -- Phone**
Participants: Martin Kent, Phil Cox, Jasen Eige, Tucker Martin, Ed Gillespie, Glen Bolger
Topic: VA polling analysis
Note:  Adam will connect the conference call, once all participants are on the line it will be connected to your office/desk line.

**5:25 PM - 5:55 PM**   **Meet with Martin Kent -- PHB: Governor's Office**
Participants: Governor McDonnell, Martin Kent
Topic: Any hot/pending items, touch base

**5:55 PM - 6:00 PM**   **Depart for Executive Mansion**

**6:00 PM - 7:00 PM**   **Legal Food Frenzy Awards Reception -- Executive Mansion**
POC: Sarah Scarbrough @
sarah.scarbrough@governor.virginia.gov

      

RE: Federation of   Legal Food Frenzy   8-30-11 - Food   8-30-11 - Food   Legal Food Frenzy
Virginia Foo...   Winners.pdf   Frenzy short.do...   Frenzy Award Wi...   Awards Augus...



8-30-11 - Food
Frenzy.xls

McDonnell, Bob (GOV)

Confidential Working Papers - Office of Governor Robert F. McDonnell

**August 30, 2011 Continued**
Tuesday

**11:55 PM - 11:55 PM**          **Jobs Created Report -- As of Friday, August 26th**

- Since beginning of Administration, Virginia has added 45,600 net new jobs. This is the 14th highest number of new jobs.
- By contrast in 2009 Virginia ranked 35th nationally in net jobs created (-94,600).
- Additionally, from February 2006 to January 2010, Virginia also ranked 35th nationally in net jobs created (-100,500).
- Since the beginning of the Administration, the number of private sector jobs has increased by 46,400.  This is 800 more than the total of net new jobs.
- Since the beginning of the Administration, the total number of government jobs has decreased by 800.
- VA's 6.1% Unemployment Rate is tied for 9th lowest in the nation (with HI) and is 3rd lowest east of Mississippi River (behind NH and VT).
- Since beginning of Administration, the number of unemployed Virginians has decreased by a total of 15.8% (-48,018).

1A160                                                                                      GMP-0163463

## McDonnell, Bob (GOV)

**Subject:**         Lunch with Virginia Researchers
**Location:**        Executive Mansion

**Start:**           Tue 8/30/2011 12:35 PM
**End:**             Tue 8/30/2011 1:30 PM

**Recurrence:**      (none)

**Organizer:**       McDonnell, FLOVA (GOV)

**Categories:**      Purple Category, Mansion Event

*POC: Sarah Scarbrough @ (804) 786-4685 / sarah.scarbrough@governor.virginia.gov*
*Note: The lunch starts at 11:30AM; you will join at 12:35PM for the last hour.*

8-30-11 - VA        8-30-11 - VA
Researchers.doc  Researchers lunch...

1

MPM-042132

GOVERNMENT
EXHIBIT
231
3:14cr12

Executive Mansion                                    Prepared on August 29, 2011
Confidential Working Papers

<u>**Executive Mansion**</u>
<u>**Event Briefing Information**</u>

**Event:**  Lunch with researchers and doctors

**Day/Date:** Tuesday, August 30, 2011                    **Stars (for Chef):** 3 ½

**Event Time:**  11:30 – 1:30 p.m. (RFM – 12:30 – 1:30 p.m.)

**Attire:**  Business Attire

**Location:**  Executive Mansion

**Owner/Contact:**  Sarah Scarbrough – Mary Shea – Tutti - Todd

**Caterer/Food:** Chef Todd

**Estimated Cost:**  $1,500

**Participants:** Researchers and doctors - to discuss the latest information on the anatabean (a bi-
product of the tobacco plant) and two studies that UVA and VCU
Medical will conduct.

**# People Attending:** 26 – Mary Shea to confirm and provide attendee list

**Press:**  no

**RFM Introduced by:** N/A

**RFM/MM Role/**
**Speaking points**  n/a – MM hosting event

**Photographer attending:**  none

| Guest List | | | |
|---|---|---|---|
| **ATTENDING** | | | |
| Baggesen | Randy | Executive Health Group | |
| Beach | William | Tuckahoe Orthopaedic | Doctor |
| Bolyard | Glenn | CVS | Pharmacy Supervisor |
| Carl | Neal | Family Medicine | Doctor |
| Cantrell | Carrie | Gov Office | |
| Clore | John | VCU Medical | Doctor |
| Crawford | Fiona | Roskamp | Doctor |
| Dean | David | Star Scientific | VP Marketing |

Prepared by Sarah Scarbrough
MPM-042133

Executive Mansion
Confidential Working Papers

Prepared on August 29, 2011

| | | | |
|---|---|---|---|
| Eige | Jasen | Office of the Governor →✗ | Chief Counsel |
| Hickman | Clifton | Virginia Ear Nose and Throat | Doctor |
| Ladenson | Paul | Johns Hopkins | Doctor |
| Laso | John | UVA ✗ | Doctor |
| McDonnell | Maureen | | First Lady |
| McDonnell | Bob | | Governor |
| Miller | Edgar | Johns Hopkins | Doctor |
| Mullan | Michael | Roskamp | Doctor |
| Perito | Paul | Star Scientific | President |
| Pokusa | Robert | Star Scientific | General Counsel |
| Rangarajan | Satya | HDL | CFO |
| Rice | Baylor | Medical Society of Virginia | |
| Roskamp | Diane | *Roskamp* | |
| Roskamp | Bob | *Roskamp* | |
| Scott | John | Family Medicine | Doctor |
| Sutherland | MaryShea | *1st Lady Office* | |
| Villalona | Juan | Pediatric and Gastro of Richmond | Doctor |
| Vranian | Craig | Virginia Cardiovascular Specialists | Doctor |
| Williams | Jonnie | Star Scientific | CEO |
| Williams | Jonnie Jr. | Star Scientific | Special Projects Manager |
| Wright | Curtis | Rock Creek Pharmaceuticals | Director |
| | | | |
| **NOT ATTENDING** | | | |
| Turner | Ron | UVA | Doctor |
| Brand | William | Gastrointestinal Specialists, Inc. | Doctor |
| Burris | Allen | Virginia Diabetes PC | Doctor |
| Condro | Peter | Richmond Nephrology | Doctor |
| Coutiakis | Peter | Arthritis Specialists Ltd. | Doctor |
| Kuno | Ritsu | Pulmonary Assoc. of Richmond | Doctor |
| | | | |
| **NO RESPONSE** | | | |
| Caturegli | Mario | Johns Hopkins | Doctor |
| Levy | Rich | | |

Prepared by Sarah Scarbrough

MPM-042134

**Krueger, Sharon (sak8e)**

| | |
|---|---|
| **From:** | Blank, Jeffrey (jdb9b) |
| **Sent:** | Tuesday, November 08, 2011 11:21 AM |
| **To:** | Krueger, Sharon (sak8e) |
| **Subject:** | FW: Star Scientific and State Tobacco Commission Collaboration? |

-----Original Message-----
From: Blank, Jeffrey (jdb9b)
Sent: Friday, October 21, 2011 4:30 PM
To: Crowell, Wriston (wc8u); Parrish, Phillip (pap4n); Hudson, David (djh2t)
Cc: Skalak, Thomas (tcs4z)
Subject: RE: Star Scientific and State Tobacco Commission Collaboration?

Mark,

Thanks for the feedback. I solicited additional information from Peggy this afternoon. I have now learned the UVA School of Medicine, Johns Hopkins, and VCU ALREADY have received multiple "planning" grants from Rock Creek Pharmaceuticals (subsidiary of STAR SCIENTIFIC) in the amount of $25,000 each. At UVA they went to Gene Barrett, Ron Turner and Brian Annex (and perhaps one other) to support planning work in advance of what was to be a larger award expected from the VA Tobacco Commission that Rock Creek indicated to the schools THEY would secure. The UVA project titles are listed below and Peggy will send me the RFP.

Peggy mentioned these "planning" awards were announced by the Governor of Virginia at a public event. In addition, the Governor's wife has publicly disclosed she is a happy user of the company's products (and perhaps the Governor as well). Peggy's concern now is that Rock Creek has switched strategy and is asking UVA to act as lead to solicit the Virginia Tobacco Commission for funds. Her question to VPR is are we OK with this UVA/VCU/JHU partnership submitting to the Tobacco Commission as a research priority with UVA as the lead? Do I need to circle Rick into this discussion now that we know the science involved?

Thanks for any guidance. Jeff

_____

BARRETT: Use of Anatabine Supplementation to Prevent/Reverse Low-Grade Inflammation and Insulin Resistance
TURNER: Effect of Anatabine on rhinovirus-induced airway inflammation
ANNEX: Planning Grant for Phase II or Phase III Clinical Trial of Anatabine in Patients with PAD



GOVERNMENT
EXHIBIT
259
3:14cr12

1A262                                                           GMP-1733191

-----Original Message-----
From: Crowell, Wriston (wc8u)
Sent: Thursday, October 20, 2011 12:08 PM
To: Blank, Jeffrey (jdb9b); Parrish, Phillip (pap4n); Hudson, David (djh2t)
Cc: Skalak, Thomas (tcs4z)
Subject: RE: Star Scientific and State Tobacco Commission Collaboration?

Folks,
Happy to participate in a discussion of this.

I'm unable to understand the conflict issue other than noting that it appears that the AG and the Governor are somehow involved.  I am trying to do some research on this but so far haven't learned much.

The issue of doing research on a tobacco-related product is obviously also sensitive.  I assume this is something that we'd throw into the court of the medical school dean's office and research admin folks - but if there is a sense that the VPR wants to take an issue on this, we could/should discuss this also.

Re/ the issue of whether we'd want to align with this company at all, and whether we'd support an approach to the Tobacco Commission for funding, is something that will also require careful analysis and discussion.  I haven't had time to review too much about this company, but there appears to be some controversy around its history, its stock price trends, its CEO and his business dealings, etc.  It seems clear to me that we should carefully vet the company, its management and securities practices, its management, etc., before partner at all, and especially before we partner on a funding proposal to the Tobacco Commission.

I'm not sure what a next step would be, but I'm thinking we should discuss - perhaps just before of just after our next Leadership Team meeting at Boars Head (assuming that happens soon enough?).

Thoughts?

Mark


-----Original Message-----
From: Blank, Jeffrey (jdb9b)
Sent: Wednesday, October 19, 2011 8:36 AM
To: Parrish, Phillip (pap4n); Crowell, Wriston (wc8u); Hudson, David (djh2t)
Subject: FW: Star Scientific and State Tobacco Commission Collaboration?

Group,

2

This company may be contacting VPR to discuss opportunities to collaboratively apply for Tobacco funding. As Tom requests below, please let me know your thoughts on moving forward and how to do so best? Thanks. Jeff

Star Scientific  (http://www.starscientific.com)


-----Original Message-----
From: Skalak, Thomas (tcs4z)
Sent: Tuesday, October 18, 2011 4:37 PM
To: Blank, Jeffrey (jdb9b)
Cc: Wagner, Cheryl (cdr9c)
Subject: RE: Star Scientific and State Tobacco Commission Collaboration?

Please get Mark Crowell involved in this program discussion for VPR. Perhaps Dave H also if there is any COI issue.



Thanks.



Tom



************************

Thomas C. Skalak

Vice President for Research

University of Virginia


Professor of Biomedical Engineering

434-243-1101 (Direct)

434-243-1100 (Cheryl Wagner)

tskalak@virginia.edu


From: Blank, Jeffrey (jdb9b)
Sent: Tuesday, October 18, 2011 9:44 AM
To: Skalak, Thomas (tcs4z)

1A262

GMP-1733193

Cc: Wagner, Cheryl (cdr9c)
Subject: FW: Star Scientific and State Tobacco Commission Collaboration?


Tom,


Peggy Shupnik was contacted this summer by Star Scientific (http://www.starscientific.com) regarding the potential to collaborate on clinical trials with UVA, VCU and Johns Hopkins regarding tobacco/health impacts.  Since there are links to this company with the state Attorney General and Governor, Peggy wanted to make sure state governmental relations was informed.  In coordination with the SGR office we received the below feedback and the OK for Peggy to listen.


While at first the discussions were merely exploratory, now Star Scientific is encouraging the Universities to investigate accessing Virginia Tobacco funds to support clinical trial research. Understanding our research role with the Tobacco Commission, Peggy circled back to VPR to make sure how this would fit in institutionally with UVA priorities with the Commission.


Peggy indicates the nutraceutical science is potentially interesting and likely could align multiple investigators from the universities, but she also realizes there could be political issues with the science and Tobacco funding alignment.


I discussed with Phil earlier in the summer and his contacts with the Commission were not familiar with this activity.  As this potentially collaborative effort moves forward I wanted you to be alerted and to solicit guidance on next steps with the Commission (if at all)?


Thanks.  Jeff




From: Blank, Jeffrey (jdb9b)
Sent: Wednesday, July 13, 2011 11:31 AM
To: Parrish, Phillip (pap4n)
Subject: FW: Star Scientific


4

FYI - thanks


From: Blank, Jeffrey (jdb9b)
Sent: Tuesday, July 12, 2011 7:19 PM
To: MAS3X@hscmail.mcc.virginia.edu
Subject: FW: Star Scientific


Peggy,


Below is some additional information from Sarah including VCU feedback.  I will keep you
informed if I learn more.  Jeff


_____


From: Collie, Sarah (slc6h)
Sent: Tuesday, July 12, 2011 5:16 PM
To: Blank, Jeffrey (jdb9b)
Subject: Star Scientific

Jeff:  More  - found one link to the AG – see below


Rob talked with his counterpart at VCU.  VCU has agreed to go to a meeting with Star
Scientific and Hopkins to discuss their interest in doing some Phase I Research on a drug
Star is developing.  Only exploratory with caution  with no intent to commit.


http://media.corporate-ir.net/media_files/IROL/global_images/spacer.gifJonnie R.
Williams Chief Executive Officer

Mr. Williams has served as the Company's Chief Executive Officer since November 1999
and has served as a director of the Company since 1998. Mr. Williams was one of the
original founders of Star Tobacco, Inc., and served as Chief Operating Officer ("COO"), and
Executive Vice President ("EVP") until July 1999. On July 1, 1999, in order to concentrate
upon the expanding demands of the Company's sales and new product development, Mr.
Williams resigned as COO and EVP to assume the primary responsibilities of Director of
Product Development and Sales. Mr. Williams, a principal stockholder of the Company, is
also the inventor of the StarCured® tobacco curing process for preventing or significantly
retarding the formation of TSNAs in tobacco and tobacco smoke. Mr. Williams has been

GMP-1733195

involved in venture capital start-up bio-tech companies for over a decade where he has been either a major shareholder or a co-founder of the following companies: LaserSight, LaserVision and VISX. Mr. Williams is also one of the owners of Regent Court Technologies LLC and is a principal in Jonnie Williams Venture Capital Corp.

Interesting link here to the AG. Richard Sharp is on Star's board. According to VPAP he has donated $35 K to the AG.

Richard L. Sharp
Director

Mr. Sharp has served as a member of our Board of Directors since March 17, 2011. He is the founder and managing director of V-Ten Capital Partners, a venture and private equity firm. He is a founding investor of Crocs, Inc. and served on the board of directors and as Chairman from 2005 to December 2010. He is currently on a leave of absence for personal reasons. From 1982 to 2002, Mr. Sharp served in various positions with Circuit City Stores, Inc., a consumer electronics and personal computer retailer. He was President from 1984 to 1997, Chief Executive Officer from 1986 to 2000 and Chairman of the Board from 1994 to 2002. Mr. Sharp served as Chairman and CEO of CarMax, Inc., the nation's largest specialty retailer of used cars and light trucks, from 1994 – 2000 and Chairman from October 2002 to June 2007. In 1992, he was a founding investor of Flextronics International ("Flextronics"), a NASDAQ-listed leading Electronics Manufacturing Services (EMS) provider. He served as a director from 1993 to October 2008 and as Chairman of the Board from January 2003 to January 2006. Mr. Sharp has served as Chairman of the National Retail Federation and Chairman of the Virginia Business Council. He has been a long-term advocate for K-12 public educational reform and served as Chairman of Children First America. He is and has been involved in numerous nonprofit organizations, including serving on the boards of the Boys and Girls Clubs of Metro Richmond, the Science Museum of Virginia Foundation, the VCU School of Engineering Foundation, the Johns Hopkins Medicine Board of Advisors and Chairman Emeritus of the UVA Health Foundation. Mr. Sharp studied electrical engineering at the University of Virginia (1965-1966) and computer science at The College of William and Mary. In 1985, he attended the Advanced Management Program at Harvard Business School. In 1999 he received an Honorary Doctor of Commercial Science degree from the University of Richmond.

1A262                                                                      GMP-1733196

**To:**    Crowell, Wriston (wc8u)[wc8u@virginia.edu]
**Cc:**    Krueger, Sharon (sak8e)[sak8e@eservices.virginia.edu]
**From:**  Blank, Jeffrey (jdb9b)
**Sent:**  Tue 11/8/2011 1:29:20 PM
**Subject:**  RE: Rock Creek Meeting with State Officials & UVA

Mark,

I will call Peggy and see what are the compelling time related issues she
sees at this point. The goal mentioned was to submit a proposal to the
Tobacco Commission in December.  That would be a significant stretch goal.
I will circle back with you as I learn more.  Below is the list who COULD
be attending from the state.  Interesting list.  Thanks for your note.
Jeff


-----Original Message-----
From: Curtis Wright, IV, MD/MPH
[mailto:cwright@rockcreekpharmaceuticals.com]
Sent: Tuesday, November 08, 2011 8:22 AM
To: Blank, Jeffrey (jdb9b)
Cc: Paul Perito, Esq; Elizabeth Pfeifer
Subject: RE: Meeting

WE do not know yet
It is one of the following 3

Assistant to the Governor
Attorney General
Wife of Governor.

I will try to find out more.

Curt Wright




-----Original Message-----
From: Crowell, Wriston (wc8u)
Sent: Tuesday, November 08, 2011 5:04 AM
To: Blank, Jeffrey (jdb9b)
Cc: Skalak, Thomas (tcs4z); Krueger, Sharon (sak8e)
Subject: RE: Rock Creek Meeting with State Officials & UVA

Hi Jeff,

If Tom thinks an initial meeting is reasonable, I agree - and will be
happy to coordinate.


If the meeting needs to happen in the next two weeks, then I'm thinking we
should start planning this week - even though I'm away and very heavily
scheduled.  Do you agree that we need to move this fast?

GOVERNMENT
EXHIBIT
260
3:14cr12

                          GMP-2398197

My initial thoughts would be to involve either Sharon Krueger and/or Peggy Shupnik in a conference call with Rock Creek official(s) to plan the scientific topics and participants.  It seems critical that the visit begin (and probably end) with an administrative overview which would need to include, at a minimum, Tom, me, Sharon Krueger, Peggy Shupnik, presumably Michael Strine or someone from his shop (if I'm correct about that being the main "touch point" regarding UVa request to the Tobacco Commission), and others that I may not be thinking of right now.


I'll look for a follow-up note from you (or Tom) if you believe I need to try to get engaged on this while away.  Given the hectic schedule and 3-hour time difference, it will be challenging - but we'll certainly get it done.


Thanks.

Mark




From: Blank, Jeffrey (jdb9b)
Sent: Monday, November 07, 2011 5:06 PM
To: Crowell, Wriston (wc8u)
Subject: FW: Rock Creek Meeting with State Officials & UVA


Mark,


In discussions with Tom, he thinks at this stage it makes sense for you to coordinate this industry effort.  Rock Creek wants to come to UVA to meet with UVA leadership and state officials (they will invite) in the next two weeks to discuss a collaborative proposal to the Tobacco Commission.  Dr. Wright mentioned wanting to meet with Governor's representatives and the AG?  I will confirm who he plans to invite from the state.  I realize you are traveling but I wanted to solicit some feedback from you to develop next steps with the group.  Tom thinks taking a meeting seems reasonable at this point given the circumstances.


Please let me know.  Jeff

GMP-2398198

From: Curtis Wright, IV, MD/MPH
[mailto:cwright@rockcreekpharmaceuticals.com]
Sent: Friday, November 04, 2011 9:30 AM
To: jblank@virginia.edu
Subject: References

Dear Dr. Blank,


Thank you so much for your helpful call today.


Here is the IB, and the two currently published references.


Curtis Wright

Rock Creek Pharmaceuticals

978 283 1373


IMPORTANT/CONFIDENTIAL: This message contains information which may be
privileged, confidential, or exempt from disclosure under applicable law.
If the reader of this message is not the intended recipient, or the
employee or agent responsible for delivering the message to the intended
recipient, you are hereby notified that any dissemination, distribution,
retention, archiving, or copying the communication is strictly prohibited.
If you have received this communication in error, please notify us
immediately by return e-mail and delete the document.

GMP-2398199

**To:**       Krueger, Sharon (sak8e)[sak8e@eservices.virginia.edu]
**From:**     Crowell, Wriston (wc8u)
**Sent:**     Wed 11/9/2011 9:45:15 AM
**Subject:**  RE: Met with Jeff regarding Rock Creek

Great reports.  Kind of agree on the Rock Creek thing - this makes me
uncomfortable.

WMC


-----Original Message-----
From: Krueger, Sharon (sak8e)
Sent: Tuesday, November 08, 2011 8:17 PM
To: Crowell, Wriston (wc8u)
Subject: Met with Jeff regarding Rock Creek

So got more information-interesting.....I'm going to do a bit of diligence
as well and let you know what I find out.
Personally I think involving the Gov. wife or assistant may look like the
Gov. is "influencing" UVA to a potential action-just odd IMO.

Greater Mankato visit/panel discussion with me, Lianne and Philippe was
very good! I went to the reception last night at King Vineyard and it was
great.

Sharon



GOVERNMENT
EXHIBIT
261
3:14cr12

                                                                    GMP-2493249

# Krueger, Sharon (sak8e)

**From:** Krueger, Sharon (sak8e)
**Sent:** Wednesday, November 09, 2011 11:13 AM
**To:** Crowell, Wriston (wc8u)
**Subject:** Rock Creek Pharma dilligence
**Attachments:** Rock Creek Pharma dilligence.doc

Hi Mark:

Please see attached information.

Dr. Curtis Wright is the person that has been driving the communication with UVA used to be at the FDA at a pretty high level – interesting.....
Also received a degree from Hopkins, thus maybe a reason they are involved(?) The company has protected IP (more info in attached document).

I sent Willie from AZ a link to the Anatabloc web site and a link to the scientific explanation of the patent that was filed as asked if he could provide a 10,00 level comment or two on this product.

I have spoken again with Jeff Blank, regarding next steps:

- Peggy Shupnik is interested but this is not a high priority at the moment, she (along with Ron Turner) would be available for a meeting with Rock Creek.
- "we" need to determine if we have questions for Rock Creek in advance of a meeting
  - Any IP research issues regarding collaborating with Rock Creek, VCU and Hopkins?
  - Are we assisting them in them with writing of any parts of proposal to the Tobacco Commission?
  - Should we ask Phil P. for any insight since he works closely with the Tobacco Commission?
  - Scope of work to be done at UVA vs. VCU and Hopkins
- Set up visit to UVA by Curtis Wright from Rock Creek
  - UVA: you, me, Tom(?), Peggy, Ron and maybe Phil
  - Rock Creek: Curtis Wright
  - VA State Gov't:  yes/no.... this is the awkward part.....as Gov. McDonnell has publicly announced his support for the parent company STAR Scientific

1

GOVERNMENT
EXHIBIT
262
3:14cr12



o

Please let me know how you would like to proceed.

Sharon

1A262

GMP-1733188

Curtis Wright
Senior Vice President, Medical/Clinical, Director of Rock Creek Pharmaceuticals, Inc.
Star Scientific, Inc.
Glen Allen , VA
Sector: CONSUMER GOODS  /  Cigarettes
Officer since February 2008

Curtis Wright, MD, has served as Senior Vice-President, Medical/Clinical Director of our pharmaceutical subsidiary, Rock Creek Pharmaceuticals, Inc. since February 2008. Dr. Wright previously served as Vice President of Clinical and Regulatory Affairs for Adolor Corporation from 1997 to 1998, and Executive Director, Medical Affairs and subsequently Executive Director of Risk Assessment for Purdue Pharma from 1998 to 2004. Immediately prior to joining Rock Creek Pharmaceuticals, Inc., Dr. Wright served as Executive Vice President for Risk Management and Regulatory Affairs at Javelin Pharmaceuticals, Inc., Cambridge, MA from 2004 to 2008. Dr. Wright's career at the FDA, from 1989 through October 1997, included multiple senior scientific positions in the Center for Drug Evaluation and Research, including Deputy Director and subsequently Acting Director of his division. Dr. Wright received his medical degree, with distinction, from George Washington University and received a master?s degree in Public Health from the John Hopkins University.


**Recent Rock Creek research news:**

 10/27/2011 Rock Creek also commented that research underlying the October 27 presentation has been one of the topics at three recent medical conferences hosted by the company for physicians and allied healthcare practitioners.  The first, held on October 18 in Richmond, VA featured presentations by Drs. Ladenson and Caturegli on their experimental research on autoimmune thyroiditis, followed by discussion.  Michael Mullan, MD, Ph.D., CEO of the Roskamp Institute, also presented on his research on anatabine in mouse models of Alzheimer's disease, which was published recently in the European Journal of Pharmacology.

Two other conferences have been held during the past week:  the second conference was hosted in Flint, Michigan on October 22.  Dale Wilson, MD, one of the principal investigators in the clinical trial being conducted in the Flint area, summarized the design of the ongoing study in Michigan after presentations on the research described above.  There also was general discussion of the safety profile of anatabine, the presumed mechanism of action, and ongoing clinical research.  The third conference, held October 27 in Newport Beach, California, also summarized the research to date, the status of the ongoing human studies, and the emerging safety profile of Anatabloc™. Approximately 150 physicians and allied health practitioners from southern California attended this conference.

## Rock Creek Pharmaceuticals Discloses Further Anatabine Patent Filing

GLEN ALLEN, Va., Sept. 20, 2011 /PRNewswire via COMTEX/ -- Rock Creek Pharmaceuticals, a subsidiary of Star Scientific, Inc. /quotes/zigman/80562/quotes/nls/cigx CIGX +0.31% , announced that on September 19, 2011 a utility patent application was filed with the Patent and Trademark Office ("PTO"). This utility patent application is based on several previously-filed provisional applications, and it is directed to various products containing anatabine and the administration of anatabine to reduce inflammation. Anatabine has the potential to be particularly useful for nutritional support for disorders involving inflammation that is associated with Nuclear Factor-KappaB (NF-kB) mediated transcription. NF-kB is a transcription factor that operates in cells and participates in the immune response. NF-kB mediated transcription is associated with numerous disorders, including those with inflammatory components, abnormal immune response and/or inappropriate cell proliferation. NF-kB is associated with over 200 inflammatory pathways.



Rock Creek Pharmaceuticals has developed a dietary supplement, Anatabloc(TM), that contains anatabine citrate as well as Vitamins A & D3, which was launched on August 30. This is the second dietary supplement developed by the company: CigRx®, the first product, was introduced in August, 2010. CigRx® is a non-nicotine, non-tobacco alternative for smokers that reduces the urge to light a cigarette, and it contains both anatabine citrate and yerba mate. It is believed that this combination of dietary ingredients mimics the brain activity that occurs when nicotine is inhaled. It is available for purchase via a dedicated product website ( www.cigrx.com ) or the Amazon.com purchase portal. CigRx also is available at all CVS-Pharmacy stores in the Richmond, VA area, and in roughly 500 independent retail and convenience stores throughout New England.

Anatabloc(TM) was launched on August 30, and it is targeted to provide anti-inflammatory support. Like CigRx®, Anatabloc(TM) is being sold through a dedicated product website ( www.anatabloc.com ) and via the Amazon.com purchase portal. The company anticipates that international shipping will be available as well for Anatabloc(TM) within the next two weeks.

The Anatabloc(TM) website also includes a section that can be accessed by physicians and other licensed health care providers who want to learn about the research related to anatabine. The company also is hosting a series of oral presentations by researchers who have been exploring anatabine, for physicians and allied providers. Anatabloc(TM) also will be marketed directly to physicians and health care providers by sales representatives who have experience in outreach to these individuals.

11/2nd 2011

Call w/ John
RE: Mtg @ Gov. Lunch

Assign Gov person for lunch

• STAR of Rock Creek

Rep for Som WVA
Rep VCUS Hopkins there

Also
CEO - Jonny Williams
Seaal ent.
Friends w/ Gov. w/ tg
Contrasted holistic natural cures

-25 people

OTC Anti. Inflam will cure
for Cancer - Thyroid / Younger
wouldn't start if flat at W/M A12 etc...
this w/ Sales launch
- 25K check for WVA to
fund research

GOVERNMENT
EXHIBIT
264
3:14cr12

1A262

Pilot studies
to form basis for
clinical study

• wants therapeutic indication

[Tobacco] reduced to Clinical Trials
to test effic. of substance

GOV. wife said:
"take care of my boys"
@ UVA

• If we oppose make sure
its transparent + not put
us in compromised position

Clients "gifts"

- reduced Tobacco $ Away from
Well done Research
Ron Turner Negative

Real: Surrogate endpoint
- really going to
Res. Compounds as drugs

- then why doing it?

clinical study @ UVA
reduce C-reactive protein

How help?? Qheart

?? [Timed synthesis]
chamber of nicotine

GOV. wants to get
something good out of tobacco
not true

"grow Harvest - medical
"Smart Pills"
J. Williams - V. charismatic
- Reborn V. influein
After Phum pred.
- knows science

1A262

GMP-1733159

# Rock Creek/Tobacco Commission Discussion Points

## Pro's

Perception to Governor that UVA would like to work with local companies to support future ED

Rock Creek "appears" to want to determine what disease states antabine effects

Research funding for SOM

Cell Biology
Micro-biology

- Peggy
- Broeciatie
- Ask Gary

5) NFKB
- diligence on Anti-inflammatory claims

- Gov.
Best inflammation scientific for
due diligence
- scientific collaborative proposals
w/Rock Creek
   • key scientists to do research
   • Tobacco or otherwise

## Con's

Political pressure from Governor and impact on future UVA requests from the Governor

Rock Creek does not want to partner with UVA — this was direct quote on call

Rock Creek/Star Scientific has stated they have no commercilization plan

Rock Creek/Star Scientific trying to "buy" UVA's brand/credibility

Tobacco Commision reaction to this proposal and impact on future UVA proposal's

UVA will have to dedicate time to research/write the proposal

Tepid research interest from SOM

GOVERNMENT EXHIBIT
267
3:14cr12

GMP-1733174

GMP-1733175

*Handwritten annotations (top):* J. A proposal $25K / lots of Q, dates, expectations / 3-4 @ UVA / 3-4 @ VC 2.75 / 2 @ Hopkins 50 / European B. of Phara. / Ask B.B  NFK "B" / Peggy

*Handwritten (right side):* - Ron  - Brian  - Gene  - Tom B

*Handwritten (right side, bullets):*
- read/heard about Anatime
- please provide profession opinions
- cell/animal/pre-clinical study
- work/no work & heads why

## Rock Creek Pharmaceuticals, Inc. Anatabine Planning Grant RFA Letters of Intent and Study Proposals

| No. (order received) | Date Letter Received | Primary Investigator | Co-Investigators | PI Affiliation | Proposed Indication | Proposed Use of Planning Grant | No. Subjects | Study Time Period | Responded to Investigator, Invited Proposal | NDA Sent to Investigator? | NDA Signed by Investigator and/or University? | Proposal Submitted (Date)? | Outcome Measures Proposed | Study Design |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1-Aug-2011 | Ronald B. Turner | None specified | UVA, Dept of Pediatrics | Airway Inflammation response to rhinovirus infection (NF-kB mediated) | Investigator-initiated IND and dev of placebo | 200; 3 cohorts (UVA students - healthy) | 9-12 months | YES | Will be handled by Bob P. and Robert Jackson (UVA) | YES | YES | Not specified | Placebo controlled |
| 2 | 11-Aug-2011 | Brian H. Annex | Christopher Kramer | UVA, Dept of Internal Med, Division of Cardiovascular Medicine | Peripheral Arterial Disease (NF-kB mediated) | Pilot study? (test 3 measures, establish natural history, determine sample size for larger trial) | Not specified | 6 months? | YES | Will be handled by Bob P. and Robert Jackson (UVA) | YES | YES | Test 3 measures, establish natural history, complete biomarker changes to functional activity | Not specified |
| 3 | 16-Aug-2011 | Eugene J. Barrett | Zhenqi Liu | UVA School of Med | Systemic inflammation & vascular function in pts with metabolic syndrome | Not specified | Not specified | 12-18 weeks | YES | Will be handled by Bob P. and Robert Jackson (UVA) | YES | YES | Circulating levels of cytokines, functional measures of arterial health | Placebo controlled |
| 4 | 17-Aug-2011 | John Clore | None specified | VCU | Diabetes (inflammation mediated by NF-kB) | Not specified | ~100 | 3-9 months | YES | YES (via Bob Pokusa) | YES | YES | Surrogate markers for inflammation; insulin sensitivity in a subset | Double blind, placebo controlled |
| 5 | 18-Aug-2011 | Daniel Nixon | None specified | VCU, Dept of Internal Med, Division of Infectious Disease, HIV/AIDS Center | Inflammation related to HIV+ infection | Pilot study? | Not specified | Not specified | YES | Will be handled by Bob P. and Alanda Perry (VCU) | YES | Expected week of Sep 26 | Primary- CRP, IL-6, sCD14; Secondary- safety, tolerability, change in CD4+ lymphocytes # | Placebo controlled |
| 6 | 18-Aug-2011 | Richard Sterling | None specified | VCU, Division of Gastroenterology, Section of Hepatology | HCV and NAFLD (inflammation mediated by NF-kB) | Not specified | Not specified | Not specified | YES | Will be handled by Bob P. and Alanda Perry (VCU) | YES | YES | Primary- improvement in liver enzymes; Secondary- biomarkers of inflammation, oxidative stress, & fibrosis | 2 parallel studies (HCV & NAFLD) - Double blind, placebo controlled |
| 7 | 19-Aug-2011 | Jonathon Truwit | None specified (multi-site - UVA, VCU, Babtist Wake Med Ctr) | UVA | Acute Kidney Injury (AKI) (inflammatory processes) | Not specified | Not specified | Not specified | YES | Will be handled by Bob P. and Robert Jackson (UVA) | YES | NO | Primary- progression of renal injury (blood & urine biomarkers & chemistries); Secondary- mortality & length of stay | Randomized, controlled (critically ill patients) |
| 8 | | Edward (Pete) Miller | None specified | JHU | CVD risk | | | | | | | NO | | |
| 9 | 16-Sep-11 | Jennifer Mammen | | UVA | JHU | Thyroid dysfunction in pts with HIV on IFN-gamma therapy | Support for time, admin costs & biostats consultation | Not specified | Not specified | YES | Bob P will handle | Bob P will handle | NO | Euthyroid patients being treated with IFN-gamma | Randomized controlled (euthyroid patients) |

GOVERNMENT EXHIBIT
268
3:14cr12

1A262



GOVERNMENT
EXHIBIT
269
3:14cr12

**Krueger, Sharon (sak8e)**

| | |
|---|---|
| **From:** | Elizabeth Pfeifer [epfeifer@starscientific.com] |
| **Sent:** | Monday, November 28, 2011 2:32 PM |
| **To:** | Krueger, Sharon (sak8e); Bob Pokusa; Curtis Wright, IV, MD/MPH; Ryan Lanier |
| **Cc:** | Elizabeth Pfeifer |
| **Subject:** | Conference Call between Rock Creek Pharmaceuticals and UVA re Tobacco Commission |
| **Importance:** | High |

This will confirm the teleconference tomorrow, Tuesday, November 29 at 4:00pm.

The call in number will be 1.888.527.7995, with passcode 6591391#

Ms. Krueger, I understand you will forward the call in information to Mark Crowell and Phil Parrish, while Mr Pokusa will forward the information to Jerry Kilgore and/or Chris Nolen.   ↘ for AG ?

If you have any questions, please do not hesitate to contact Elizabeth Pfeifer at 202.461.2980 or epfeifer@starscientific.com.

Thank you for your attention to this matter.

Elizabeth

*Chris Nolen who is he? → understand*

C. Elizabeth Pfeifer
Executive Assistant to
Paul L. Perito,
Chairman, President and COO
Star Scientific, Inc.
1250 24th Street, NW, Suite 700
Washington, DC  20037
202.461.2980 (office)
202.461.2919 (fax)

*PP*

*Jerry Kilgore - spoke to TC (brother - chair)*

*Ned Stevenson @ Commission what will proposal look like & that UVA is aware of proposal*

IMPORTANT/CONFIDENTIAL: This message contains information which may be privileged, confidential, or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that

1

#1 Paul Lecase

Available product

Dr. Wright → @ Rock Creek

Anenobine - Compound

Ryan Lane → CSO

NutraSport → pharma &

Chris Nolen → McGuire Woods Strategy ———— GMP

nutr. supplement

Bob Marcusa → Leg Counsel

## Background

Star Sci. reduce Tobacco related haem ————

UCd - SOM

Endocrinology @ Hopkins        - NF Kapa B

John Klore

Animal Studies

UVA

Peggy Shapnik

## Hypothesis - how to test hypo in various areas

- planning grants (35 scientists)

- logical, strategic, political w/ VPR office
- SOM mtg
- then Rock Creek for scoping

### Next steps:

Consider grant process (by GOU).  many

Scientists for m UVA?

- majority of clinical trial proposals

UVA host facility & manage all funds

- science & toxic info
- supply compound at cost
- R.C. no funding

Annex - PAD
Barrett - metabolic
Truitt - Kidney
Hopkins /

Rob Jackson has CDA in SOM

✱ tech track
✱ commercial track
✱ R&D & E.D. is focus

Phil: POC established

Milestones in mind for moving to SS. Virginia
• profitable
• profits to PAS for moving company
• clinical trials could be stepping in resulting in the neutraceutical plant move

Contact: Ryan Lanier

Call notes: 11/29

IP Issues of concern /critical to Company

- have several patents
  - synthesis (published
  - use of in inflamatory conditions
  - Isomers of Anatabine

✗ NONE issued

filed last 18 months.

let McDonnell know about TC proposal - look favorable on Commonwealth POC funds

Next steps
- this T/C was information sharing
- invite folks to UVA
  - write proposal ??
- Pre-lim steps

("they" said will be favorable received

FAcilitate N.P. that is interesting in preparing /submission to Tobacco Comission

- work w/ researchers @ other institutions
- what Star would Assist in business plan proposal - document positive VA & SS impact

→ talk w/ Peggy
→ get Agreement doc. from Rob Jackson

→ get researchers together & determine to study
→ commercialization - support product & ↑ side
→ support Shay City as manufactering facility or contract manufacting facility to use in S.S.

no POC
no Regulator
but data to support
~~claims~~
product efficacy

Articles in peer-reviewed J.
naturally

Absoulute Right of publication of findings

- need to know where it works or doesn't work

" well done positive/neg. academic studies "

1A262

GMP-1733168

Confidential Treatment Requested by Maureen McDonnell

**Maureen Mcdonnell**

From: Maureen Mcdonnell
Sent: Fri 1/27/2012 5:01 PM (GMT -5)
To: Robert McDonnell
Cc:
Bcc:
Subject: Re: Fwd: BRH and MoBo

Just got home. I'll talk w u upstairs.
Sent from my Verizon Wireless BlackBerry

**From:** Robert McDonnell <rfmva09@gmail.com>
**Date:** Fri, 27 Jan 2012 13:23:02 -0800
**To:** Maureen Mcdonnell<Maureen@bobmcdonnell.com>
**Subject:** Fwd: BRH and MoBo

Maureen who are we talking about that is helping us and talking to mike?? Johnny?

Governor Robert F. McDonnell
804-786-4273 (main)
804-225-4809 (direct)

Sent from iPhone

Begin forwarded message:

> **From:** Michael Uncapher <mm███████.com>
> **Date:** January 25, 2012 11:29:24 AM EST
> **To:** Bob & Maureen McDonnell <rfmva09@gmail.com>
> **Subject: BRH and MoBo**
>
> Bob,
>
> I hope you're doing well. I know the last week has been busy! I just wanted to follow up from our meeting.
>
> Could you please send a check for $1000 for your portion of past pay-in for BRH? Mo and Boo have both put in money in the form of buying appliances, supplies and covering bills. We will have to put a little more in in February. I am meeting with Boo this weekend to get her up to speed and determine what's needed going forward.
>
> For MoBo, I talked with your Mo last week and she had me talk to the guy who is



GOVERNMENT EXHIBIT
295
3:14cr12

MPM-042334

Confidential Treatment Requested by Maureen McDonnell

helping us. He said he was going to call me the next day to get an address so he could send the first check. I did not hear from him and I left Mo a message yesterday. We'll need to get that in the next week so we can keep up-to-date.

Let me know if you have any questions. Are you going to be able to come up to Boo's to see Ken?

Thanks.

Michael

Michael D. Uncapher
███████ 2465
Sent from my iPhone

MPM-042335

| Device | Section | Details | Evidence note | Time stamp | Remote party | Type | Marked (local time) | Object tags | Picture |
|--------|---------|---------|---------------|------------|--------------|------|---------------------|-------------|---------|
| Apple iPhone 4S | Messages | Folder: SMS - Sent<br>Phone Number: <br>Remote party:<br>Text: Can u send wiring instructions to johnnie Williams for sending 20k to mobo account  Phone is 8042485826.<br>Thx bob<br>Time stamp: 5/18/2012 5:29:55 PM | | 5/18/2012 5:29:55 PM | | iMessage | 5/30/2013 4:52:02 PM | | |

GOVERNMENT
EXHIBIT
381
3:14cr12



RFM-018594

Folder: SMS - Sent

Phone Number: + ███████ 2465

Remote party: + ███████ 2465

Text: Can u send wiring instructions to johnnie Williams for sending 20k to mobo account.  Phone is 8042485828. Thx bob

Time stamp: 5/18/2012 5:29:55 PM

| Device | Section | Details | Evidence note | Time stamp | Remote party | Type | Marked (local time) | Object tags | Picture |
|---|---|---|---|---|---|---|---|---|---|
| Apple iPhone 4S | Messages | Folder: SMS - Sent<br>Phone Number:<br>Remote party: •<br>Text: Michael  Johnnies instructions<br>Can u do monday     Bob    Hi<br>Michael, call my secretary Monday<br>early afternoon she returns and will<br>promptly wire money. Jerri Fulkerson<br>8045864484. Cell. Thanks Jonnie<br>Williams<br>Time stamp: 5/18/2012 8:35:24 PM | | 5/18/2012<br>8:35:24 PM | | iMessage | 5/30/2013<br>4:52:01 PM | | |

GOVERNMENT
EXHIBIT
385
3:14cr12

RFM-018592

Folder: SMS - Sent

Phone Number: +███████2465

Remote party: +███████2465

Text:  Michael    Johnnies instructions Can u do monday        Bob        Hi Michael, call my secretary Monday early afternoon she returns and will promptly wire money. Jerri Fulkerson 8045864484. Cell. Thanks Jonnie Williams

Time stamp: 5/18/2012 8:35:24 PM

**To:**      Cheryl Wagner[cheryl-vpr@virginia.edu]
**From:**   Krueger, Sharon (sak8e)
**Sent:**    Tue 5/14/2013 8:16:15 PM
**Subject:**  Fwd: Invitation for Gov. McDonnell
image001.png
image004.png
image002.png
image003.png

FYI

Begin forwarded message:

> **From:** "Peck, Generra (GOV)" <Generra.Peck@governor.virginia.gov>
> **Date:** May 12, 2013, 1:01:07 PM EDT
> **To:** "Crowell, Wriston (wc8u)" <wc8u@virginia.edu>
> **Cc:** "Krueger, Sharon (sak8e)" <sak8e@eservices.virginia.edu>, "Macrae, Micala (GOV)"
> <Micala.Macrae@governor.virginia.gov>
> **Subject: Re: Invitation for Gov. McDonnell**
>
>
> Thanks, Mark - I believe Secretary Cheng is available in the case the governor cannot
> attend. I'm copying his assistant to confirm.
>
> I'll follow up with the governors scheduler to see if his availability for the day has been
> determined.
>
> Thanks for your patience, we are very much hoping to make this work and if not, have
> secretary Cheng bring greetings on behalf of the commonwealth.
>
> Best regards,
> Generra
>
> **Generra J. Peck**
> **Assistant Director of Legislative Affairs & Strategic Initiatives**
> **Office of Governor Bob McDonnell**
>
>
> **Sent from my iPhone.**
>
>
> On May 12, 2013, at 12:14 PM, "Crowell, Wriston (wc8u)" <wc8u@virginia.edu> wrote:
>
>
> Hi again Generra,



**GOVERNMENT EXHIBIT**
**517**
3:14cr12

                                                                 GMP-2399032

Hope all is well.

I'm writing to follow-up about the Governor's availability to speak (preferably on May 10) at the APLU (Association of Public and Land Grant Universities) meeting in Charlottesville.

We'd dearly love to introduce our Governor during the Year of the Entrepreneur in Virginia (as the University of Nebraska was able to do at last June's meeting in Omaha) – but as noted, we're aware of the competing demands for time that he and his schedulers must balance.

If he is unable to confirm, you had mentioned inviting a Cabinet member.  Would it be possible to proceed with that if the Governor's calendar still cannot be confirmed?  We need to go to press soon with our agenda and with final marketing materials so would love to get a read from you on this as soon as feasible.  I'm attending and speaking at an innovation conference in Singapore this week – but have copied Sharon Krueger in my office and would appreciate your cc'ing her on your response.  Sharon is closely involved with the conference logistics so is available to speak with you if that is helpful.  Sharon's email is above; her office phone is 434-243-1407, and her cell is

Thanks so much for your assistance!

Best regards,
Mark


W. Mark Crowell

Executive Director, UVa Innovation

Associate Vice President for Research

University of Virginia

PO Box 400896

Charlottesville, VA  22904-4896

434-243-2203 (p)

434-982-1583 (f)

mcrowell@virginia.edu


**Follow U.Va. Innovation:**


<image001.png>                              <image004.png>




**From:** Peck, Generra (GOV) [mailto:Generra.Peck@governor.virginia.gov]
**Sent:** Monday, April 22, 2013 8:13 PM
**To:** Crowell, Wriston (wc8u)
**Subject:** RE: Invitation for Gov. McDonnell


Thanks, Mark. I'll see who might be available and perhaps we could ask them to confirm in the case the Governor cannot. I'll be in touch soon. Best, Generra


**Generra J. Peck** | **Office of Governor Bob McDonnell**
P. 804-225-4821 | M. 804-928-7325 | Generra.Peck@governor.virginia.gov




**From:** Crowell, Wriston (wc8u) [mailto:wc8u@virginia.edu]
**Sent:** Monday, April 22, 2013 8:13 PM
**To:** Peck, Generra (GOV)
**Subject:** Re: Invitation for Gov. McDonnell

Thanks Generra. Understand challenges w/ his schedule - but he's high priority. If it can't happen, would be pleased to have Cabinet member.


Thank you.

Mark

Sent from my iPhone


Mark Crowell

Executive Director, UVa Innovation

University of Virginia

434-243-2203 (w)

mcrowell@virginia.edu


On Apr 22, 2013, at 7:10 PM, "Peck, Generra (GOV)" <Generra.Peck@governor.virginia.gov> wrote:

> Hi Mark,


> I just checked in with the scheduler and she is still reviewing. I'll let you know as soon as I hear anything.


> Meanwhile, would you like for me to check with a member of the Governor's cabinet in the case Governor McDonnell is not available? I understand you need a decision relatively soon.


> Thanks,

Generra

**Generra J. Peck | Office of Governor Bob McDonnell**
P. 804-225-4821 | M. 804-928-7325
| Generra.Peck@governor.virginia.gov

**From:** Crowell, Wriston (wc8u) [mailto:wc8u@virginia.edu]
**Sent:** Friday, April 19, 2013 3:50 PM
**To:** Peck, Generra (GOV)
**Subject:** RE: Invitation for Gov. McDonnell

HI Generra,

We're talking with the folks at APLU this afternoon – and wondered if there is any update you can share on the Governor's ability to join us on the 9th for a welcome; or on the 9th or 10th for a luncheon keynote; of on the 11th for a closing keynote?

Thanks for working on this.

Best,

Mark

W. Mark Crowell

Executive Director, UVa Innovation

Associate Vice President for Research

University of Virginia

GMP-2399036

PO Box 400896

Charlottesville, VA  22904-4896

434-243-2203 (p)

434-982-1583 (f)

mcrowell@virginia.edu


**Follow U.Va. Innovation:**


<image001.png>                                    <image004.png>




**From:** Peck, Generra (GOV) [mailto:Generra.Peck@governor.virginia.gov]
**Sent:** Tuesday, April 09, 2013 10:09 AM
**To:** Crowell, Wriston (wc8u)
**Subject:** RE: Invitation for Gov. McDonnell


Hi Mark,


Thanks for the message. This is very helpful. I will put a request in to the scheduling office.


It will expedite the process if you or someone from APLU could complete this form, http://www.governor.virginia.gov/AboutTheGovernor/SchedulingOffice/SchedulingRequest.cfm.


I'll keep you posted. Thanks for the kind invitation.

Generra

**Generra J. Peck | Office of Governor Bob McDonnell**
P. 804-225-4821 | M. 804-928-7325
| Generra.Peck@governor.virginia.gov

**From:** Crowell, Wriston (wc8u) [mailto:wc8u@virginia.edu]
**Sent:** Tuesday, April 09, 2013 12:25 AM
**To:** Peck, Generra (GOV)
**Subject:** Invitation for Gov. McDonnell

Hello Generra,

I hope this note finds you well and enjoying (finally) the beginning of spring weather.  I'm writing to ask your assistance and initial feedback concerning our plan to invite Governor McDonnell to address an important national meeting to be held in Charlottesville June 9-11 of this year.

As you may know, the Association of Public and Land Grant Universities (APLU) conducts its agenda via a number of internal committees and commissions focusing on various aspects of the mission and priorities of APLU and its member institutions.  One such commission is related to innovation-based economic development, university-industry engagement, and academic technology transfer and entrepreneurship is the APLU Commission on Innovation, Competitiveness and Economic Prosperity.  CICEP is  chaired by J.B. Milliken, President of the University of Nebraska; the chair elect is Randy Woodson, Chancellor of North Carolina State University.  I serve on CICEP's Executive Committee.  CICEP is holding its annual summer meeting in Charlottesville on June 9-11, 2013, at the Boars Head Inn.  The theme for the meeting is the "Entrepreneurial University".  We are especially thrilled that APLU and CICEP leadership chose Charlottesville for this meeting and look forward to welcoming to Charlottesville leaders from the US university community working in the area of best practices and impact in innovation and entrepreneurship, technology transfer, and university-industry research partnerships.

GMP-2399038

Guaranteed to make the CICEP meeting an even more robust gathering, we have just learned that another of APLU's Commissions – the Commission on Research, Professional and Graduate Education (CRPGE) – will hold its summer meeting jointly with CICEP in Charlottesville.  CRPGE members are the Vice Presidents for Research and/or Graduate Education at APLU member institutions.  One of CRPGE's several areas of focus in its programming and outreach is the area of STEM work force preparation and entrepreneurship education for science and technology transfer master's and doctoral students matriculating at APLU institutions.  We were already excited that CICEP is meeting in Charlottesville.  The news that CRPGE will meet jointly with CICEP provides us an opportunity to use this meeting to re-focus the university mission in technology transfer, entrepreneurship, and science /technology work force development, and to use this gathering of the nation's top scholars and administrators in these activities to work together to re-define best practices in this area.  Another focus of the summer joint CICEP/CRPGE joint meeting will be the area of economic and societal impact metrics of university research and innovation transfer.

We would be thrilled if Governor McDonnell would consider accepting an invitation from the President of APLU and the Chair of CICEP to address the summer meeting.

Ideally we would love for the Governor to open the meeting on Monday June 9 – at 9:00 a.m. or WHATEVER time would work for him that morning – providing a welcome to Charlottesville and Virginia, discussing the importance of these subjects to the Commonwealth and its universities, and discussing the work and progress of his administration in proclaiming 2012 the Year of the Entrepreneur in Virginia.  I should note that this sort of invitation is standard for the area hosting the CICEP annual summer meeting – in summer 2012, we met at the University of Nebraska and Governor Dave Heineman gave a wonderful welcoming and opening address.

In the event that the Governor is willing to speak to this meeting but the morning of June 9 does not work, we would place him in any time slot that would be convenient.  Ideally, our second choice would be to have him close the meeting on Wednesday, June 11, at 10:30 or 11:00 a.m.  Other ideas would be to have him provide a luncheon keynote address on June 9, 10 or 11.  Again, we would work him into the agenda for a welcoming address (minimum) or a keynote speech (ideal) at any point during the 2-1/2 days planned for this meeting.

GMP-2399039

After reading this, would you let me know if this is possible and feasible for the Governor's engagement?  If this seems possible, a formal letter of invitation will be forthcoming from Dr. Peter McPherson, President of APLU, co-signed by President Milliken of the University of Nebraska (and Chair of CICEP).

I so appreciate the consideration and will hope for a favorable reply.

Warm regards,

Mark

W. Mark Crowell

Executive Director, UVa Innovation

Associate Vice President for Research

University of Virginia

PO Box 400896

Charlottesville, VA  22904-4896

434-243-2203 (p)

434-982-1583 (f)

mcrowell@virginia.edu

**Follow U.Va. Innovation:**

<image001.png>                                        <image004.png>

1A324

GMP-2399041



# COMMONWEALTH of VIRGINIA

*Office of the Governor*

Robert F. McDonnell
Governor

June 22, 2012

Dear Board Members of the University of Virginia,

Thank you for your service to the University of Virginia, one of the most effective and prestigious institutions of higher learning in the world. As volunteers spending untold hours managing a billion dollar enterprise, your public service is much valued.

As you well know, Thomas Jefferson served as Governor of Virginia, President of the United States, and was the author of many of our nation's founding principles and documents. It is well known, however, that he considered the founding of the University of Virginia to be his crowning achievement because of a university's capacity to teach and shape the minds of the nation's future leaders. He wrote, "This institution of my native state, the hobby of my old age, will be based on the illimitable freedom of the human mind, to explore and to expose every subject susceptible of its contemplation."

Because of the University's historic and unparalleled legacy of nearly 200 years, serving on the University's Board of Visitors is one the most significant positions of responsibility in the Commonwealth. I appreciate your service especially in light of the past 12 days, which have been among the most tumultuous in the University's recent history.

Each of you is unquestionably dedicated to the University and its mission and gives generously and sacrificially of your time and talent. Each of you loves the University and wants to make the right long-term decisions for this University that holds world-wide acclaim. Each of you was appointed by Governor Kaine or me because of your success and wisdom as leaders and managers and your demonstrated devotion to the University and the Commonwealth.

While I have been closely monitoring the situation since returning from a trade mission two days ago, I have had a further chance to listen, learn and be educated on certain details surrounding the resignation of the President. Unfortunately, the execution and communication of some of the decisions over the past 12 days has confused and angered people in the larger University community. It is difficult for the public to fully understand the potential merits of a decision, when a lack of transparency exists, and a rationale for change is not immediately provided.

GOVERNMENT
EXHIBIT
619
3:14cr12

GMP-IRGJ-0011408

Board Members of the University of Virginia
June 22, 2012
Page 2

In recent days many alumni, faculty, donors, staff and other interested parties have urged me to dictate to you how you should govern on specific votes of the Board. I will not do that. I have been clear that the role of any Governor is not to micro-manage personnel decisions of the Board, for doing so undermines the entire university governance structure, and weakens the chain of command and authority of the Board and President. No Governor, nor for that matter, faculty member, donor, politician, or member of the public has access to all the information that you do to make important strategic decisions. You are appointed to be studious managers and make good decisions.

When it comes to *policy* decisions, I am absolutely committed to advancing several specific goals and initiatives with you, and remain dedicated to the reform effort to keep our colleges and universities competitive and excellent. As you know, I have worked hard to enact numerous policy initiatives in the Top Jobs legislation and the budget that do just that, such as keeping tuition increases low in order to limit crushing student debt, increasing spots for Virginia students in Virginia schools, increasing the number of degrees awarded, providing more student financial aid and faculty compensation, and ensuring an adequate focus on STEM-H subjects to remain competitive in our quickly-changing global economy. I have championed an increase of $350 million of new funding for our colleges and universities to reverse a decade of disinvestment. We must continue to have your leadership to boldly advance the acquisition of knowledge in a cost-effective manner.

However, the request that any Governor should prescribe specific personnel actions to institutions of higher learning – the same institutions of higher learning that routinely seek more independence from state government - would undermine the long-standing relationship between Richmond and the universities that has served the Commonwealth and its institutions of higher learning well.

I learned last evening that you are now convening a third Board meeting to discuss the issues surrounding the office of the President. While how you vote is up to you, I ask you to adhere to the following principles and protocols:

First, eliminate any uncertainty on the future of President Sullivan immediately. The university community needs closure now to move forward. Tuesday must be your final deliberation.

Second, any board actions on major personnel or policy decisions should have a clear explanation of the decision, including why such changes are needed to promote excellence and competitiveness.

Third, make objective decisions without regard to any outside political, personal or media pressure. Your decisions should be based solely on the best interests of the University. While

Board Members of the University of Virginia
June 22, 2012
Page 3

public input is very important and should be given due consideration, it is not the responsibility of the faculty, staff, alumni, donors other parties -- or even the Governor -- to manage the University. Members of the board are the only individuals who possess the complete information necessary to make these very important personnel decisions.

Fourth, act as a unified board when your deliberations are done. While no one expects unanimous votes on this or other major issues, the Board must speak with one, united voice once decisions are made. These past weeks of leaks to the media regarding closed sessions, and vacillating positions are unacceptable.

The actions taken by the board over the next days and months will be highly scrutinized. I have every confidence that you will make sound decisions based solely on what is in the best interests of the University.

But let me be absolutely clear: I want final action by the Board on Tuesday. If you fail to do so, I will ask for the resignation of the entire Board on Wednesday. Regardless of your decision, I expect you to make a clear, detailed and unified statement on the future leadership of the University.

We all look forward to moving forward in a positive, constructive way and to returning the focus of the University to teaching our next generation of young leaders who will keep America great.

The University is a very special place and I am confident that these times of adversity will eventually make it stronger, better managed, and better able to discuss differences. As the father of two sons at the University, I have seen first-hand the enormous talent, intellect, and promise of this great University, and know that its best days lie ahead.

With warm regards,

Robert F. McDonnell

GMP-IRGJ-0011410

**From:** Michael Uncapher <mm███████com>
**Date:** July 1, 2011 11:38:05 AM EDT
**To:** Michael Uncapher <mm███████com>
**Subject: Amortization - Dr. Davis loan**

| # | Month | Interest | Principal | Balance |
|---|---|---|---|---|
| 1 | May 2010 | $312.50 | $689.40 | $49,310.60 |
| 2 | Jun 2010 | $308.19 | $693.71 | $48,616.90 |
| 3 | Jul 2010 | $303.86 | $698.04 | $47,918.85 |
| 4 | Aug 2010 | $299.49 | $702.40 | $47,216.45 |
| 5 | Sep 2010 | $295.10 | $706.79 | $46,509.66 |
| 6 | Oct 2010 | $290.69 | $711.21 | $45,798.44 |
| 7 | Nov 2010 | $286.24 | $715.66 | $45,082.79 |
| 8 | Dec 2010 | $281.77 | $720.13 | $44,362.66 |
| 9 | Jan 2011 | $277.27 | $724.63 | $43,638.03 |
| 10 | Feb 2011 | $272.74 | $729.16 | $42,908.87 |
| 11 | Mar 2011 | $268.18 | $733.72 | $42,175.15 |
| 12 | Apr 2011 | $263.59 | $738.30 | $41,436.85 |
| 13 | May 2011 | $258.98 | $742.92 | $40,693.93 |
| 14 | Jun 2011 | $254.34 | $747.56 | $39,946.37 |
| 15 | Jul 2011 | $249.66 | $752.23 | $39,194.14 |
| 16 | Aug 2011 | $244.96 | $756.93 | $38,437.20 |
| 17 | Sep 2011 | $240.23 | $761.66 | $37,675.54 |
| 18 | Oct 2011 | $235.47 | $766.43 | $36,909.11 |
| 19 | Nov 2011 | $230.68 | $771.22 | $36,137.90 |
| 20 | Dec 2011 | $225.86 | $776.04 | $35,361.86 |
| 21 | Jan 2012 | $221.01 | $780.89 | $34,580.97 |
| 22 | Feb 2012 | $216.13 | $785.77 | $33,795.21 |
| 23 | Mar 2012 | $211.22 | $790.68 | $33,004.53 |
| 24 | Apr 2012 | $206.28 | $795.62 | $32,208.91 |
| 25 | May 2012 | $201.31 | $800.59 | $31,408.32 |
| 26 | Jun 2012 | $196.30 | $805.60 | $30,602.72 |
| 27 | Jul 2012 | $191.27 | $810.63 | $29,792.09 |
| 28 | Aug 2012 | $186.20 | $815.70 | $28,976.40 |
| 29 | Sep 2012 | $181.10 | $820.79 | $28,155.60 |
| 30 | Oct 2012 | $175.97 | $825.92 | $27,329.68 |
| 31 | Nov 2012 | $170.81 | $831.09 | $26,498.59 |
| 32 | Dec 2012 | $165.62 | $836.28 | $25,662.31 |
| 33 | Jan 2013 | $160.39 | $841.51 | $24,820.80 |
| 34 | Feb 2013 | $155.13 | $846.77 | $23,974.03 |
| 35 | Mar 2013 | $149.84 | $852.06 | $23,121.97 |
| 36 | Apr 2013 | $144.51 | $857.39 | $22,264.59 |

GOVERNMENT
EXHIBIT
622
3:14cr12

GMP-1815545

| 37 | May 2013 | $139.15 | $862.74 | $21,401.85 |
| 38 | Jun 2013 | $133.76 | $868.14 | $20,533.71 |
| 39 | Jul 2013 | $128.34 | $873.56 | $19,660.15 |
| 40 | Aug 2013 | $122.88 | $879.02 | $18,781.13 |
| 41 | Sep 2013 | $117.38 | $884.52 | $17,896.61 |
| 42 | Oct 2013 | $111.85 | $890.04 | $17,006.57 |
| 43 | Nov 2013 | $106.29 | $895.61 | $16,110.96 |
| 44 | Dec 2013 | $100.69 | $901.20 | $15,209.76 |
| 45 | Jan 2014 | $95.06 | $906.84 | $14,302.92 |
| 46 | Feb 2014 | $89.39 | $912.50 | $13,390.42 |
| 47 | Mar 2014 | $83.69 | $918.21 | $12,472.21 |
| 48 | Apr 2014 | $77.95 | $923.95 | $11,548.26 |
| 49 | May 2014 | $72.18 | $929.72 | $10,618.54 |
| 50 | Jun 2014 | $66.37 | $935.53 | $9,683.01 |
| 51 | Jul 2014 | $60.52 | $941.38 | $8,741.63 |
| 52 | Aug 2014 | $54.64 | $947.26 | $7,794.37 |
| 53 | Sep 2014 | $48.71 | $953.18 | $6,841.19 |
| 54 | Oct 2014 | $42.76 | $959.14 | $5,882.05 |
| 55 | Nov 2014 | $36.76 | $965.13 | $4,916.91 |
| 56 | Dec 2014 | $30.73 | $971.17 | $3,945.75 |
| 57 | Jan 2015 | $24.66 | $977.24 | $2,968.51 |
| 58 | Feb 2015 | $18.55 | $983.34 | $1,985.16 |
| 59 | Mar 2015 | $12.41 | $989.49 | $995.67 |
| 60 | Apr 2015 | $6.22 | $995.67 | $0.00 |

At your service.
CalcsFree - Mortgage Calculators (Click the link to get your copy of the App)


Michael D. Uncapher
█████ 2465
Sent from my iPhone

GMP-1815546

**Kent, Martin (GOV)**

| | |
|---|---|
| **From:** | Palmore, Jeff (GOV) |
| **Sent:** | Tuesday, August 16, 2011 9:32 AM |
| **To:** | Kent, Martin (GOV) |
| **Cc:** | Eige, Jasen (GOV) |
| **Subject:** | RE: COIA- "personal friend" |

*8-16-11*

*Governor:*
*FYI. As you can see*
*I have advised for written*
*guidance on this and*
*other issued. Thanks/*
*MLK*

Will do.

**From:** Kent, Martin (GOV)
**Sent:** Tuesday, August 16, 2011 9:15 AM
**To:** Palmore, Jeff (GOV)
**Cc:** Eige, Jasen (GOV)
**Subject:** RE: COIA- "personal friend"

Thanks Jeff. I would like to get a memo from you all within the next week on this issue as well as how the test of "immediate family" in the Conflicts Act works. Would also be helpful to flesh out a little more regarding past practice by Governors and other statewide officials on the reporting of gifts received by family members. I know you mentioned you were familiar with the practice of Governor Warner to not report such gifts unless he personally benefitted from it.

Just want to make sure the Governor has the best advice regarding the legal requirements to report such things.

Martin

**From:** Palmore, Jeff (GOV)
**Sent:** Monday, August 15, 2011 7:55 PM
**To:** Kent, Martin (GOV)
**Subject:** COIA- "personal friend"

*P.S. Issue by*
*Mary Sue Terry on*
*ACo.*

From a 1988 OAG Opinion— On the top of Schedule E, it says "Do not list gifts or other things of value given by a relative or personal friend for reasons clearly unrelated to your public position." This Opinion gives some guidance on that language and appears to be the only extensive interpretation of that language or the definition of "personal friend."

### Unless Unrelated to Declarant's Public Position

You next ask what test should be used to determine whether a gift from a personal friend is "clearly unrelated to [the declarant's] public position" within the meaning of Schedule E.

Whether a gift received by a declarant is a personal gift not subject to disclosure in Schedule E, in my opinion, should be determined based on the circumstances of the gift — specifically, the identity of the donor, the relationship between the donor and the declarant, the timing of the gift, and whether there is any relationship between the business activities of the donor and the declarant's public duties. It is my opinion that a gift is not required to be reported when the facts demonstrate that the declarant would have received the gift regardless of his public position. When the circumstances suggest a relationship between the gift and the declarant's public position, even when the relationship is relatively distant, it is my opinion that the gift is required to be disclosed in Schedule E.

1

**GOVERNMENT EXHIBIT**
635
3:14cr12

RFM-019518

Jeff Palmore
Director of Policy Development and Deputy Counselor to the Governor
Office of Governor Robert F. McDonnell
(804) 225-4946
jeff.palmore@governor.virginia.gov

2